# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____

(To be supplied by the court)

_todd-a.'aurit.' et al_ , Plaintiff

v.

_JARED POLIS office of._
_the territorial governor_
_STATE OF COLORADO: et al_,

_COLORADO DEPT. OF CORRECTIONS,_

_et-al_ , Defendant(s).

**Jury Trial requested:**
(please check one)
___✓___ Yes _____ No

Intervention by Right - FRCP.
Rule 24(a); P.L. 92-500, Sec 2,
Sec 505(a); Real Parties in Interest
FRCA, Rule 17(a)(1); P.L. 92-500,
sec 2, 510, 309(a) [see also Civil
Rico, 18 USC § 1964]; False
claims Act 31 USC § 3729.

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Aurit, Todd a. etal Grantee [127586] N/A
(Name, prisoner identification number, and complete mailing address)

Non Resident Tenploc. C/o CTCF Box 1010 Canon City, Colorado
(Other names by which you have been known)   W/o The U.S. 28 USC 1746 (1)
Near [81215]

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
____  Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner
_X_   Other: *(Please explain)* Political Prisoner being Detained

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  JARED POLIS/SHULTZ etal office of the governor
(Name, job title, and complete mailing address)  STATE OF COLORADO, etal

200 East Colfax Ave. Denver, Colorado 80203

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _✓_ Yes ____ No *(check one)*. Briefly explain:

25 USC § chp 22, § 1122, 28 USC Part VI 171, §2679,
Admistrative Legislation office of Gov. is Vacant SnDie

Defendant 1 is being sued in his/her ____ individual and/or ____ official capacity.

2

Defendant 2: _STATE OF COLORADO, et.al..._
(Name, job title, and complete mailing address)

_unknown_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:

_DE-FACTO! 15USC § Chp 22, §1122_
_28 USC Part VI, 171 § 2679_

_N/A_ Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

Defendant 3: _COLORADO DEPT. OF CORRECTIONS etc_
(Name, job title, and complete mailing address)

_unknown_

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? __✓__ Yes ___ No (*check one*). Briefly explain:

_DE-FACTO! 15USC § Chp 22, §1122,_
_28 USC Part VI 171, §2679_

_N/A_ Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__✗__  State/Local Official (42 U.S.C. § 1983)   _Special Restricted Jurisdiction_

_____  Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

__✗__ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331. 28 U.S.C. § 1361. or 28 U.S.C. § 2201

__X__  Other: (*please identify*) _26 CFR 301-7701-7 Special/Restricted_

ARTICLE 6 of American Convention of Human Rights

# ACTUAL CONSTRUCTIVE LAWFUL NOTICE TO THIS ADMINISTRATIVE [COURT]: ET:AL...

Comes Now: I, todd-a: aurit a lawful de jure jus sanguinis free white American National, ( Article IV. Section 2 of the Constitution for the united States 1787-1791), Sui juris. compos mentis, and In Forma Pauperis, appearing "SPEACIALLY" and "NOT" Generally and definitely "NOT PRO-SE"!, in the Interest of the correct execution of the, In law, as I am spiritual being. an Ambassador General for the

1

True Messiah Yahusha Ha-Mashiach Creator of ALL! in the TORAH of The Almighty Supreme Creator, Yahuah Elohim, First and Foremost and the laws of man when they are not in conflict (16 Am Jur 2d, Sec 177 late 2d, Sec, 256.) Lev 18:3,4) Pursuant to Mattithiyahu 5,33,37: Ya'aqob 5:12, let my yes be yes, and my no be no, as supported by P.L. 97-280, 96 Stat @ Lg Chp 1211. I, am of the age of majority, and have first hand personal knowledge of the facts stated herein, and hereby asseverate understanding the liabilities presented in your...

Briscoe v. Lahue, 460 US 325...

2

C, JURISDICTION: Continued

Petitioner Name as an individual: non U.S. person todd-A: Awrit Foreign grantor trust,

Petitioner name as entity: non statutory ESTATE OF TODD A. AURIT becomes a FOREIGN ESTATE OF TODD A. AURIT, et al

Jurisdition and venue
Special / Restricted

The/This Court has original jurisdiction over the Defendant as a domestic and U.S PERSON, pursuant to Colorado State Constitution Article VI. Sec. 1, Sec. 3, Article II Sec. 3, Sec. 6, sec. 9, Sec. 12, ... in pari materia to all the Constitutions of the United States of these America's.

1) DEFENDENTS: ET.AI... Have waived all rights to defence or argument...
Have waived any/all sovereign immunity Corporate Entities. The UNITED STATES and the STATES ARE CORPORATIONS 28 USC 3002 15(a), 22 USCA 286(e) etseq

2) The last Civil Action, I, brought before this Court, The Court dismissed it Saying Plaintiff was trying to get out of Prison by Using Commerce, I, want to remind this Court The U.S. Is Bankrupt (Chp11) HJR 192 P.L, 73-10 June 5th 1933. And Prison it is NOT! Colorado revised Statutes Title 11 Says

3

The COLORADO DEPT. OF ~~CORRUPTION~~

CORRECTIONS is a Financial

Institution! . . .

I. Demand my Day In Court

28 USC 1602 - 1611...!!


## ALL CRIMES ARE
## COMMERCIAL

27 CFR 72II   FRCP 2

All actions are civil actions

state Ex Rel McNamee et.al.

v. Stobie 191, 194 Mo 92 S.W. 191

(Cite as: Mo 14, 92 SW 191)

Penal is Civil, and therefore it is
COMMERCIAL... COMMERACE

4                           cont.

Cont.

[See: Constitution of the/for the United States of America( 1789, as amended (1791/1791/1871) Art. I, §8, cl. 3 and 18 accord specifically: THE ACT OF MARCH 9th 1933 Proclamation 2038, 2039, 2040 AND Titles 4, 7, 11, 12, 15, 16, 18, 28, 31 and 42 USC: CFR THE FEDERAL REGISTRY, USC; TITLE 27 § 27.11; and united States v. Volungus, 595 F.3d 1. 4-5 (1st Cir 2010,); united States v. Pierson, 139 F 3d 501, 503 5th (Cir.), cert denied, 525 US 896, 142 L.Ed 2d 181, 119 S.Ct 220, 1998 U.S. LEXUS 5985 (1998).

//
//
//

Cont:

This [Court] Administrial [Court] Must take Notice! --- The Court has also denied petitioner Access to His Court, by making Comments, such as  when - who, where, why.  It doesn't matter, it only matters. I, Petitioner Flesh & Blood Natural Man on the Land!  Have My Day In Court And present my Argument to a Jury!  This Court Needs to uphold "ALL" My Rights of Due Process, or I, will be forced to go to the Judicial committe for Judicial Misconduct!! Any/or All Ambiguity will be in favor of Petitioner!!

4 (b)

Cont.   WHERE FORE JUDGMENT:

Congress defined "judgment" in Title 28 U.S.C., Chapter 176 Section 3002 (8) as follows

"Judgement" means a judgment, order, or decree entered in favor of the U.S. (Bankrupt) in a court and arising from a Civil or Criminal proceeding regarding a Debt.

Also evidenced by The Trillion dollars a day That goes through the DTC 55 water street New York N.Y. which buys 98% of all commercial paper everday. which all charging documents Created by Cont.

5

Cont.

The De-Facto Adminstradive Courts,
Commercial CHARGEEING Documents. Also

By the Securities Traded on
Fidelity, exposed th by the
CUSIP Numbers on every
Case # SS # Drivers Lic#
B_C # DOC whare house #...
etc etc

3) TO BE SURE:

WHEREFORE; "Every State law is
a bankrupt law in such Substance
and fact, that causes to be distibuted
by a tribunal the property of a be
debtor among his creditors: and it is

Cont.

6

Cont: especially so if it causes the debtor to be discharged from his contracts. So far as it can do so" 1 How. U.S. 265.

There are NO Judicial courts in America and there has not been since 1789. "Real Judges" do not enforce statutes and codes. Executive Administrators enforce Statutes and codes. (FRC U GE 281 US 464, Keller U. PE 261 US 428, 1 Stat. 138-178)

4) Petitioner is NOT under Contract with the DeFacto STATE OF CORRUPTION COLORADO et al

Cont.

Cont; Or The COLORADO DEPT OF

~~CORRUPTION~~ CORRECTIONS!!

And If Petitioner's ~~Then~~ Is under Contract,

Then Plaintiffs et al. Need's to Disclose the

Full contract & How it is

Still Enforced, ...

"FRAUD" vitiates the most Solemn

Contracts documents and even

"JUDGEMENTS" U.S vs Throcimordon,

98 U.S. 61 at pg 65,

I, petitioner Demands My Day

In Court!! 28 USC 1602-1611

An officer/Agent/Employee who acts

in violation of The Constitution ceases

to represent The Government De facto or Dejure

Brookfield Cents. Co. V. Stewart 284 F. Supp. 94

8

Cont:

5) U.S. SUPREME COURT:

ONLY LEGAL FICTIONS

SUBJECT TO JURISDICTONS

" Inasmuch as every government
is an artificial person, an
abstraction, and a creature
of ~~and~~ mind only, a government
can ~~only~~ interface only with
other artificial persons. The
Imaginary, having neither actuality
nor substance, is foreclosed from
creating and attaining parity
with the tangible. The legal

9                                Cont.

Cont:

manifestation of this is that "NO GOVERNMENT," as well as any law, agency aspect, court, etc. Can concern itself with anything other than corporate, artificial PERSONS and the Contracts between them".

S.C.R. 1975 Penhallow v. Doane's Administrators 3 U.S. 54; 1 L. Ed. 57; 3 Dall. 54

"NO ~~Law~~ State shall.... pass any.---- Law, impairing the obligations of Contract" which ~~to~~ has been Upheld in the united States Supreme Court case of Hale v. Henkel 201 U.S. 43 at 89 (1906) over 1600 times Thats all we have in this county is Defact Debtors Contract Emprisonment-!!

16

cont.

6) "All public officals, officers, agents of government bodies politic, (Poly meaning many) (tics meaning blood sucking paracites) Bureaucrats ~~Bureaucrats~~ miscreants, in all brances / Departments ...

{
De = To remove
Part = To severe
Ment = The Mind
}

Executive, Legislative, or Judical, being of Oath of Office, Bonded to Fidelity, are under ministerial duty, Supervisors v. United States ex rel 71 u.s. 435, 4 Wall 435, USv. Thomas. 15 Wall 337, USv Lee, 106 US 196, S. ct 240, Fiduciary / Trustees.

15                              Cont.

Cont.

U.S. v Carter 217 U.S. 30 S.Ct 515.

The implications of a trust is the implication of every duty proper to a trust ... Whoeever is a Fiduciary or in a conci conscience chargable as Fiduciary is expected to live up to them." Buffman v. Peter Barcelaux Co 289 U.S. 227, 237, 77 L. Ed. 1140, 1146 Cited Baum Braum v. Hansen, 103 F. 2d 685 (1939). Wherein further states "Being Fiduciaries, The Ordinary rules of evidence are reversed." must obey the law, Butz v. Economy, U.S. 98 S.Ct. 2895, Davis v. Passmen (1979) 442 U.S. 269, 99 S.Ct. 2264.

Cont.

7) Indefinate Duration the Latin Word for body is "CORPUS" A Corporation is a separte body.

Noah webster Dictionary 1828 Corporation means a body politic formed to act as a single person, PERSON in latin en-legis= Trust Estate - Corporation - Individual

a. person in law an ARTIFICIAL PERSON. a corporation.

2. ALL Blacks Law Dictionaries define a CORPORATION as an ARTIFICIAL PERSON. Persons created and devised by human laws for the purpose of Society and government. ---

13

cont

Cont.

as distinguished from natural Persons! (I, petitioner Demand my Laws of Natural Law Common Law Trust Law!) Corporations are examples of artificial person. IHI. Comm. 123 Chapman v. Brewer, 43 Neb, 02 N.W. 320, 47 Am St. Rep. 770 Smith v. Trust Co., 4 Ala 508

The Government Style Manual defines (very lenghly) an ALL CAPS name is a <u>created</u> <u>Trust</u>! The Creator Yahuah can only Create!

I, petitioner Demand my Un-a-lienable Rights! <u>ALL OF Them</u>!!

//

//

14                                    Cont

Cont.

8) "The law protects an individual (Natural person) who, in the prosecution of a right does every thing which law requires him to do, but fails to obtain his right (to <u>Life Liberty</u> & The <u>Pursuit of Happiness</u>) by misconduct or neglect of a/all public officers/agents/employees" Cyle v. Arkansas, 9 Howe 314, 13, L. Ed. 153, Deluth and Iron Rouge Co v. Roy, 173 US, 587, 19 S. Ct. 549, 43 L. Ed. ~~802~~ 820. It is a Maxim of Law admitting few if any Exceptions, that every duty laid

15                    Cont.

Cont.

upon a public office, agent, employee for the benifit of a PRIVATE natural person is enforceable by judicial process." Butterworth v. U.S. Ex rel. Hoe, 112 U.S. 50. S. Ct. 25 38 L. Ed 656.

~~No~~ ~~Clerk~~ of the Court can ~~Deny any~~ filing in to the ~~Peoples Court.~~

/,

/,

/,

16

Cont.

Cont.

All Actors/Agents That have been Involved in the torture, Cruel and unusual punishment, Violations of Due Process, High Crimes and Felonies, which are listed in The Private Commercial Code §4 Security Agreement, Have all gone Silent, to all of Plaintiffs, Petitions, Arbatration Contracts, Affidavits. Are in Violations of The Tacit Laws of This Country by Their Acquiescence, which are Felonies: Refusal to answer a request under 5 USC 555(e) is a FELONY! under 42 USC 1985 and in addition a violation of 28 CFR P. 200 Appendix. Can you Say ~~Beaurocratic~~ Bull----!!

Bureaucratic cont.

17

Cont.

Defendant's; et-al  The agents, officers, employee's Have failed to answer Plaintiff's Affidavit's + Contracts now for 15 plus year's, Denying Plaintiff's right's per the: authority of the Administrative Procedure Act 5 USC 706: 556 D: The Supreme Court has stated that if any tribunal [court] finds absence of proff of Jurisdiction over person and subject matter the case must be dismissed: "BURDEN OF PROOF." the the proponent of a rule or order bears The burden of proff." These Contracts Defendants are in Default on will be proven in court. For refferance, see Louisville RR v. Motley, 211 US 149, S. Ct 42: Petitioner is relying upon

18

cont.

Cont.

The same measures and enforcing The same requirements in exhausting the administrative process as to Proof of: WRONG DOING. INJURIES, LIABILITY, FRAUD, WRONGFULL ACTS MEDICAL MALPRACTICE, VIOLATION OF DUE PROCESS OF LAW, VIOLATION OF FOURT AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK OF JURISDICTION! The List goes on, 515 Proof of Claims in the Private Contract's, which in the last Civil Suit Plaintiff requested relief Per The Arbitration Act.

This Court must allow Plaintiff His Day In Court!

28 USC 1602-1611 ----

ALL RIGHTS RESERVED
My Creators
Un-a-Lien-able //Rights
Waiving None Ever

19

Cont.

It Does Not matter what Form This Document is written In, This Court Must Accept It !! To This (Court), et al Remember its the Consent of The Governed! Government was created to Serve the "People" Not The People to become purfidy/Serfdom or Subjects & servants of Government! Especially A De Facto Bankrupt Socialist Dictorship! Rosevelts NEW DEAL! Can you Say TREASON !!

Dated This 10th Day Of Feduary 2025 or The Creators Clock The 28th Day of The 11th Month 5995 year

20

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _See Attached Civil Suit_

Claim one is asserted against these Defendant(s): JARED POLFS, Office of the Territorial governor, Sin Die STATE OF COLORADO Sin DIE, COLORADO DEPT

Supporting facts: OF CORRECTIONS et all SIN DIE

LAW    SUIT    cos

Follows: Violation of Rights Secured by the Constitution

In Re: Todd Aurit settlement Demand 1-40

~~1983~~ 42 USC 1983 Bill of Rights, Thirteenth Amend. 18 USC § 1581, 42 USC § 1994 ARTICLE 6 The American Convention of Human Rights

4

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ☒ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):

Docket number and court:

Claims raised:

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:



**F.    ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions.  See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___ Yes ☒ No (*check one*)   Not Grievable

Did you exhaust administrative remedies?

☒ Yes ___ No (*check one*)   Private Administrative Process Per 5 USC 556(e) & 706

Todd ~~Aurh~~ anthony of the House of aurit! et-al    private foreign
**DOC** No. 127586 – ~~Sterling~~ Correction Center    non corp-non-ucc-
Petitioner in Propria Persona Sui Juris    non-statute...

### United States District Court

### District of Colorado

In re united States )
)
ex rel Todd Aurit )
)
vs. )
)
**'GOVERNOR' JARED POLIS** )
)
Douglas county PROSECUTOR )
)
Douglas County Public Defender )
)
Douglas County Sheriff )
)
Prison Warden )
Head Medical Provider, et al )
)
)
)
Does 1 thru 20 )
)
**Defendants** )
)
)
_____ )

*Case No.* _____

*COMPLAINT*

Violation of Rights secured by the Constitution

ostensibly *42 USC 1983*

(*quasi Habeas Corpus*

*Article I, Section 9, Cl. 2*

*Constitution for the united States*

*united States 1787-179)1*

*"Case No". 04CR220–06CR374-15CR0538*

*Douglas County 'court'*

"It is unfortunate that a **murderer** goes unwhipped of Justice but
more unfortunate that a court **WITHOUT** jurisdiction should exercise it."

### Tully v US 140 Fed. Rptr. 899

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 1 of 39*[Type here]

COMES NOW Petitioner-Plaintiff united States ex rel *Todd Aurit pursuant to 42 USC 1983 and/or Article I, Section 9, Cl. 2 of the Constitution for the united States {1787-1791} (CuS)*, either a lawful de jure *jus sanguinis* state Citizen, *inhabitant of a territory*, or an undocumented (*enemy* ?) alien, to complaint against defendant(s) *JARED POLIS et al* pursuant to violations of *Creator endowed inalienable Rights* secured by *ALL 6 Articles of the CuS*, reserving the right to amend and add the names of other 'official' actors, in Case No. *04CR220,* in what *fraudulently purports* to be the Douglas County court, a state judicial Court, but which really is a *federal (insular ?) territorial tribunal* or, in the alternative, only an *administrative tribunal* which, like *ALL* claims here, are supported by an *UNOPPOSED* record in the trial 'court', with any and all such claims at least *constructively* presented.

Accordingly, *NONE* of the 'official' actors are lawfully in office, and ALL of them, especially GOVERNOR and 'trial judge',   being law school graduates, knew, or *SHOULD have known* this, being *BOUND* by Oath, if in a judicial /administrative Court,  by "*this Constitution* and the laws enacted *in pursuance thereof*", knew, that ALL acts in the trial 'court' were *coram non judice*.

### Preliminary Issues

To be sure, this will seem like a novel application of 42 USC 1983, which might be true *EXCEPT* for the multiple, extraordinary, *UNOPPOSED* Constitutional issues which were *at least constructively present* in the trial 'court', issues which *should* have been presented by the assigned 'public pretender', albeit with *NO* known authority for such assignment,  and *WOULD* have been presented

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 2 of 39*          [Type here]

if there had been any *meaningful, substantive curricula* in the mandatory public "education" system for the study of the Constitution, history and laws of the united States when Petitioner was in school, which remains true today.

Accordingly, a 'timely' presentation has been made of all of the following issues, *not* a complete list, and they are supported by a *daunting amount of relevant, admissible documentary evidence* which will be presented to a common law jury, if necessary.

For immediate purposes, the initial thrust of this Petition is to remove Petitioner's case forthwith from any COLORADO trial 'courts' /aka/ *administrative tribunals, carefully* noting that Petitioner has *NEVER* at any time in 2⬤ years, having been in a court exercising the *judicial* power of a *sovereign, independent state* admitted into "*this Union*".

Also included in this action, is *relevant, admissible documentary evidence of Treason in the US supreme Court* pursuant to the "denial" of Petitioner's Rule 22 Petition, evidently by a *clerk* of court exercising the *judicial power of the united States in plain violation of at least Article III*.

As if this isn't bad enough, any and all efforts to get an ex parte hearing on an independent medical examination of Petitioner have been turned aside by even more clerks and/or subordinate officer of Douglas County trial 'courts', *purportedly* on the grounds that are *NO* provisions of law for any such action.

On advice of counsel, this is not possible, assuming arguendo that there are any judicial Courts in Colorado at all. A much more likely scenario is that ONLY 'State' Bar Association attorneys can get an ex parte hearing, the better to keep multiple UNOPPOSED Constitutional issues *OFF* the record at any cost in any 'court' /aka/ administrative tribunal, the appearance of which would likely convict all 'official' actors of treason to the Constitution as per the US supreme Court in *Cohens v Virginia 6 Wheat. 264*.

This situation is yet another instance making as plain as day that there is nothing *remotely resembling* judicial Courts anywhere in COLORADO.

This in turn will provide jurisdiction for an *immediate, independent* medical evaluation of Petitioner, whose physical condition deteriorates on a daily basis, to the point of being life threatening (see *Exhibit A, Affidavit of Katie Aurit*, mother of Petitioner), with Petitioner *NOT* having any medical care at all for at least several months, not only likely to be a common occurrence, but one directly in line with the innate determination by all departments of the de facto government, that there is *NOT* any innate, inherent value of human life and thus *NO* known Creator endowed unalienable Rights to be concerned about with any of its victims, a common motif throughout, especially *WITHOUT GOVERNOR POLIS* having done his *SWORN* duty to 'see that the laws are *FAITHFULLY* executed.

Accordingly, the independent examiner should have the power to *immediately* ~~remove~~ order Petitioner to ~~a hospital~~ Get Proper medical care Private Not Public at least while the present matter is pending. care per The De-facto Colorado Dept. of Public Health + Envirement. Petitioner Is private Not public !

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 4 of 39*          [Type here]

What has occurred here, in a sort of 'nutshell account', is that the public pretender took no *KNOWN* action at any time to prevent the *massive medical over-dosing* of Petitioner as a pre-trial detainee, a procedure *seemingly unlawful for even a convicted felon*, absent a *FULL and FAIR* opportunity to be heard in an impartial proceeding, to the point where he was *NOT* able to actively participate in the trial 'court' proceedings in any meaningful way.

Under such bizarre circumstances, Petitioner almost certainly would have been "disabled" and thus qualified for assistance of counsel pursuant to the *Americans with Disabilities Act*, and almost certainly in a federal Court, which, as will become clear was actually the case, but *NOT* in an *Article III Circuit Court*, exercising the *judicial* power of the united States, the jurisdiction of which is hereby being invoked.

And given the fact that the 'public pretender' *volunteered* Petitioner into a *72 YEAR* 'plea bargain', the same is *null and void nunc pro tunc ab initio as at least a Bill of Attainder.* Administrator ordered 72 yrs wharehouse sentence!! which petitioner would of never entered into this contract knowing it was a life sentence This, in concert with the fact that COLORADO is *NOT* and *NEVER* has been a *sovereign, independent state admitted into "this Union"*, which are here established by *UNOPPOSED* pleadings - *83 page Brief on Admission of New States* and Brief on the *14th Amendment*, which destroy the ONLY known jurisdiction available in territorial tribunals, should be sufficient for an order setting aside such plea bargain and dismissing ALL charges *WITH* prejudice to the cause.

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 5 of 39*        [Type here]

## *Simultaneous Prosecution of 'Perps'*

This surely will seem like a novel application of 42 USC 1983, and it might well be, but the better position here is that *WITHOUT* any *KNOWN* common law judicial Courts, noting here that *ALL* such states, except Louisiana, up to and including Oregon in 1859 were admitted as common law states (see e.g. *Report on the Civil and Common Law 1 Cal. Rpts. 588*), there have not been any *KNOWN* remedies, particularly the Right to trial by jury according to the course of the common law.

Duly noted here is that the US supreme Court has stated that laws enacted by *CON*gress have a very strong presumption of constitutionality. In an earlier era, this would hardly have raised any comments or cause for concern at all.

This would seem to apply to the Rules of the US supreme court as well, yet the record will establish that the clerk of that court has committed multiple acts of Treason, including in the instant case, a summary, ex parte 12(b)(6) "denial" of Petitioners Rule 22 emergency petition, which plainly states that 'the clerk is to receive documents and promptly transmit them to the Justice to whom they are addressed'.

This is plain English, simple to understand, yet Petitioner's Rule 22 Petition, provided on request, was mailed to the US supreme Court (*NOT* (!) the clerk, on August 30th, 2022, received there on September 2nd, 2022 but returned *UNFILED* on September 7th, it being *IMPOSSIBLE* for the Justices to have seen the Petition even *IF* they were in session, which did not occur until October 3rd..

Today, however, the situation is strikingly different, no doubt a big reason for the Court's ongoing all-out assault on the administrative state, now in its third term, to which Petitioner, and so many victims of the '*elective despotism*', have been subjected -- see e.g. ***Liu v SEC; Lucia v SEC*** and now, ***Jarksey v SEC*** in the 5th Circuit court of Appeals, while also ***carefully*** noting the concurring opinion of Justice Thomas in ***Selia Law v CFPB***.

## *'Perps' CANNOT claim even limited immunity*

This is true because the record will establish that none of the '*perps*' acted in any official capacity and for multiple reasons, a big one being that in territories, ***ALL*** 'official' actors are ***required*** to be appointed by the President and/or a territorial governor appointed by the President pursuant to the 'appointments clause' – ***Article II, Section 2***, yet none of the '*perps*' have been so appointed.

Also noted is that ***CON***gress has ***NO*** authority to provide for elections in territories for President (***Electoral College***, anyone ??), ***VOTING*** members of the House and with United States senators remaining an appointed office by state legislatures, albeit with NONE currently known to be in existence.

And all of this will get a ***LOT*** worse in a big hurry for the '*perps*' in front of any ***inflamed*** (federal criminal Grand) Jury, one with the power to rule on the facts ***and the law*** (***Georgia v Brailsford 3 Dallas 1***).

## *Jurisdiction & Venue*

Duly noted, is that Plaintiff as a member of the sovereign body politic of the Nation & Republic and/or an inhabitant of a state, or even a territory, is invoking the *judicial* power of the united States as being superior to any proceedings in a 'state' court as the supreme law of the land (*Article VI, section 2*).

At the outset, it might seem that this is yet another 'frivolous' complaint by another 'misguided pro se litigant' pursuant to 42 USC 1983, yet there are *NO* citations to any civil "rights" herein emanating from what the record has established already, and will continue to do so, is the *Non-existent 14th WAR "amendment" (NEFWA),* which not only does *NOT* exist, it *NEVER* has, as set forth in Plaintiff's *UNOPPOSED Brief on the 14th Amendment (NEFWA)*.

And wouldn't you know, *NEFWA* and 'its *SUBORDINATE* corporate body politic is the *ONLY* one recognized in any department of the *de facto* government today, as shown by the *allegedly* applicable CALIFORNIA Constitution of 1879.

Yet the record below *proves* that, as an exemplar, the *California Constitution of 1849* has *NOT* been repealed, according to the office of the Secretary of State, and the "People of the state of California *ARE* defined in *Article II, Section 1* thereof as "*free, white, male and 21 years old*".

Compare this to the definition of "Citizen" in *Bouvier's Law Dictionary (1859)*, with *NO* reference to federal law, containing the then Congressionally approved definitions of the words and phrases of the Constitution:

Citizen – "One who, under the Constitution and laws of the United States, has the right to

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 8 of 39*          [Type here]

vote for representatives in Congress, and other public officers, and who is *qualified to fill ALL offices* in the gift of the people. In a more extended sense, under the word citizen, are included *all white male persons born in the United States ..."*

Note *carefully* here the *innate presumption of competence* of the members of the *sovereign body politic of the Nation and Republic* who, pursuant to the *original intent* of the Framers of the Constitution "ordained and established this Constitution to secure the blessings of liberty to ourselves and *OUR* posterity"

Compare this to the *removal of rights from wards of the State* as set forth in the *Georgia Probate Code*, as an exemplar, infra, noting that on advice of Counsel, based on exhaustive analysis over the course of decades, *not one iota of the "CONSENT of the governed"* is anywhere in sight to *ANY* department of the de facto government today.

### *Presumption of Constitutionality*

We come now to the doctrine of presumption of Constitutionality of acts of Congress, which *might*, in an earlier era, had some sustainability, but it has *none whatsoever* today, most particularly pursuant to *Article I, Section 2 of the CuS*, which provides, in relevant part, that all House and Senate members are *required to be inhabitants of the state they represent*.

And we haven't even come to the ratio of representation in the House, set at a maximum of 30,000 *inhabitants* to one member (see e.g. *Federalist Papers No.*

*55 by James Madison*), noting that the House has, on who knows *WHAT lawful factual foundation and legal basis*, been fixed at *435* members since the 1920s.

Today, with a population in the amount of about *325,000,000 people*, a proper ratio of representation would be close to *eleven thousand five hundred* members in the House, and this is a *LOT* more than mere numbers, it is a *striking difference between the federative, republican form of government of defined and limited powers*, as per the *original intent* of the Framers, and today's much ballyhooed democracy /aka/' *elective despotism'* /aka/ *3 Wolves and 2 sheep* voting on what's for dinner.

The same is true for *sovereign, independent states*, albeit not directly covered by *Article I, Section 2*, yet *Article IV, Section 4* and the guarantee of a *republican* form of government, *NOT* (!) a "political question", distinguishing *Luther v Borden 7 Wall. 1*, does come *DIRECTLY* into play here.

The example in CALIFORNIA  strikingly illustrates the problem for legislatures, even assuming arguendo that the ratio of representation would be 100,000 to one, since the CALIFORNIA Assembly contains *exactly the same 80 members* it had with the *RAT*ification of the CALIFORNIA Constitution of 1879, allegedly currently in effect, and *40* Senators.

Today, with a population of over 40,000,000 persons, even with a ratio of *100,000 to 1*, the Assembly should have at least *400* members and the Senate likely

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 10 of 39*          [Type here]

over *200* and, yet again, this is *NOT* (!) a matter of mere numbers.

If in fact the case below arises from a *foreign* jurisdiction case in a *federal (insular ?) territorial tribunal*, then there is *NO* need for reliance upon any statutory enactment of Congress to effect a "removal" from a *federal (insular ?) territorial tribunal* to a federal *judicial* Court, as no issues of "comity", or any other 'judicial lip service' to the "sovereignty of a State", are present.

In addition, the simple invocation of rights secured by the *Constitution of the united States {1787-1791} (CuS)* is sufficient, here *Article I, Section 9 or 10*, as the case may be, prohibiting the enactment of *Bills of Attainder*, the taking of life, liberty or property *without judicial process* /aka/ trial by Jury.

This should be sufficient. If not, the record in the trial 'court' /aka/ *administrative tribunal*, shows at least constructive multiple acts of *Treason ON THE RECORD* by at least *purportedly* neutral magistrate *H.C. FRUMP*, including a summary, ex parte 12(b)(6) 'denial' of Petitioner's *UNOPPOSED* Motion to Quash, a concomitant failure to respond to the Demand for Bill of Particulars, a failure  to provide a *written factual foundation and legal basis* for this denial, and *directing a verdict of guilt* by a "jury".

Accordingly, Petitioner had *NO* way to know, as a defendant in the trial 'court', jurisdictionally,  where they were, how they got there, the rules of the (*CON*) game, and what respondent had to prove, this in what Defendant therein were constantly admonished was a "civil" setting (in a "special" jurisdiction in a *SECRET* 'court'), in which it turns out that there was *NO* known right to assistance of 'counsel'.

In other words Petitioner therein, incompetent & uneducated, 'courtesy' of the mandatory public education system, were subjected to a "special" jurisdiction which the record proves was a *quasi criminal* setting in *federal regional martial law rule*, *without one iota of any "voluntary, knowing and intelligent"* waiver of Right (*Johnson v Zerbst 304 US 458*), an impossibility in any event, since Petitioner here, and all like situated victims of the system, are *PRESUMED* incompetent, on who knows what *factual foundation and legal basis*.

This brings us to the situation of Petitioner, who *is* perceived to be incompetent pursuant to multiple conditions, which might have qualified him for representation by an *Americans with Disabilities Act* attorney, with no mention of this situation, let alone appointment of 'counsel' by a *purportedly* neutral magistrate (*Tumey v Ohio 273 US 510*), and defendant therein found that he had been victimized by, in effect, a *Directed Verdict of Guilt*, yet another ex parte 12(b)(6) act of treason by 'official' actors when he showed up for "trial', par for the course with such actors, the 'state' Bar Attorney "judge" ruling in favor of another one, notwithstanding Rights secured by the *CuS*, the intent of federal law, and indeed, in plain violation of it.

Petitioner *should* have had *effective* assistance of counsel, if only for the reason that being incompetent to participate, he was *equally incompetent to withdraw* in the absence of consulting with counsel. With *NO* opportunity to appear and be heard, the pernicious, predictable result is set forth by the US supreme Court in clear and convincing detail in *Windsor v McVeigh 93 US 274*.

The invocation of this court's concurrent jurisdiction of a federal Circuit

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 12 of 39*        [Type here]

Court presents what *seems* to be a novel question of law, most especially considered in concert with the *FACT* that 'federal question' jurisdiction is *beyond the scope of the jurisdiction of California Courts*' as conceded by the CALIFORNIA Assembly court in the summary, ex parte *administrative* "denial" of the Petition for Redress of Grievance of William Henshall in the form of a *NON-statutory Federal* Writ of Habeas Corpus by a *deputy clerk* (?!?) of the California supreme court, court and Redress in the CALIFORNIA Assembly, both of which concede that CALIFORNIA 'courts' do *NOT* have federal question jurisdiction.

Yet at one and the same time, we have the California Secretary of State stating, in a *FOIA* request, that the *California Constitution of 1849* has *NOT* been repealed, thus all 'official' actors knew, or *SHOULD* have known, that the trial 'court' /aka/ *administrative tribunal*, did *NOT* have any jurisdiction and that the trial 'court' was likewise acting *coram non judice*, as set forth in Petitioner's constructively *UNOPPOSED* Motion to dismiss.

As if this wasn't enough, the *UNOPPOSED* Motion also presented, at least constructively, multiple *structural, jurisdictional* errors, which all 'official' actors knew, or *SHOULD* have known, to wit (*NOT* a complete list):

*NO effective* service of process was made, or could have been made, on any of the defendant therein (*Pennoyer v Neff 95 US 714* et al);

*NO* effective service of summons and complaint was ever served, thus defendant never had any knowledge of the claims being made by Plaintiff;

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 13 of 39*        [Type here]

**NO** "working relationship" was ever proven by Plaintiff below, and even if this had been done, the trial 'court' lacked *at least subject matter, if not in personam, jurisdiction* since any amounts of 'payment allegedly due were made in **UNDEFINED** dollars subject to the total control of the President, acting as Commander-in-Chief of the Armed Forces.

Indeed, this seems to be exactly what Chief Justice John Marshall, speaking for a unanimous court in *Cohens v Va. 19 US 264*, had in mind, when he opined that:

> "The case of a State which pays off its own debts with paper money no more resembles this than do those to which we have already adverted. *The Courts have no jurisdiction over the contract. They cannot enforce it, nor judge of its violation.* Let it be that the act discharging the debt is a mere nullity, and that it is still due. But suppose a State to institute proceedings against an individual which depended upon the validity of an act emitting bills of credit; suppose a State to prosecute one of its citizens for refusing paper money, who should plead the Constitution in bar of such prosecution. *If his plea should be overruled, and judgment rendered against him, his case would resemble this; and, unless the jurisdiction of this Court might be exercised over it, the Constitution would be violated, and the injured party be unable to bring his case before that tribunal to which the people of the United States have assigned all such cases*."

**NO** jury, which would have been required to be composed of, for example, the "*People of the state of California*", a *sovereign, independent state admitted into "this Union"* as a common law state (see e.g. *Report on the Civil and Common law 1 Cal. Rpts. 588*) who are not only *CONSPICUOUSLY* undefined in the CALIFORNIA Constitution of 1879 *allegedly* currently in effect, they are *SYSTEMATICALLY* excluded from participation in any and *ALL* departments of the de facto CALIFORNIA government;, jut like in COLORADO.

In any event, this "jury", like virtually all "persons" in COLORADO and/or the (Trust known as) the United States, are considered, for all apparent intents and

purposes, as *incompetent and/or even ignorant*, this 'courtesy' in large part, of the *mandatory* public "education" system, which not only does *NOT* have anything *remotely resembling meaningful and substantive curricula* for the study of the Constitution, history and laws of the united States, today it openly advocates civil "rights" for LGTBQ types, including 'transgender' students, who somehow *are seemingly* 'competent' to make decisions in this area, even in 2nd or 3rd Grade;

Accordingly, it would be a rara avis indeed, who would have *ANY* idea that he had the power as a juror to rule on the facts *and the law*. Indeed, in the instant case, jurors were carefully admonished by *JUDGE* that they could only rule on the facts, this in a "special" jurisdiction in. for all apparent intents and purposes, was a *SECRET* 'court', this it only took 20 minutes to get a 'conviction' /aka/ *directed verdict of guilt*;

All of this in complete contravention of *at least the unpurviewed 7th Amendment, the 9th Amendment and Article I, Section 9 or 10*, as the case may be, of the *CuS*;

*CAREFULLY* noted here, just as it was/would have been constructively done, in the *Motion to Quash*, the trial by jury according to the course of the common law, has been a *well-known Right* since the *Magna Charta (1215)* and well understood pursuant to the *original intent* of the Framers.

One can search the record through and through and *NOT* find anything remotely resembling a "*voluntary, knowing and intelligent*" waiver of Rights,

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 15 of 39*        [Type here]

**THE** reference standard of the US supreme Court (***Johnson v Zerbst 304 US 458***), which remains available to even "inhabitants of **territories**" pursuant to **Article II of the Northwest Ordinance of 1787** as reenacted by the 1st Congress, yet nowhere in sight in **at least** CALIFORNIA today.

This leaves one to wonder how any victim of the system, already considered incompetent, could have the capacity to make any such waiver of rights at all.

It could be that all of this is related to provisions enacted in the Probate Code, with an exemplar from GEORGIA following:

Georgia Law 29-4-21 ***rights removed from Wards***:

(a)  Unless the court's order specifies that one or more of the following powers are to be retained by the ward, ***the appointment of a guardian shall remove from the ward the power to***:

(1)  ***Contract (?!? – ed) marriage***;

(2)  ***Make, modify, or terminate other contracts***; (***unlimited** power to contract, anyone ?? (**Hale v Henkel 201 US 43**)

(3)  Consent to medical treatment;

(4)  ***Establish a residence or dwelling place***;

(5)  Change ***domicile*** (?!? – a "ward" ***CANNOT*** have a domicile --ed);

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  **Page 16 of 39***    [Type here]

(6) Revoke a revocable trust established by the ward;  and


(7) *Bring or defend any action at law or equity, EXCEPT  an action relating to the guardianship*.

The magnitude of even issues arising pursuant to ***unpurviewed*** due process of law is overwhelming, with the entirety of the sovereign body politic of a state ***SYSTEMATICALLY removed*** from all government, which is controlled by PACs in 'State' capitols, of ***SUBORDINATE***, artificial corporate entities which do owe their 'birthright shitizenship' to Section 1 of the ***NON***-existent 14th ***WAR*** "amendment", which not only does not exist, it ***NEVER*** has, with the US supreme Court having ***contemporaneously*** ruled it unconstitutional.


Other acts of ***Treason*** occurred as the 'judge' did not dismiss a case he, and a;; 'official' actors knew, or ***SHOULD have known***, was beyond the jurisdiction of the trial 'court', most obviously as ***at least a contract of adhesion***, which ***CERTAINLY*** should have been dismissed ***WITH prejudice*** when the DA made ***NO*** attempt to sustain his burden of proof as Attorney for the government, ***exactly*** what would have occurred in a common law judicial Court.


In addition, it ***seems*** that the jurisprudence of the supreme Court is clear that Congress does ***NOT*** have any constitutional duty to either create lower federal courts and/or invest them with any or all of the judicial power of the united States[1].


This in turn ***appears*** to raise grave questions of separation of powers, delegation of authority, and others, should a ***federal territorial legislative tribunal***

attempt to exercise any of the *judicial* power of the united States[2].

Accordingly, and whether or not this court proceeds with this case, a full and complete statement resolving these issues is *FULLY* in order.

And if COLORADO *is* a territory, a claim *NEVER* opposed at any time by 'official' actors having a *sworn* duty to do so, which now stands clear of doubt, then *Article II* of the *Northwest Ordinance of 1787*, the organic law of territories, comes *directly* into play and provides that:

> "The *inhabitants* of the said territory shall *always* be entitled to the benefits of the *writ of habeas corpus*, *and of the trial by jury*; of a proportionate representation  in the legislature; and of *judicial  proceedings according to the course of the common law*.

In accordance with the above authorities, the supreme Court has *held*, in the cases of *Ex Parte Crow Dog 109 US 556* and *Snow v US 85 US 317*, that even in territories concurrent jurisdiction of a federal Circuit Court *must* exist, even if only alongside what otherwise function as federal (*insular* ?) *territorial* tribunals; from *Crow Dog*:

> "The district courts of the territory of Dakota are invested with the same jurisdiction in all cases arising under the laws of the United States as is vested in the circuit and district courts of the United States. Rev. St. §§ 1907-1910 ***
>
> But the district courts of the territory having, by law, the jurisdiction of district and circuit courts of the United States, may, *in that character*, take cognizance of offenses against the laws of the United States, although committed within an Indian reservation, when the latter is situated within the space which is constituted by the authority of the territorial government the judicial district of such court.  ***
>
> The district court has *two distinct jurisdictions*. As a territorial court, it administers the local law of the territorial government; as invested by act of congress with jurisdiction to administer the laws of the United States, *it has all the authority of circuit and district courts*; so, that in the former character, it may try a prisoner for murder committed in the

territory proper, under the local law, which requires the jury to determine whether the punishment shall be death or imprisonment for life; (Laws Dak. 1883, c. 9;) and, in the other character, try another for a murder committed within the Indian reservation, under a law of the United States, which imposes, in case of conviction, the penalty of death."

from ***Snow***:

"The government of the Territories of the United States belongs, primarily, to Congress; and secondarily, to such agencies as Congress may establish for that purpose. During the term of their pupilage as Territories, ***they are mere dependencies of the United States***. ***Their people do not constitute a sovereign power***. All political authority exercised therein is derived from the General Government.  *****

It is, indeed, the practice of the government to invest these dependencies with a limited power of self-government as soon as they have sufficient population for the purpose. The extent of the power thus granted depends entirely upon the organic act of Congress in each case, ***and is at all times subject to such alterations as Congress may see fit to adopt***.  *****
This recital shows that the business of these courts, when acting as circuit and district courts of the United States, ***is to be kept distinct from their business as ordinary courts of the Territory***; and gives countenance to the idea upon which the Territorial legislature seems to have acted in appointing separate executive officers for attending the courts when sitting as Territorial courts.  ****

It must be confessed that this practice exhibits somewhat of an anomaly. Strictly speaking, there is no sovereignty in a Territory of the United States but that of the United States itself. Crimes committed therein are committed against the government and dignity of the United States. It would seem that indictments and writs should regularly be in the name of the United States, and that the attorney of the United States was the proper officer to prosecute all offences. But the practice has been otherwise, not only in Utah, but in other Territories organized upon the same type."

While noting that the Court opined that such concurrent jurisdiction was dependent, as it were, on an Act of Congress, Petitioner takes the position that ***NO*** Act of Congress is necessary at all since the ***judicial*** Courts of a ***sovereign, independent*** state admitted into "***this Union***" would have such jurisdiction notwithstanding any Act, or lack thereof, by Congress (***Claflin v Houseman 93 US 130***), for otherwise the exact situation we have today could exist, a plain

usurpation, if not destruction, of state Citizenship and authority and ***WITHOUT*** any way to reach a judicial Court to invoke the ***judicial*** power of a state and/or the concurrent judicial power of the united States to vindicate rights secured by the ***Constitution for the united States {1787-1791} (CuS)***.

And such a result would be, quod erat demonstrandum, unconstitutional pursuant to, for all apparent intents and purposes, the ***legislating OUT of existence at least Article I, Sections 9 & 10, Article IV, Sec. 4*** of, the ***9th & 10th Articles of Amendment*** to, the ***(CuS)***, and who knows what other provisions.

Addressing the 'Elephant in the room', ***IF*** the several states have been relegated to ***federal*** (***insular*** ?) ***territorial possessions***, upon what provision(s) of the ***CuS*** did Congress rely to ***UN***-admit these ***sovereign, independent*** states ???

Duly noted in the case of a Petition for a ***NON***-statutory Federal Writ of Habeas Corpus is that there is ***NO KNOWN*** declared state of war, or even rebellion or invasion, which ***might*** justify even a ***temporary*** suspension of the Writ, and/or ***CLOSURE*** of the judicial Courts, both being currently in effect as should have been conceded by the CALIFORNIA supreme court and Assembly, nor any gubernatorial declaration declaring a state of "emergency" and requesting the assistance of the federal government (***Article IV, Sec. 4***).

In the alternative, if a finding is made against the contentions of Petitioner and supported by ***sufficient lawful authorities to overcome the ones presented herein***, the obvious questions are:

1.    Why do State Courts refuse to exercise the ***concurrent*** jurisdiction of a federal Circuit Court, jurisdiction which has existed for ***230*** years already

(see e.g. *Claflin, supra*; *Palmore v US 411 US 389*; *Federalist Papers No. 82*) ??

2.    Why do State Courts continuously and repeatedly, on and on, *ad nauseum, ad infinitum*, deny, in 'fine 12(b)(6) boilerplate fashion' with *NO stated reason, unopposed* Petitions for the right to trial by jury and/or common law proceedings;

### *Custody Status of Petitioner*

Petitioner, and indeed *at least all like situated* lawful de jure, *jus sanguinis* state Citizens, are in what can best be described as a condition of *statelessness* in what *fraudulently* pretends to be a state admitted into "*this Union*" (*Article IV, Section 3*) while, in the case of California, which was once such a state, having been relegated, on who knows what constitutional authority, to the status of , at best[ a *federal (insular ?) territorial possession.*

And the territory of COLORADO not only does *NOT* recognize the "People of the state of Colorado", in whose name ALL acts are *purportedly* enacted, but we are *conspicuously UNDEFINED* in the COLORADO Constitution *allegedly* currently in effect.

Indeed, ALL members of the sovereign body are *systematically excluded* from *ALL* departments of the de facto ~~CALIFORNIA~~ COLORADO government, which only

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 21 of 39*        [Type here]

recognizes members of the **SUBORDINATE**, corporate 'body politic' created, as it were, by the ratification of the non-existent 14th **WAR** "amendment" (**NEFWA**), which was a **carefully concealed** intent from those who 'ratified' **NEFWA**, assuming arguendo that they had the power to do so (**NOT** !).

Even the US supreme Court apparently did not become aware of this chicanery until their decision in **Southern Pacific RR v Santa Clara County 118 US 356** in 1882 (see e.g. "**1866: The Critical Year**" by **Howard Beale**).

Somewhat more contemporary, and indeed anticipatory, is the decision in the case of **US v Rhodes 27 Fed. Cases 785**:

> "The second section of the 13[th] Amendment was added out of abundant caution. It authorizes Congress to select, from time to time, the means that might be deemed appropriate to the end. It employs a phrase which had been enlightened by well considered judicial application. **_Any exercise of legislative power within its limits involves a legislative, and not a judicial question_**."

Carefully noting that **Section 5 of NEFWA** is in **exactly** the same language, thus **NO** need at all for judicial Courts for 'all "PERSONS" born or naturalized in the (Trust known as) the United States and **SUBJECT** to the jurisdiction thereof.

*This Court must take Notice The Petitioner PERSON is FOREIGN 26 CFR 301-7701-7 26 USC 7701-31 This Makes Clear the STATE OF Colorado*

This in turn 'paves the way' for **territorial tribunals** to exercise, for all *et al HAS NO Jurisdiction* apparent intents & purposes, **federal regional martial law rule WITHOUT** any regard for the **Creator endowed unalienable rights** and/or rights secured by the **CuS** to the members of the sovereign body politic, and with **NO** known means of redress for any affected victims of such usurpations.

Accordingly all members of the sovereign body politic of the Nation & Republic have been thrust into a situation where they are in **perpetual constructive**

*Plaintiff is Being forced to Present His Trust as a U.S. Person. This is involuntary Servitude Per 18 USC 1583 See Aff. Affidavit Instant 1*

**In Re Todd Aurit Trespass vi et armis 42 USC 1983 Page 22 of 39**    [Type here]

*custody, NOT* of one of the Several States, but of a *federal territorial possession*, and one exercising *martial law powers in times of peace*, in plain violation of *ALL 6 Articles* of the *Constitution of the united States {1787-1791}[4]*.

In addition, pursuant to the *unopposed* circumstances existing in the instant case, the Great Writ *must* be readily available, even *without* any statutory enactments of Congress:

> "If the power to issue writs of habeas corpus applies only to cases of *statutory* jurisdiction, outrages upon the rights of a citizen can *never* invoke its exercise by a federal court.
>
> "I do not, indeed, see that there can be a restriction or limitation of a privilege which *may not be substantially a suspension of it*, to some extent at least, or under some circumstances, or in reference to some of the parties who might otherwise have enjoyed it. And it has appeared to me that if Congress had undertaken to *deny altogether the exercise of this writ by the federal court*, or limit the exercise to the few and rare cases (Michael Skakel ?? -- ed) that might per adventure find their way to some particular court, or declare that the writ should only issue to this or that class of cases, to the exclusion of others in which it might have issued *at common law*, it would be difficult to escape the conclusion *that the ancient and venerated privilege to the writ of habeas corpus had not been in some degree suspended, if not annulled*"

### *In Re McDonald 16 Fed. Cases 17*

And this situation would apply, and for the same reason, in concert with being an application to the pendente jurisdiction of this Court, should this Petition be treated as one of removal from a subordinate federal tribunal to an *Article III* district Court, thus Petitioner does *NOT* cite, and will not invoke, the "orthodox" removal statute, 28 USC 1441.

## *Jurisdiction of Federal District Court*

Here is a question which cannot be addressed without first knowing where exactly it is that a *purported Article III* Court really sits, and who has the authority to make this determination.

*IF* the district Court is in a *state judicial district*, then certain questions of comity and federalism would *appear* to arise (see e.g. *Ex Parte Young 209 US 123; Younger v Harris 401 US 37*). Not so, however.

A far more *cogent and compelling* question is: why does a State Court *refuse* to exercise the *concurrent* jurisdiction of a federal *Circuit Court*, and/or fail to take notice, let alone apply, *any* provisions of the *Constitution of the united States {1787-1791}*, most particularly, but *NOT* limited to, *Article I, Section 10* and *Article IV, Sections 2,3 & 4* ???

In addition, the question arises as to why, in a *judicial* district of a state admitted into "*this Union*" (*Article IV, Section 3*) and with the members of the sovereign body politic of the Nation & Republic recognized, by operation of law, as are their *Creator endowed unalienable* rights, that *any and all* such members *CANNOT* even gain entry into a federal building, let alone a federal court, for an apparent lack of any slave *ID* issued by one or another department of the *de facto* Bankrupt *national socialist* government.

Now *ALL* of this *ID* is *voluntary*, beginning with the application for a Social (in)Security number (42 USC 302(a)(8) -- see also *Exhibit E, personal* letter to William Henshall from then Commissioner of Social (in)Security Dorcas

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 24 of 39*         [Type here]

Hardy conceding the same).

And on continued advice of counsel, the application for Social (in)Security benefits in particular, let alone the host of other *ID* for which this 'mark of the beast' is ***REQUIRED*** (Driver's license, Marriage license, Professional license, etc.) has ***undisclosed*** consequences to applicants, which include:

1.    That the applicant "volunteers" into becoming a "taxpayer" (26 USC  6109) and thus subject to the ***unlimited*** power of the (***de facto national socialist***) government to be taxed ***OUT*** (?!?- ed) of existence[5]; *Petitioner is No longer a U.S. TaxPayer Evidenced By The IRS Letter Avail. upon request*

2.    That the applicant, for all apparent intents and purposes, "stipulates" to being a "United States citizen" as that term is defined in Section 1 of the 14th ***war*** "amendment" and thus "owes such citizenship" to what very arguably is the ***NON***-existent 14th ***war*** "amendment"; *Petition is FOREIGN*

3.    That the applicant is thus "voluntarily" stripped of his status as a lawful de jure ***jus sanguinis*** State Citizen;

4.    That the applicant has also "stipulated" to be bound by ***ALL*** provisions of ***NEFWA***, including Section ***4***, which provides, in ***relevant*** part, that:

       "The validity of the public debt of the United States …  authorized by law, shall ***NOT*** be questioned"

5.    That this "stipulation" finds its statutory 'soul mate' in 26 USC  6305(b), which provides, in relevant part that:

       "***NO*** court of the united States, whether created under ***Article I*** or ***Article III***, shall have jurisdiction to review or restrain the assessment or ***collection*** of taxes

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 25 of 39*          [Type here]

by the Secretary …"

6.    That the Applicant has also "stipulated" to be bound by *ALL* provisions of the 14th *war* "amendment", including Section *5*, which provides a *seemingly unlimited* grant of power, that:

> "Congress shall have the power to enforce, by *appropriate* (?!? -- ed) legislation, the provisions of this article'"

7.    That these "voluntary" acts of an unwary and *uninformed* applicant have the effect, albeit *sub silentio*, of divesting the applicant of any and *ALL* status and standing to invoke the *judicial* power of the united States and/or of one of the Several states admitted into *"this Union"*, up to, and including, the supreme Court of the united States, when otherwise there would be a *right* to be heard in the supreme Court (see e.g. *Cohens, supra*);

8.    That not only will any and *ALL* attempts by an "applicant for benefits"/"taxpayer" be dismissed (*Flemming v Nestor 363 US 603*), usually for an alleged "failure to state a claim", a hapless "taxpayer" might well find himself attainted by heavy fines for bringing a "frivolous" action;

9.    That the supreme Court will indulge, dispassionately and insidiously in the use of its self-promulgated *"Ashwander Doctrine"* for status & standing (*Ashwander v TVA 297 US 288,341*, Brandeis et al JJ, concurring), and often *sub silentio*, to avoid the duty assigned by the American People, heeding its own ruling in *Marbury v Madison*, to *say what the law is*;

10.    That in this regard, the Court has several available "options" to get the job done, often -- pursuant to counsel, by invoking 'Rule *4*' of *"Ashwander"*, which provides that:

"The Court will *NOT* address a question of constitutional law, though *properly* (!) presented by the record, if there is also present "some other ground" (application for Social (in)Security benefits ??) upon which the case may be disposed of." (and 'disposing' of Citizens, and their Creator endowed inalienable rights, is exactly what the current *de facto national socialist* government does, coldly and calculatingly, at each & every opportunity)

(worthy of notice here is that Plaintiff advises that in his decades of intense, passionate and *independent* research of the Constitution,    history and laws of the united States that not a *single* case addressing these issues has ever been located, at least in the supreme Court, which strongly suggests that this is a novel question of law).

*IF* the district Court is sitting in a federal (*insular* ?) territorial possession, the situation is even more interesting, and this is *exactly* the situation set forth in Petitioner's accompanying *Supplementary Brief on Admission of New States* (*SBANS*), contentions which counsel advises have *NEVER* even been *attempted* to be refuted by government prosecutors, or any other parties to whom such issues have been addressed, having the *sworn DUTY* to do so (see e.g. *Berger v US 295 US 78*),  in the many cases in which they have been *squarely* presented (see *Exhibit D*, Affidavit of Counsel in re cases presented)

And if the court *IS* sitting in a territory, a matter now beyond dispute given the above facts, and in concert with the concession of the COLORADO CALIFORNIA supreme court in the *administrative* 'denial' of the Petition for Writ of *NON*-statutory Habeas Corpus of Counsel by the *clerk* (!) of the court (*Exhibit A*), with the Petition being both *UNFILED* and *UNOPPOSED*, and with the notation, by the *clerk*, that:

"…the issues presented in the writ are *beyond the jurisdiction of California/Colorado courts as they appear to raise federal questions*."

the glaringly obvious question is how *ANY* of the states admitted into "*this*

*Union*" (up to and including the admission of Oregon in 1859 -- after this date, "*this* Union" no longer existed for the purpose of admission of New states[6]) -- could have been relegated, and on who knows what authority, to a condition of a *federal (insular ?) territorial possession* of the United States, if not worse, this 'courtesy' of *NEFWA* !

## Unlawful Restraints upon Petitioner's Liberty

This section is expansive, encompassing intimately interconnected violations of Rights secured by *at least ALL 6 Articles of the Constitution for the united States {1787-1791}*, such that frequent reliance will be made.

In addition, the following analysis will proceed on the basis that COLORADO *IS* a *federal (insular ?) territorial possession*, as *proven* in the trial 'court' by the *UNOPPOSED Motion to Quash*, while noting that many of the constitutional violations set forth would be equally cognizable in one of the several states, if there were any left in existence.

That Respondents are artificial, corporate entities all, which, as 'creatures of the state', which do *NOT* have the unlimited power to contract ' (*Hale v Henkel, 201 US 43,74*) as they "owe their citizenship" to Section 1 of *NEFWA*, assuming arguendo that it exists, and for which the 'creation' of such corporate "citizenship" was a *central*, albeit *carefully covert*, objective of such "amendment"[7];

Accordingly, Respondents are, and must be held to be, 'state actors' for the purposes of the correct[8] analysis of the Constitutional issues which follow, noting, in addition, that the interests such corporate entities, such as they are, being

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 28 of 39*    [Type here]

"represented" by yet other 'state actors', licensed members of the ~~CALIFORNIA~~ *COLORADO* 'State' Bar Association.

In addition, these 'State' agents are, or will be, "practicing law" and representing the interests of artificial corporate "persons" before other 'State' agents, "persons" purporting to be judges in a state Court of common law general jurisdiction, when in fact they sit in a *territorial tribunal NOT* clothed with, or being capable of being assigned, the *judicial* power of one of the Several States and/or the united States, (see *SBANS*).

All of these 'state' Bar Association agents and actors *clearly* and *unambiguously* belong to an agency of the de facto territorial government; as such, they are *required*, pursuant to the 'Appointments Clause' (*Article II, Section 2*) to be appointed by the President or, in the alternative, be appointed by a territorial governor appointed by the President (obviously 'Moonbeam' Brown et al do *NOT* qualify here, in either capacity). *Genocide Program against the American People CJS § 7*

Not only do all these actors have *irreconcilable conflicts* with the rights and interests of *at least* lawful, de jure, *jus sanguinis* state Citizens, *THEY* are the ones guilty of 'practicing law without a license', and likely a *LOT* more !

That said, if Respondents are *NOT* restrained from their planned course of action, the rights of Petitioner *will* be further violated in *ALL* of the following ways, to wit (*NOT* (!) a complete list):

1. Loss of the right of *unlimited* power to contract secured by *at least Article I, Section 10* of, and/or the *9th Article of Amendment* to, the *Constitution for the united States {1787-1791}*; this is specifically underscored by  the *72*

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 29 of 39*        [Type here]

*YEAR* 'plea deal' and 2❶ years of imprisonment of Petitioner;

This in turn raises some painfully obvious Constitutional questions about the lawfulness of such records, especially coming from a trial 'court' which *ALL* 'official' actors *KNEW* was acting *coram non judice;*

2.    Loss of the right of *unlimited* power to contract, as hereinabove set forth, and the rights to invoke the *judicial* power of a state and/or the  right to trial by jury, by being *compelled into to submission into a contract of adhesion* over which Petitioner had and has *NO* control, with which Petitioner was *NOT* represented by counsel, nor having any *known* right to such assistance, at the time of "entry" into such  agreement, with Respondents having an army of 'state' Bar licensed counsel at their beck and call, and which Respondents could change any or *ALL* terms of such purported agreement ay any time and with little, *if ANY*, notice to Petitioner and *NO opportunity to be heard  prior* to any such changes being filed[9];

3    loss of the right of *unlimited* power to contract, as hereinabove set forth, and the rights to invoke the judicial power of a state and/or the right to trial by jury, by being *compelled into to submission into a contract of adhesion*, 'courtesy' of statutory schemes such as Sections 14600 et seq. of the CALIFORNIA Vehicle Code and/or Sections 40508 et seq. of the CALIFORNIA Vehicle Code, pretended laws which violate the *Constitution of the united States {1787-1791}* and/or the *California Constitution (1849)* and/or the *Northwest Ordinance of 1787*, in *at least* the following ways:

a.  With the United States having been in a *perpetual* state of one or another

pretended "emergency" for *150* years, as set forth in the *SBANS* brief, the invocation of *at least* the undefined, and *apparently unlimited*, *martial law power* of Congress, in order to "redefine", as it were, the laws of Citizenship and sovereignty by mere statutory enactments such as the *Civil Rights ("rights") Act of 1866, 14 Statutes at Large 27* and the *Reconstruction Act of 1867, 15 Statutes at Large 428, Chapter CLIII*, *BOTH* vetoed by *President Andrew Johnson*, and *WITHOUT* the necessary quorum in either House of Congress to enact, let alone override a veto of, any such acts, with the "States then lately in Rebellion" having been unlawfully denied *ALL* of their seats in 38th and 39th Congresses in plain violation of *at least Article I, Sec. 5, Para. 1* of the *Constitution of the united States {1787-1791}*; see *Supplementary Brief on Qualifications of Legislators*;

b.  With any and all such acts, including those listed above, and very arguably including, among others, the *Federal Reserve Act of 1913, 38 Statutes at Large 251* et seq., the *Social (in)Security Act of 1935, 49 Statutes 620* et seq., and the *PATRIOT Act of 2001, 115 Statutes at Large 272* et seq., all of which have, for all *apparent* intents and purposes, suspended even the *NON*-statutory Writ of Habeas Corpus and *CLOSED* the judicial Courts, assuming arguendo that there are any such Courts in existence, yet having been enacted in times of peace, with *NO known* declared state of war, rebellion or invasion which *might* justify even a *temporary* suspension of any of these rights, and others as well;

4.  Falsely perceived to be subject to any suit or process in violation of Title 1, Section 2(b) and/or Title I, Section 7 (b) of the *International Organizations Immunity Act 59 Statutes at Large 669* et seq.; in addition, 11th

Amendment immunity from suit, as a member of a *foreign* nation, may also be available, in both instances by operation  of law[10] in direct pursuance of the unlawful acts of the 39th Congress resulting in the *forced statelessness* and/or disenfranchisement of the members of the sovereign body politic of the Nation & Republic (lawful de jure free white State Citizens) 'courtesy' of such acts of usurpation as the Civil Rights Act of 1866, supra, Reconstruction Act of 1867, supra and the proposal and "ratification" of the 14th & 15th  *war* "amendments", in equally plain violation of *Article V* of the  *CuS*;  (see *3 (a&b)* above)

5.    Falsely being "found", in plain violation of the right to trial by jury[11], to be a "United States citizen", one who "owes such citizenship" to Section *1* of the *NON*-existent 14th *war* "amendment", who is allegedly bound by any and all other provisions of *NEFWA*, most particularly Section *4* thereof, and who has, albeit 'courtesy' of an insidious *fiction* of law, made a "*voluntary, knowing* and *intelligent*"[12] "waiver" or "renunciation" of lawful de jure State Citizenship and thus membership in the sovereign body politic of the Nation & Republic; (see *3 (a&b)* above; *SBANS*);

6.    Falsely subjected to a continual, and *perpetual,* state of one or another pretended "emergency" with *all Creator endowed Unalienable rights*  and/or rights secured by the *Constitution of the united States {1787-1791}* in an equally *perpetual* state of abeyance, if not outright 'repealed' by the usurpers controlling all organs of the *de facto national socialist* Bankrupt government by *fiction* of law, and the concomitant, corrupt use *federal regional martial law rule jurisdiction*; (see *3 (a&b)* above; *SBANS*);

7.    Such states of pretended emergencies were rarely, if ever, based on any real threat of invasion of American soil, or any other interests which *might* justify a declared state of war by Congress[13](see e.g. ***Senate Report 93-549 "Essays on Emergency Powers"***) even assuming arguendo that it consisted of any members with the qualifications to hold office, and/or a President duly elected who could lawfully execute any powers of office, let alone the war powers of the Commander-in-Chief; these include (***not*** a complete list ):

a.    the Mexican War of 1846, with the Mexicans goaded to "unlawfully" cross the Rio Grande into Texas, thus "commencing"  hostilities against the united States;   @@

b.    the War between the States, with the Confederates duped in much the same manner to open fire on Fort Sumter, albeit as a ***defensive*** manner, as set forth in "***Team of Rivals***" by ***Doris Kearns Goodwin***;

c.    the Spanish-American War, when the ostensible cause of the war was the sinking of the Battleship Maine, which history  later records -- and which was likely known to the McKinley administration, to have ***imploded***, thus not only ***not*** having  been sunk by the Spanish, but ***deliberately*** scuttled to set up a  "war" in which America, or at least those in control of the reins at 120 Broadway, New York, NY, made the initial venture into imperialism, 'courtesy' of the acquisition of ***insular*** territories  such as Cuba, Puerto Rico, Guam and the Philippines -- the real, albeit ***carefully concealed***, motive for this "war";

d.   World War I, with a strikingly similar background to the American entry into a war very unpopular with the American people, this 'courtesy' of the sinking of the "cruise ship" Lusitania  by the Germans, which was a fully justified sinking of a *warship*, in concert with the unnecessary (*planned* ??) loss of 128 American lives;

e.   World War II, when American involvement was based on the "surprise" Japanese attack on Pearl Harbor, which the FDR administration *knew* was coming[14], having broken the Japanese military code, yet took *NO* action to prevent, yet another  needless, serpentine sacrifice of American lives to further enhance the agenda of the corporate NY Bankster interests, conveniently and safely hidden 'behind the curtains';

f.   the Korean "war" /aka/ "UN Peacekeeping effort", with a massive loss of American lives in a 'war' *NEVER* declared by Congress, this in response to the "threat" posed by the communist government of China which, then and now, posed *NO* military threat to at least the *continental* united States;

g.   the "Cold War"; while no active state of War was declared, the massive buildup of the American military-industrial complex, in response to the "threat" of the Red Army of the Soviet Union, was like a mirage in the desert when one considers that it was *direct* support of the Wall Street Banksters which funded the "October Revolution" in the first place (see e.g. "*Wall Street and the Bolshevik Revolution*" by *Antony C. Sutton*), and history has shown, *clearly* and

*unambiguously*, that "the borrower is *servant* to the lender", a situation which should  also been taken into account during the "Cuban Missile Crisis"

h.  the Gulf of Tonkin incident, including the attack on the American *warship* Maddox; though it was *immediately* apparent, at least in certain government circles, *that no such attack had ever taken place*, this was the 'leverage' used to get an already servile LBJ to "commit troops" to the liberation of Vietnam, an action which had, very arguably, been planned 20 years prior (see e.g. "*JFK*" by *L. Fletcher Prouty*), and the *actuarially planned* loss of over 50,000 American lives in yet another "UN Peacekeeping Effort";

So it is that the (war) beat goes on, with the sole objective of keeping the Wall Street *Bank$ter$,* and their toadies in 'state' *BAR ASS*ociations (*sBA*), in full and complete control of the Nation & Republic at any and all costs, easy to do when there is *NO KNOWN INDEPENDENT* avenue of relief from the *sBA*,  this in a constitutional, common law court, *at least* one of which should exist in every county of every *sovereign, independent state admitted into "this Union"*.

## Relief Requested

1.  That *Case No. 04CR220* be removed to this *Article III* judicial Federal
    06CR324
    15CR538

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 35 of 39*    [Type here]

Circuit Court and/or that a *NON*-statutory Writ of Habeas Corpus issue, in either case with the following relief:

2.

a.   that any and all charges against Petitioner be dismissed *forthwith with prejudice* to the cause pursuant to the multiple frauds and acts of *Treason* committed on Petitioner, multiple violations of Petitioner's *Creator endowed Unalienable rights* secured by the *Constitution of the united States {1787-1791}* and/or removed from any and all records and with Respondent(s) ordered to show cause why such relief should not issue forthwith; and, ultimately:

1.   The failure to state a claim upon which relief might be granted by Respondent(s), and each of them in the trial 'court';

2.   noting the lack of status of Respondents, and each of them, to invoke the *judicial* power of the united States and/or the state of California, thus *NOT* being a real party in interest as required by the common law and/or, insofar as it *may* be applicable, Rule 17 of the FRCP;

3.   multiple cumulative compensatory and punitive damages from Defendants, and each of them, for any and all acts of negligent infliction of threat, duress, coercion, Treason as hereinabove set forth as a Jury determines, in pursuance of the *false & fraudulent* process issuing, or threatened to be issued by a trial "court" pretending to be a State Court of common law general jurisdiction while in fact sitting as a *federal territorial tribunal*

in the amount of *two thousand nine hundred dollars - $2900.00* /aka/ $ 5,000,000.00 (five million) *undefined* dollars per '*perp*' in federal reserve notes; *Also see attached Appurtenance/ Reparation settlement*

## Jurat

I, Todd Aurit,  declare, *under penalty of perjury*, that all facts stated herein are true of my own personal knowledge, except those matters stated upon information and belief, and that this document was executed in ~~*Carson City, Colorado.*~~ ~~*2-22-25*~~, Colorado  on the __22__ day of __February__, 202__5__.

By: *todd© etal Grantee*
Todd ~~Aurit~~ *anthony House of aurit: Foreign et-al Non statute: Non-ucc: Non: corporate Private Attorney General  Non-certified Non BAR*

©WH@281676

## Footnotes

1 --    see e.g. *Cary v Curtis 3 How. 235* and *Sheldon v Sill 8 How. 441*, albeit with a view far more consistent with the *original intent* of the Framers expressed in Justice Story's majority opinion in *Martin v Hunters Lessee 1 Wheat. 304* and his cogent dissent in *Cary*, supra;

2 --    see e.g. *Hayburn's Case 2 Dallas 409*;

3 --    stands to reason, *quod erat demonstrandum,* that those engaging in a *military usurpation of the Constitution of the united States {1787-1791},* which resulted in the *disenfranchisement of the sovereign body politic of the Nation & Republic,* cannot make any claim whatsoever as to being in possession of the *"consent of the governed"* of those with *NO VOICE* in

*In Re Todd Aurit Trespass vi et armis 42 USC 1983  Page 37 of 39*    [Type here]

such government, and/or claiming to be a government of **defined & limited powers based on the rule of law** -- see also Section 3516 of the Civil Code, a maxim of law which provides that:

"No man may benefit from his own error."

4 -- **Ex Parte Milligan 4 Wall. 2, Ex Parte Merryman 17 Fed. Cases 144; Duncan v Kahanamoku 327 US 304**);

5 -- see e.g. **McCulloch v Maryland 4 Wheat. 316; Enochs v Williams 370 US 1**), **Miller v. Standard Nut Margarine Co. 284 US 498**;

6 -- early on this was true pursuant to the lawful secession of the Southern States, as set forth in the opinion of Attorney General Jeremiah S. Black, a leading authority on constitutional law, to President Buchanan, on the Secession of States, **9 Opinions of the Attorney General 152** (duly noting that no such question as to the right to secede arose when considered by **Massachusetts** in 1815), and thereafter by the engaging in hostilities leading to the War Between the States, notwithstanding who really precipitated the conflict -- and evidence exists on both sides of this question, see e.g. **Team of Rivals** ppg. 340 et seq. by noted historian Doris Kearns Goodwin;

7 -- see e.g. **SBANS**; **Santa Clara County v SPRR 118 US 394**; and the dissent of Justice Hugo L. Black in **Connecticut Insurance v Johnson 303 US 77**, incorporated by reference as though fully set forth herein).

3 -- stands to reason, *quod erat demonstrandum,* that those engaging in a *military usurpation of the Constitution of the united States {1787-1791},* which resulted in the *disenfranchisement of the sovereign body politic of the Nation & Republic,* cannot make any claim whatsoever as to being in possession of the *"consent of the governed"* of those with *NO VOICE* in such government, and/or claiming to be a government of *defined & limited powers based on the rule of law* -- see also Section 3516 of the Civil Code, a maxim of law which provides that:

"No man may benefit from his own error."

4 -- *Ex Parte Milligan 4 Wall. 2, Ex Parte Merryman 17 Fed. Cases 144; Duncan v Kahanamoku 327 US 304*);

5 -- see e.g. *McCulloch v Maryland 4 Wheat. 316; Enochs v Williams 370 US 1), Miller v. Standard Nut Margarine Co. 284 US 498*;

6 -- early on this was true pursuant to the lawful secession of the Southern States, as set forth in the opinion of Attorney General Jeremiah S. Black, a leading authority on constitutional law, to President Buchanan, on the Secession of States, *9 Opinions of the Attorney General 152* (duly noting that no such question as to the right to secede arose when considered by *Massachusetts* in 1815), and thereafter by the engaging in hostilities leading to the War Between the States, notwithstanding who really precipitated the conflict -- and evidence exists on both sides of this question, see e.g. *Team of Rivals* ppg. 340 et seq. by noted historian Doris Kearns Goodwin;

7 -- see e.g. *SBANS*; *Santa Clara County v SPRR 118 US 394*; and the dissent of Justice Hugo L. Black in *Connecticut Insurance v Johnson 303 US 77*, incorporated by reference as though fully set forth herein).

13 -- hmm -- would a valid declaration of war against North Korea have any more staying power than *30 minutes* ??

14 -- indeed the efforts of Colonel Billy Mitchell of the then Army-Air Corps, going back over the *previous decade*, to make the powers that be aware of the coming attack, which as he knew was the project for graduating classes of the Japanese military, were totally rebuffed by his superiors and, indeed, he was subjected to a court martial for his heroic & patriotic efforts;

CLAIM TWO: Civil Suite

LAW CIVIL

Violation of Rights

Secured by the

Constitution

Ostensibly  42 USC 1983

"

"

"

AS Follows 1-15

CLAIM one TWO

## LAW SUIT

**Todd A Aurit**

**v.**

### *JARED POLIS office of the territorial governor*
### STATE OF COLORADO

Talent hits a target no one else can hit;
Genius hits a target *no one else can see*

On advice of Counsel, an expert witness who *WILL* be testifying against you in any ensuing action, if need be (see *Exhibit A*, the first 5 pages of his **hand printed** Writ of Habeas Corpus to the US supreme Court, done while *ALONE* in a *S.C. jail cell*, and this in a *felony* case he won in the *first 90 seconds* of the arraignment, and excerpts from his Briefs on the 14th Amendment and *83 pages* (!)on *Admission of New States*), who also has just recently gotten a *FILED* Notice of multi-million 'dollar' Default in a federal court against an attorney for Plaintiff "*MORTgage Bank$ter" (MB)* in the trial 'court', and pursuant to of recent events in the US supreme Court, most particularly their *VERY* recent, *unanimous* (!) decision in *Axon v FTC[1]*, the death knell for the *administrative state* you embrace, and support from *US v Madero* (2022), and *SEC v Jarkesy* soon to follow, please take notice that this is an opportunity for you to do the (*gasp* !) right thing, *at least* to the extent of ordering the immediate release (pardon) of my son, Todd Aurit, while making a *PROMPT* settlement of all settling claims of violation of rights secured by, *VERY* arguably, *ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS)* your treasonous actions.

To be sure, the really important parts of *Axon* are in the "concurring" opinion of *Justices Thomas and Gorsuch*, which leave little to the imagination, this in their 3rd term of a long overdue *all-out assault on the administrative state* which you lovingly embrace, noting that

counsel advises that also apply to *at least* all quasi-criminal proceedings in a "special" jurisdiction in a trial 'court' /aka/ *administrative tribunal*.

Counsel further advises this decision, without more, is effectively *res judicata* in the instant case, a quasi-criminal case with all hearings in even an *administrative tribunal* anywhere in sight, a fortiori when the prosecutor, with the *SWORN* duty to do so, *NEVER* made any timely, let alone any, *PROOF* of jurisdiction and venue any and all terms of any *allegedly* applicable agreement and/or "*voluntary, knowing and intelligent*" waiver of rights.

Indeed, Counsel advises that without  more, this should have resulted in a dismissal of all charges (*WITH* prejudice ?) by a *neutral* magistrate (*Tumey v Ohio 273 US 510*. Can you say "decency, security and liberty alike …"  ???

Add to this that Counsel has just gotten a *WIN* in a 'criminal' case in another jurisdiction in which the record in any ensuing action, was 'courtesy' of intervention, albeit 'unofficially, of the current Justices of the US supreme court, in which many of the *UNOPPOSED structural jurisdictional* issues he advocates also apply *PERFORCE* in the instant case

This applies a fortiori in what Counsel advises can be *PROVEN*, in any ensuing setting, to be the federal (*insular* ??) territory of COLORADO, conveniently the "*SIN*tennial State", [*DE-FACTO* handwritten] which has *NEVER* been admitted a sovereign, independent state into "this Union", of which the likes of Neil Gorsuch are well aware.

Can you say "*Pandora's Box*" ???  We add in the fact that at least a  territorial *Sin Dic Vacant office* [handwritten] GOVERNOR is *REQUIRED* to be appointed by Congress pursuant to *at least Article IV, Section 3* (*I-8-17* ?!?).

Add to this that there was and is nothing *remotely related* to a lawful body politic, "qualified" electors and/or "qualified" jurors anywhere in sight and there was *NO* way for ~~son~~ [*Todd political prisoner* handwritten] to invoke either the right to trial by jury according to the course of the common law, or even [*/ Trust Law* handwritten]

*In Re Todd Aurit Settlement Demand Page 2  of  15*

the non-statutory federal Writ of Habeas Corpus, known since *Magna Charta*, and to those "racist' Framers, as the 'Great Writ of Liberty, ensured to even "inhabitants of **territories**" by *Article II of the Northwest Ordinance of 1787* as reenacted by the 1st Congress.

Indeed, and ever 'conveniently' for the *NY Bank$ter* types, there is no **known** right to any elections in territories, *carefully* noting that Counsel can *PROVE*, in fine *a cappella*, expert witness knowledge of the Constitution, history and laws of the united States, that there have *NOT* been anything *remotely resembling lawful* elections since, *VERY* arguably, November 6th, *1860*.

Add to this that the record will clearly and unambiguously establish not only the outright absence of anything *remotely resembling effective assistance of counsel*, the only "right" that thee *de facto national socialist* ~~bankrupt~~ *government* thinks its victims have, counsel took *NO* apparent notice that ~~my son~~ *political prisoner* Todd was subjected to *massive medicinal overdosing* as a pre-trial detainee, rendering him *TOTALLY* unable to actively participate in any way in his own defense, which destroyed *ANY* possible hint of *purported* jurisdiction disappears like a fart in the wind

As Counsel also points out, even this "right" is of strikingly little substance – see e.g.

*Burdine v Johnson* 719 S.W.2d 309 v and *US v Cronic* 466 648 – counsel being stunned that the latter was *NOT* written by *Chief Ju$tu$* Warren E. ~~*Bastard*~~ Burger.

@@@@

Offered here is a timely quote from the US supreme Court from *Cohens v Virginia 6 Wheat. 264*, a 'vintage' decision of which the current Justices are *well aware*, on the subject of jurisdiction and venue of Constitutional courts, one of many from, very arguably, the best decision of the court, which has *VERY* recently cited by the Justices in at least *Texas v California*, now *Axon*, and likely *Jarkesy*, which a Jury will be readily receptive, to wit:

*In Re Todd Aurit Settlement Demand Page 3 of 15*

"The Court **MUST** exercise jurisdiction if it has it, but **CANNOT** exercise jurisdiction if it doesn't. The one or the other would be **TREASON** to the Constitution." Can you say "**Cell 2455 in San Quentin prison**" ????   **OOOPPPSS** !!

Also particularly relevant here is that there is no **KNOWN** right to counsel and effectively **NO** right to trial by jury, a fortiori according to the course of the common law, which results almost assuredly in a d **Directed Verdict of Guilt**. (see e.g. the **seemingly** unrelated case of **Bass v US 784 Fed. 2nd 1282**).

Add to  this that I am advised by Counsel that the jurisdiction and venue inherent in the process you employ can be **PROVEN** to be **federal, regional martial law rule**, to which ~~my son,~~ *political prisoner* Todd, was **NOT** subject, and, being **PRESUMED** incompetent, on who knows what **lawful** factual foundation and legal basis (see e.g. **GEORGIA Probate Code Section 29-4-21**),  in **at least** all 'courts', he could not possibly have made any "**voluntary, knowing and intelligent**" waiver of rights (see e.g. **Johnson v Zerbst 304 US 458**), thus jurisdiction never attached.

And this is **NOT** counsel saying it especially in re judicial Courts, as the following excerpts are from the **Commentaries on the Constitution** by **Joseph Story**, a Justice on the supreme Court for 30+ years , well known to the current Justices, and a leading, if not the greatest, recognized expert on the Constitution at a time virtually contemporaneous to the formation of the Nation & Republic and the ordaining and establishing of the **CuS**:

**Section 1584**

"In considering the first clause of the third section, declaring that "the judicial power of the United States **shall** be vested in one supreme court, and such inferior courts, as the Congress may from time to time ordain and establish, we are naturally led to the inquiry, whether Congress possesses any discretion as to the creation of a supreme court and inferior courts, in which the constitutional jurisdiction is to be vested. **This was at one time a matter of much discussion, and vital to the existence of the judicial department. If Congress possess any discretion on this subject, it is obvious that the judiciary, as a coordinate department of the government, may, at the will of Congress, be annihilated, or stripped of all of its important jurisdiction**; for, if that discretion exists, **no one can**

*say in what manner, or at what time, or under what circumstances it may or ought to be exercised* … the judicial power of the United States shall be (*not* may be) vested in one supreme court, and in such inferior courts, as Congress may from time to time ordain and establish …"

"The judicial power *must*, therefore, be vested in some court by Congress; and to suppose that it was not an obligation binding on them, but might, at their pleasure, be omitted or declined, is to suppose under the sanctions of the Constitution, *they might defeat the Constitution itself*. A construction which would lead to this result *cannot be sound* …"

### Section 1586

"If it is then a duty of Congress to vest the judicial power of the United States, it is a duty to vest the *WHOLE* judicial power. The language, if imperative, as to one part, *is imperative as to all*. If it were otherwise, this anomaly would exist, that Congress might successfully refuse to vest the jurisdiction in any one class of cases enumerated in the Constitution, *and thereby defeat the jurisdiction, as to all*; for the Constitution has not singled out any preference to others …"
"It would seem, therefore, to follow that Congress are *bound to create some inferior courts*, in which all of that jurisdiction, which, under the Constitution, is exclusively vested in the United States, and of which the supreme Court cannot take original cognizance. They might establish one or more inferior courts; they might parcel out the jurisdiction among such courts. From time to time at their own pleasure. But the whole judicial power of the United States should be, *at all times*, vested in either original or appellate form, in some courts created under its authority."

Counsel further advises that there is school of thought that believes that what Justice Story stated is *NOT* applicable, -- see e.g. *The Structural Constitution 105 Harvard Law Review 1153*, since concurrent jurisdiction could be invoked in state courts, but, that said, our *UNOPPOSED Brief on Admission of New States* firmly establishes that there are *NOT* any such (*sovereign, independent*) states remaining.

And we haven't even discussed multiple other Constitutional issues, which will arise in any ensuing action, such as the *absolute absence* of anything *remotely resembling* either a quorum to do business in either House of ~~Cards~~ CONgress, *Sin Die* or the ratio of representation in the House, not to mention any and all *32* (?) of the *sovereign, independent states* admitted into "*this*

*In Re Todd Aurit Settlement Demand Page 5 of 15*

*bankrupt*

*Union*" having *NO* voice in the *de facto national socialist government* at all – can you say "republican form of government" ? - *NOT* a "political question"; "*Consent* of the governed" ?

Add to this that the U.S. supreme Court has ruled, in yet another 'vintage' decision, of which the current Justices are certainly well aware, *Windsor v McVeigh 93 US 274*, in yet more of that clear and unambiguous language, that:

> "The question for determination is whether the decree of condemnation (conviction) thus rendered, without allowing the owner of the property to appear in response to the motion, interpose his claim for the property, and answer the libel was of any validity. *In other words, the question is whether the property of the plaintiff could be forfeited by the sentence of the court in a judicial proceeding to which he was not allowed to appear and make answer to the charges against him upon the allegation of which the forfeiture (conviction) was demanded*."

> "The order in effect *denied the respondent a hearing. It is  alleged he was in the position of an alien enemy, and could have no locus standing in that forum. If assailed there, he could defend there. The liability and right are inseparable. A different result would be a blot upon our jurisprudence and civilization*. We cannot hesitate or doubt on the subject. It would be contrary to the first principles of the social compact and of the right administration of justice."

> "*The principle stated in this terse language lies at the foundation of all well-ordered systems of jurisprudence*. Wherever one is assailed in his person or his property,   there he may defend, for the liability and the right are inseparable. *This is a principle of natural justice, recognized as such by the common intelligence and conscience of all nations. A sentence of a court pronounced against a party without hearing him or giving him an opportunity to be heard is not a judicial determination of his rights, and is not entitled to respect in any other tribunal*. "

Add to this the admonition found in *Rhodes v US 27 Fed Cases 784* in re *Quo Warranto*, that:

> "*Whenever an act of that government is challenged a grant of power must be shown, or the act is void*."

Not even mentioned yet is that all of the allegedly applicable laws involved here are passed, no doubt with heavy $$ 'encouragement' by *CORPORATE PACs*, this in *at least* a legislature in which members of the *sovereign body politic of the state of California, admitted into "this Union" as a sovereign independent state*, are not only *conspicuously* undefined in the

*In Re Todd Aurit Settlement Demand Page 6  of  15*

*ILLINOIS* Constitution *purportedly* currently in effect, we are *SYSTEMATICALLY* excluded from *ALL* departments of government as well. Can you say "*Consent* of the governed" ???

A *BIG* problem for you will be how to distinguish *Axon*, and other current decisions of the US supreme Court like *Seila Law v CFPB, Lucia v SEC, Liu v SEC, US v Madero* and *SEC v Jarkesy*, now in the U.S. supreme court, and doubtless others to follow, from the *BS NEFWA* martial law processes in which ALL *SBA* (infra) actors 'specialize'.

Even worse, if that's possible, you could *NOT* have sustained your burden of proof to establish any contractual relationship to a common law jury, pursuant to *at least* your failure to make a 'timely' *FULL* disclosure of all of the terms and conditions of any *allegedly* applicable agreements, especially to a victim *PRESUMED* incompetent, if not *DEAD*.

And Counsel further advises that this issue could be the 'coop de grass', since even in any of your bullshit administrative tribunals, a challenge to jurisdiction, with the government having the burden of proof on jurisdiction and venue, we would, at one and the same time, be *DEMANDING*, in at least a *Bill of Particulars*, a *certified* copy of the *birth certificate* of any and all 'official' actors, ("All persons born or naturalized in (the *Trust* known as) the United States") an *essential* element of jurisdiction, *AND* a certified copy the our *DEATH* certificate, of political prisoner my son Todd, since we are clearly and unambiguously treated *EXACTLY* like *NEFWA* 'birthright shitizens'

Success here, however unlikely, would *NOT* have been helpful, since Counsel advises that the trial 'court' would *NOT* have had *at least* any subject matter jurisdiction over such 'agreement', like Social (in)Security, one which involved the use of *UNDEFINED* dollars used to "pay" expenses, which *IF defined,* are by the President, acting as *Commander-in-Fief of the Armed Forces* pursuant to *HJR 192.*– see e.g. *Cohens*, supra.

Accordingly, we haven't even addressed the fact that the *UNDEFINED* dollars circulate in "interstate commerce", *CAREFULLY* noting that the US supreme Court has *RULED*, in *NJ Steam v Merchants Bank 6 How. 344*, that:

*In Re Todd Aurit Settlement Demand Page 7 of 15*

'The commerce clause powers of **CON**gress are closely associated with the **admiralty** jurisdiction', this with the admiralty jurisdiction being well known to the Framers as a "jurisdiction **FOREIGN** to our Constitution and unacknowledged by our laws", which **NO** state judicial Court can exercise (**Article III, Section 2**).

As you may also be aware, especially regarding Donald Trump, there has been a lot of discussion about his "disqualification" from running for office emanating from Section 3 of **NEFWA**, for acts of alleged "insurrection or rebellion" against the Constitution for the united States, but **NONE** of these charges are valid, even **IF NEFWA** somehow exists, since the clear and unambiguous result has been to restore, to the maximum possible extent, the (**gasp** !) original intent of those "racist" Framers and the U.S. supreme Court as an Article III judicial court.

Compare **THIS** to the situation of 'official' actors today in **at least** the "judicial" department of the current **de facto national socialist** ~~government~~ bankrupt, notably ALL of whom are **REQUIRED**, on who knows what **lawful** factual foundation and legal basis, to be 'State' Bar A$$ociation attorneys (SBA) /aka/ **unregistered foreign agents of at least the City of London**. A Genocide Agency Against the American people See CJS§7 Attorneys

Even assuming arguendo that **NEFWA** does **NOT** exist, and never has, as per **McCardle**, infra, the big difference with any and **ALL SBA** attorneys, is that they can be **proven** to have **voluntarily, knowingly and intelligently** embraced **NEFWA**, in particular pursuance of the fact that it is the basis for their **malignant, malevolent monopoly** on the "practice of law".

Not enough ?? Then note **carefully** that ALL **SBA** actors are law school graduates, who are, if the **CuS** remains in full force and effect, **BOUND** by Oath by "**this Constitution** and the laws enacted **in pursuance thereof**".

Accordingly, such **SBA** actors knew, or **SHOULD** (!) have known that **NEFWA** does **NOT** exist, thus these ass wipes do **NOT** (!) have any 'fall back' position on the absence of

*In Re Todd Aurit Settlement Demand Page 8 of 15*

anything *remotely resembling* a *meaningful and substantive curricula* in the mandatory public "education" system for the study of the Constitution, history and laws of the united States.

And what do they snidely tell #$@!% "*PRO SE*" litigants: *Ignorance of the law is NO excuse*" !!! Right back at you, you *serpentine, sphincteresque satraps* of the NY MORRISON$ !

Accordingly, it certainly seems that the net result here is to free ~~my son~~ *Political prisoner* Todd *FORTHWITH* and make a prompt, *good* (!) faith settlement of all claims of violations of Rights secured by *ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS)* and then some, which likewise have arisen from your recent unlawful, not to mention *Treasonous*, eviction of me when you, and all other "official" actors, knew, or *SHOULD* have known, that the trial 'court' /aka/ *administrative tribunal*, with what the record *WILL* prove, in any ensuing action, was acting *coram non judice* from day *ONE*.

Take *careful* notice that the facts of *Axon* are strikingly similar to what has occurred here, which an inflamed Jury, one with the power to rule on the facts *and the law*, will readily perceive, perhaps in a qui tam quasi class action proceeding, that ALL 'official' *DNSG* actors are even guiltier, putting its *CORPORATE profits* ahead of the lives and well-being of its victims /aka/ at least members of the *sovereign body politic* of the Nation and Republic and others.

A *BIG* question here, which you should be asking yourself, and a Jury will certainly want to know, is 'on *WHAT allegedly applicable* authority' do 'official actors" think that they have more power and control over the lives of its *victims*, when the relationship between the two is *Principal* and agent and certainly *NOT* "guardian and *Ward* /aka/ master and *Slave* ???

Another *BIG* issue here for you is what, *IF* any, lawful factual foundation and legal basis exists for, in effect, the ongoing, nay *perpetual*, 'suspension' of even the Non-statutory Federal Writ of Habeas Corpus, *seemingly* secured *by at least Article I, Section 9, Clause 2 of the CuS,*

*In Re Todd Aurit Settlement Demand Page 9 of 15*

which a Jury will demand to know, especially after being advised of the following excerpt from *In Re McDonald 16 Fed. Cases 17*, to wit (see also in this regard *Ex Parte Merryman 17 Fed. Cases 144*):

> "*As then the states have no authority in the cases named, it follows inevitably that, if the United States courts cannot proceed, the liberties of the people are hopelessly at the mercy of all lawlessness and violence, whether exerted by the arbitrary will of one man or many, whenever the oppressor acts under color of the authority of the United States* — a condition worse than ever known in England since the days of Magna Charta, and wholly incompatible with the idea of civil or constitutional liberty. So far, however, is it from being true, that such is the deplorable condition of any American citizen, the reverse is the fact *Everyone who is illegally restrained of his liberty, under color of United States authority, has the fullest redress in the United States courts. Not only has he a constitutional right to apply for deliverance from illegal restraint, but it is the DUTY of the court to exhaust all its power to enforce his application.*"

Among other acts of *Treason* to the *CuS* which could be *proven* to a jury pursuant to a *daunting amount of relevant, admissible documentary evidence*, is that like all artificial, CORPORATE entities which "owe" their *SUBORDINATE* birthright "shitizenship" to Section 1 of the Non-existent 14th *WAR* "amendment" (*NEFWA*), and act exactly like their government masters in favoring the almighty, albeit *UNDEFINED* (!), dollar over *the sanctity of human life and Creator endowed inalienable Rights*.

The same *inflamed* (federal criminal Grand ?) Jury will also be instructed that this *egregiously evil exercise of non-existent power* by all *DNSG* actors is a *cogent and compelling* difference between the *original intent* of those "racist" Framers of the *CuS*, what with a *federative, republican* form of government of defined and limited powers, and today's much ballyhooed democracy. /aka/ "*elective despotism*".

Imagine their disgust when they learn that the same democracy /aka/ *3 WOLVES and 2 sheep* voting on what's for dinner, also exists in *NORTH* Korea, the only difference being the *MUCH* higher "voter" turnout in Pyongyang, with a "99%" turnout in the latest "election".

Could the reason for this be that *NOT* voting in North Korea is an *act of treason* and, if so, can Fancy Nogosi, Upchuck Shumer and Bitch McConnell, envious with jealously, be far behind ???

And we haven't even discussed the class action context of such a lawsuit, with a rigorously enforced discovery no doubt turning up a multitude of like situated victims of *DNSG* actors just itching to get a meaningful and substantive redress of grievance, this in, one way or another, an *Article III Court* exercising the *judicial* power of the united States, and this with *NO* statute of limitations anywhere in sight.

A heads up here – neither 'official actors', nor any of its army of 'State' Bar *ASSociation* attorneys /aka/ *unregistered foreign agents of at least the City of London*, will have *ANY* standing in any judicial Court, which makes perfect sense, since the record will also prove that the relationship of *at least* lawful, de jure, *jus sanguinis* state Citizens, if not inhabitants of states, or even *inhabitants of territories, like COLORADO*, is *Principal* and AGENT, *NOT* (!) GUARDIAN and *Ward /aka/* MASTER and *Slave* !  (see e.g. *GEORGIA Probate Code, supra*).

Also duly noted is that whatever allegedly applicable authority being used for the purposes of a 30 day eviction is, as you *should* be well aware, *null and void nunc pro tunc ab initio* on any one and all of the following grounds, to wit:

Your then recent and ongoing acceptance of the discharge of rent effectively renders any and all prior 'court' proceedings null and void, what with your overt acknowledgment that the relationship, such as it is, remains in existence. Perhaps some confusion with 'court' records has occurred where the Sheriff thought that an eviction notice exists when this cannot be the case.

Any such authority is also null and void since I have the *Right of unlimited power to contract* secured by *at least Article I, Section 10* of and/or the *9th Article of Amendment* to, the *Constitution for the united States {1787-1791} (CuS)* – see e.g. *Hale v Henkel 201 US 43*.

*In Re Todd Aurit Settlement Demand Page 11 of 15*

Accordingly, I could *NOT* have been subjected to any such 30 day notice, especially *WITHOUT* cause, since this is an egregiously evil time frame which Counsel further advises would make any and *ALL allegedly* applicable authority null and void as a *contract of adhesion*, even *IF* I signed an agreement, since there was *NOT* any *FULL* disclosure of all of the terms and conditions of such agreement at the time, or at *ANY* time, a fortiori to one *PRESUMED* incompetent.

Indeed Counsel further advises that any such 'law' would also be *null and void as a Bill of Attainder* pursuant to, as the case may be, of *Article I Section 9 or 10 of the CuS*, the taking of life, liberty or property *WITHOUT* judicial process (*Cummings v Missouri 4 Wall. 277*), not to mention *trial by Jury*, with *NO voluntary, knowing and intelligent waiver of this Rights* anywhere in sight (see e.g. *Johnson v Zerbst 304 US 458*).

And we haven't even gotten to protections offered by the Federal Fair Housing Act, most particularly *42 USC 3601 et seq. the Americans with Disabilities Act*, all of which you know, or *SHOULD* have known, pursuant to which any such complaints should not even be permitted to be filed and/or summarily dismissed *WITH* prejudice to the cause.

Any one or all of these *seemingly* lawful enactments provides, and provided, grounds for removal of the case to federal *Circuit Court* and/or *EFFECTIVE* assistance of counsel, the first being attempted and the latter turning out to be unavailable, despite my best efforts, in large part due to the massive amount of "confusion" in the trial 'court' and in spite of my efforts in contacting a lot of federal actors, including the US Attorney in Denver, all to no avail.

The result here was to effectively remove these seemingly applicable laws from the books, which, without more, raises grave questions of Constitutional law arising from the violations of Rights secured by *ALL 6 Articles* of the *CuS*.

Also noted here is that the *Right to Trial by Jury according to the course of the common law* is a Right also secured, to even *inhabitants of territories*, by *Article II of the Northwest*

*In Re Todd Aurit Settlement Demand Page 12 of 15*

*Ordinance of 1787*, as reenacted by the 1st Congress, which originally applied to Illinois and which the record will establish in any ensuing action *STILL* applies today.

In a similar vein, and duly noted, is that any such 'court' proceedings which might seem to be valid, emanate *NOT* from a judicial Court exercising the *judicial* power of the *sovereign, independent State of Colorado*, but what the record will also establish is an *administrative tribunal* (see e.g. *State v Hopkins 374 Pac. 2nd 784, an astounding account of unlawful acts*), *carefully noting* that *NONE* of the issues here arise from the *NEFWA*.

Duly noted is the what the record will *PROVE* is an 'agreement', as it were, that was and is based on *UNDEFINED* dollars, a 'conveniently' omitted fact, not surprising since I have learned that such dollars, *IF* defined at all, are by the President, acting as the *Commander-in-Fief of the Armed Forces*, pursuant to some or another *allegedly* existent, albeit *unilaterally* declared, state of "emergency". (*HJR 192*)

Accordingly, such dollars circulate, for all apparent intents and purposes, in "interstate commerce" and thus are subject to the admiralty jurisdiction /aka/ to those "racist" Framers as "a jurisdiction *FOREIGN* to our Constitution and *unacknowledged* by our laws", which any and *ALL* state judicial courts are *BARRED* from exercising (*Article III, Sec. 2*).

Not even yet addressed is the fact, which *WILL* be proven to that inflamed Jury, that there is an ongoing, nay perpetual, suspension of even the *Non-statutory federal Writ of Habeas Corpus* /aka/ since *Magna Charta (1215) as the 'Great Writ of Liberty*, (was this 'constructively' repealed by the *RAT*ification of *NEFWA*, yet another *unknown* agenda to any of those who *RAT*ified it ??? --see e.g. *Senate Report 93-549 "Essays on Emergency Powers"*).

Counsel advises that the '*coop de grass*', a fortiori that Todd would not be represented by Counsel at any 'hearing' in this case and thus would be denied *effective* assistance of Counsel in *at least* a quasi-criminal setting, not to mention *ANY* notice and opportunity to be heard.

Compare the decision of the US supreme Court in *Windsor v McVeigh 93 US 274*, excerpt following, notably *after* the *RAT*ification of *NEFWA*, to what happened here, you tell me how any of this could have occurred:

*In Re Todd Aurit Settlement Demand Page 13 of 15*

"The order in effect *denied the respondent a hearing. It is alleged he was in the position of an <u>alien enemy</u>, and could have no locus standing in that forum*. If assailed there, he could defend there. The liability and right are inseparable. *A different result would be a blot upon our jurisprudence and civilization*. We cannot hesitate or doubt on the subject. It would be contrary to the first principles of the social compact and of the right to administration of justice."

The principle stated in this terse language lies at the foundation of all well-ordered systems of jurisprudence. *Wherever one is assailed in his person or his property, there he may defend, for the liability and the right are inseparable. This is a principle of natural justice, recognized as such by the common intelligence and conscience of all nations. A sentence of a court pronounced against a party without hearing him or giving him an opportunity to be heard is <u>not</u> a judicial determination of his rights, and is not entitled to respect in any other tribunal*."

*Clearly and unambiguously* any and ALL *allegedly* applicable proceedings against me in this matter were and *ARE* null and void nunc pro tunc ab initio and should be treated as such for all purposes, Counsel observing that this is but the "*RDCV*" version of multiple *structural, jurisdictional Constitutional* issues which arise in the instant case.

Add to all of this that your pernicious, pervasive, perpetual use of any and all provisions of *NEFWA* 'laws' to advance your agenda, when you knew, or should have known, that no such laws existed, was and is acts of *Treason* to the Constitution pursuant to which your corporate charter can, will, and should be, summarily, *REVOKED*.

For at least this reason, not to mention all of the others, Counsel advices that *assuming arguendo* that *MB* somehow has a valid LLC (*NOT* !), the same will be subject to summary termination pursuant to *at least Cohens, supra and/or Section 3 of NEFWA*, noting that Trump is *NOT* subject to it, but *MB is*.

Accordingly, your *PROMPT* attention to this matter will be expected, including a *good faith* (!) offer *commensurate with the magnitude of the multitude UNOPPOSED* issues presented, not to mention acts of Treason by multiple 'official' actors, none of

*In Re Todd Aurit Settlement Demand Page 14 of 15*

whom are lawfully in office, Counsel suggests that $ 40,000,000.00 'dollars' /aka/ 20,000 ounces of gold coin /aka/ lawful money of the united States (see e.g. *Article I, Section 8, Clause 5* and/or *Article I, Section 10*) is about right, notifying any and *ALL* 'official' actors to cease and desist from *ANY* further action against me and removing any and all documents from any and all sources about this sordid, *serpentine, sphincteresque* situation.

*Principal*/ Rx: todd© - etal Grantee
*Beneficiary of the Cestui Que Trust*
*known as TODD A AURIT* FOREIGN ESTATE TRUST
NON-BAR NON-CERTFIED private attorney General
NON UCC - NON STATUTE    *Footnotes*
NON CORP

1 – in this regard, please find accompanying excerpts from *Axon* from the "concurring opinion" of Justices Thomas /aka/ the opinion of the court, of which all of the Justices are aware, and with more such mayhem to follow in the current term (at least *Jarkesy, supra*), and you tell me how the *BS NEFWA* protocols you embrace differ in *any* significant way. Can you say 'trial by jury according to the course of the common law', a right secured to even inhabitants of *territories* by *at least Article II of the Northwest Ordinance of 1787* as reenacted by the 1ˢᵗ Congress, if not the *7ᵗʰ Amendment*, which *DOES* apply in the *territory of COLORADO* ??

*In Re Todd Aurit Settlement Demand Page 15 of 15*

## CLAIM THREE:

### FRAUD / FRAUD BY DECEPTION

1) Fraud encompasses a broad range of human behavior, including * any ~~calculated~~ thing Calculated to "Decieve", ... whether it be by direct falshood or by innuendo, by Speech or by Silence, by word mouth or by look or gesture !!" (Regenold v. Baby fold, Inc. (1977). 68 III 2d. 419, 435, 12 III. Dec. 151, 369 N.E. 2d 858, Citing People ex rel. Chicago Bar Association U. Gilmore (1931), 345 III. 28, 46, 177 N.E. 710; In re Abschuler (1944), 388 III. 492, 503-04; Black's Law Dictionary 594 (5th ed 1979.) too. This court has previously disiplined lawyers even though Their

1

Cont

Cont.

fraudulent misconduct did not harm [99 III. 2d 252] any paticular individual. ~~did not~~ In re lamberis (1982), 93 III. 2d 222, 229, 66 III Dec. 623, 443 N.E. 2d 549"

" The courts has broadly defined fraud as any conduct calculated to deceive, whether it be by direct falshood or by innuendo, by speech or silence, whether in be, by word of mouth, by look, or by gesture, "Fraud" includes the suppression of the "TRUTH", as well as the presentation of false information. (In re Witt (1991) 145 III. 2d 380, 583 N.E. 2d 526, 531, 164 III. Dec. 610)."

2                                    Cont

Cont.

See also *In re Fredrick Edward Strufe*, Disciplinary case No. 93 SH 100 Where the Court stated " Fraud has been broadly defined as calculated to "Deceive.", . . .

## Abuse of Process:

The elements are an ulterior motive to obtain an illegimate objective. Or otherwise said to use legal process to obain a goal not legitimate in the regular conduct of The proceeding, *Giles v. Marce*, 988 P2d. 143, 291 Arz. Adv. Rep. 40 (Ariz.) App. Div. 2 3/23/1999, and *Blue Goose Growers Inc v. Yuma Groves Inc.*, 641 F2d. 695 (9th Cir. 03/09/1981).

3

Cont.

Cont.

See: Above in Lawful Constructive Notice To this Court; "Its ALL COMMERACE"!,

## BACKGROUND

1) In 2009 Plaintiff Started his Private Administrative Process further Noticed as, International Private Administrative Process(~~IPAP~~) (PIAP)

2) Plaintiff Filed to the Douglas County District Court & The STATE OF COLORADO, His #1 #1(PIAP) And His Conditional Acceptance For Value with Affidavits & Notices 7 Sets of GSA-FAR 48 CFR 53.228(b) Bonds to The Court, State, Attorney General, CDOC, etc, etc, etc, .

4                                    conf

Cont.

So many I, cant site them all right now, All Government Agents, Officers, Employee's chose to Go Silent, Fraud, Tacit Agreement -!!

3) Remember? Surety for a Debt, Normally the Courts receive There Money & let The Surety Go!! Not This Plaintiff,

4) In 2012, Along with The GSA Bonds, I, Gave notice of appointing the Court as Fiduciary, (Notice Avail. to be shown at Trial) Again Silence!

Cont.

Cont.

5) In 2012 Plaintiff filed I.R.S. Secretary of the Treasury Forms 56 & 56F, Appointing the Administrative [judge] Fiduciary to Settle & Close all The Cases: At this point, I, Plaintiff Had no Idea what was about to take place!

In 2013 The STATE OF COLORADO Filed 1099s & W2 with a Gross Income of one billion one hundred fourty million three hundred fourty six thousand one hundred seventy three dollars, There were amounts for each case, the 56 & 56F were filed on also as follows

Cont.

Cont.

04 CR 220:  $140,346,173.00
06 CR 374   $84,811,720.75
95 CR 473   $55,534,452.29

This was all evidenced by the
IRS Transcripts printed out
on 3-30-2016,

Also Plaintiff received from
The IRS a copy page of
The TRUST, Individual Master File,
Showing The Same as above, The
Grose Income W/ 1099 C and
1099 A. Along with Fremont
Correctional Facility Filing 1099 A K C S
In the Amount $1,320,000.00
This Was printed on 4-23-2014, Time:
6:56:23 PM. - -

7                          cont

Cont.

6) From Those Days, on Plaintiff and His Mother has suffered Great loss Tortured, Beaten, Stabed, Poisened, Malicious Prosecution, In, 2015, By George Brouchler & Jason Siers, Administrator, Donald Marshall, All Conspired to get a conf conviction no matter what, by Arresting Plaintiff's 76 year old Mother, the case was sequestered, never even on The Docket, Then these Tyrannts Got a couple of

8                    cont

Cont.

real Scum Bag Miscreant BAR FLY Genocide Attorny's, to Go Along with this Sham! <u>FRAUD</u>,! MALICIOUS PROSECUTION, Well the shoe is going to be on the other Foot, I am going to Prosecute Them! ~~Ethor~~. For Their Fraud + Have all of Them Disbarred !!

7) As Things went on, Per The 1876 COLORADO CONSTITUTION ART 2 sec 12, Says no person

Cont

Cont.

to Can be imprisoned for a debt unless They fail to Give up There Estate, More Fraud & Masonic Language, and Failure to disclose what happens in These, "Private Corporation Administrative [courts]") FRAUD FRAUD FRAUD!! See: all sections in The US Am. Jur & C.J.S. On FRAUD!! I, HAVE!

So when plaintiff did His duedilagence! Got The Bank Note, That Esheets back to the STATE after 6 months & becomes a security

10                                              cont

Cont.

After 6months, and by the way, per Revised Article 9 ~~III~~ of the U.C.C., I, Plaintiff Hold the Highest Claim to this ~~Estate~~ ~~E~~Evidenced by its Authentication, and makes The Principal the The Owner Secured Party, also Evidenced by the Defendant's et al, Silence, Tacit Agreement, FRAUD! OK Back to the point. Aprox. ~~August~~ June 3, 2017, I, surrendered the Private Bank Note to The Technical Support Divison % Treasury ucc contract Trust: IRS 1500 Pennsylvania Ave Wash D.C. 20220

Cont

Cont.

With an attachment letter of Instructions! On August 8th 2017 :A letter was sent to TODD A AURIT CTCF Box 1010 Canon City Co 81215, which Stated my Social Security payments began in Oct. 2017, & TODD A AURIT, etal. was no longer Part of The National Demonstration BOND Project, The Rule No Longer Applied to TODD A AURIT, etal. Oct 1, 2017 This was per; ~~the~~ : There was to be NO Debtor prisons in America per The Original National Government Constitutional Banking Charter and is expounded upon in Vol. I, Stat@Lg; FIFTH CONGRESS, Sess II; 49 and 50 ...

Cont

Cont.

So after receiving the letter from the Social Security Dept, My mother Went to the the local Soc.Sec, office in Canon City, Co. And asked a couple of Question's, They asked her! Why is he still in their? Good Question! May, I, Say FRAUD and Corruption!!

8) Continue's; In 2018 Principal made The Estate Foreign Per Colo. Rev. Statutes 39-22-503 (4) CFR 26: 301-7701-7: 26 USC 7701§31

13

Cont

Cont.

and Refiled The IRS Form 56 +
56-F, Along with IRS Form
1041 Estates & Trust, Final
Filing, with the Election
Per P.L. 105-34 Taxpay Relief Act
1997 + IRS 684(c) and the
1951 Powers of Appointment
Act P.L. 58 Chp 165, This
Was completed In 2019, Evidenced
By The Foreign EIN # 98-,
Also the letter from, the
Secretary of the Treasury,
Stating The Estate was Foreign,
+ was No Longer a U.S. citizen
U.S. Tax payer, where No 2 U.S.
Persons, Has any Election over the

14

Cont.

Foreign ESTATE etal., But yet Here I sit! Being detained by the Real Criminals!! CAN YOU SAY TREASON! Involuntary Servitude 18 USC 1583-1589 + So many more. See attatched, Instant Affidavit.!!

9) Oh But it still goes on! Now the Estate has been totally cashed out liquidated + privatized, Foreign Estate!! And No Public Entity can use it !!  What do you think

15                                    Cont

Cont.

The STATE OF CORRUPTION DOES NEXT? ALONG with the COLORADO DEPT. OF CORRUPTION, ~~Does~~, ~~Next~~!

well since, I've, been Transferred from facility, to oh, correction From Financial Institution to Financial Institution, "40" Times! Now, more TORTURE, (Cruel & Unusual) punishment Causing Serious! Mental Health Issues! with no help! & NO Adequate Medical Care Now for Years! NONE With intent Gross neglect! 2 degree Attempted Murder

To The Point! In March, 2020 Beggining of Covid I, Plaintiff was Transferred from

wore retaliation For Filing a Grievance & Habeas

FCF FREMONT CORR. FAC, TO CTCF COLO. TERRITORIAL CORR. FAC

16                                    cont

Cont.

Shortly After arriving at CTCF, Plaintiff Noticed The TRUST Name!, on all CTCF paperwork, Laundry list, Wardens Count Form, Per the Institutional Asset Mng. Program, 'How the Custis Maris Gets Paid! Plaintiff Noticed The Trust Name was! Wait For It.!! AURIT, JIMMY, which by the way is a deragatory title For an Inmate, So I, will be seeking defamation damages for this also! So I, plaintiff had his associates go to the DTC Depository) TRUST Corporation 55 Water St. New York NY. --

17                    Cont

Cont.

and look up the TRADE PLATFORM & To No Suprise, Guess what Plaintiff & His Associates Found! Yep You Guessed It!! AURIT, JIMMY attatched to Wharehouse No. 127586 !! Some One whether it was CDOC, SOC, DOUGLAS COUNTY DISTRICT COURT, STATE COURT ADMINISTRATORS, etza! Some one or body Created This Entity for Tax Purposes Evidenced by the EIN # 3B-728-5936

18                              cont

Cont.

§ 423T  Re titling or Setting Up Bank Accounts DADS Estate Code § 1151. 101,

THE STATE OF COLORADO, et al or The COLORADO DEPT. OF CORRECTIONS HAS NO ELECTION OVER THE FOREIGN ESTATE/TRUST KNOWN AS TODD A AURIT, et al Nor are They, The Custodian or Guardian Per 26 CFR 301-7701-7, But, yet I, The Natural man Sits

Wharehouse in This Financial Institution, W/O Medical Care, Proper Diet, mental Health Care, Dental Care! etc. etc. etc., W/ Intent Their trying to kill me

79

Cont.

Cont-

Plaintiff Has been Kidnapped
and is Being Un-Law-Fully
Detained, And Daily Being
Forced to Present: "Himself"
Natural man Flesh + Blood as
a U.S. Person Involuntary
Servitude, 18. U.S.C., 1583-1589
13th Amendment to the United
States + Colorado State Constitution!

MORE FRAUD / FRAUD BY
DECEPTION! AT ITS
FINEST!!

Cont

Cont.

This is also in violation of 26 U.S.C. 7701 (26) (a) Please Take Notice: Congress U.S. or STATE, et al: entities "CANNOT", create a trade or buiness Trust. i.e., i.e., " " as defined in within 26 USC 7701§(26)(a) " within a STATE in order to TAX: See: inter alia, License Tax cases, 72 U.S. 462, 18 L.E. 497 (1866): and Yick Wo v. Hopkins, 118 US 356 S.ct. 1064 (1886)

10) Approx. March 2021, Again Plaintiff was transferred AGAIN TO SCF STERLING CORR. FACILITY; et al. where The TRUST TITLE; SAURIT, JIMMY [127586]

21                                    Cont

Cont. ~~Uies~~

Was still on the DTC. Each Transfer from Facility to facility Creates a New Bond.

So Then in April 2022, Plaintiff filed the I.R.S. Secretary of The Treasury Forms 56 & 56-F, only This Time Grantor TODD A. AUBERT Of The Foreign Intervivo Grantor Trust Assigned The Debt Created $1,140,346,173.00 To The Fiduciary TAA Private Bank Estate & Trust.

Cont.

In Oct 2022 The Accounts AUBIT, Jimmy Bonds were FROZEN By The IRS! STILL Being Detained!

Then Again Transfered back to CTCF canon City, Co. Aprox. June 2024, Where Plaintiff Natural man, NOT UNDER CONTRACT w/ The STATE OF COLO. OR CDOC Being Detained

Involintary Servitude 13th Amend. 18 USC 1583-1589, My life IS In Serious Danger with Serious Medical Needs/Care Don't know if ill wake up the next day!! + In Such pain cruel + unusual punishment Cont.

23

Cont.

Not getting any ~~adequate~~ care at all medical Care being forced to accept Public Health Care, When, I am private & Control The Trust. The COLORADO DEPT OF PUBLIC HEALTH CARE AND ENVIREMENT, The Governing Entity over all medical Care, within CDOC, Socialist Medical Care which equals to NONE!! They CDPHE, has taken out an Ins. Policy w/ The Correctional Health Providers of Colorado which Deny all my medical Care!. Because They cannot Use the

24                              cont

Cont.

Private Foreign ESTATE / TRUST OF TODD A AURIT, And besides That, Plaintiff never gave CDOC, SOC, CDPHE permission to take out a Health Ins. Plan for me More "Fraud"

1099 LTC was filed, now no Insurance

11) Plaintiff; Gave notice, that the Fiduciary wants to know where The $1,140,346,173.00 is & why has it not been transferred to The Fiduciary; TAA PRIVATE BANK ESTATE & TRUST! More FRAUD! NO RESPONSE! MORE FRAUD!

12) The Agents, Officer, Employees For The STATE, CDOC, et al commit more Felonies in one day in these

25

Cont

Cont

Credit Financial Institutions Than all The Streets in DENVER, In 1 year, Because The people have no Idea,

Quote: 1903 Henry Ford, said its better That the American people dont Know about the money situation in this County, for if They did, There would be a revolution before morning!

Its a good thing for This System the american people dont Know what happens in these administrative [courts], might look like, post world war 2 germany, NAZI Soldiers after The Nuremburg trials, ever seen the Nat Geo documentories?

"
"

26                              Cont

Cont.

13) All the CDOC wants to do is Transfer me from Facility to Facility, Trying to ~~Kill~~ Kill Me- Plaintiff, Causing irreprable HARM! I, am Suprised I, am not Dead, Truely, My Mother & I, What This System Has done + Continues to do, All For me- Plaintiff standing on My Law- Not this Systems, Bankrupsky Law's, Cannot Call white - Black & Black - white, its unconsciencable!!

THEREFORE: Plaintiff Demands His Rights! un-a-lien-able Elohim Creators Given Rights waiving NONE - EVER! I, Plaintiff Demand my Day In [court] 28 USC 1602-1611 - - - - - - - -

27                                    cont.

Cont

14) All Evidence will be proven in Court That the Intent of The STATE OF COLORADO, CDOC AGENTS, EMPLOYEES, OFFICERS with, "Intent" Have Caused Plaintiff Irreprable Herm and Damges, Commited Felonies, And to this Day w/ Intent the FActs will show, Trying to Kill me!

See Attatched in the Complaint Instant Affidavit, Additional Relief Requested in the Appurtenance.

Closed

By: todd© --et al)
Grantee
Principal
NON-UCC - NON-CORP.
NON-STATUTE. --
Cont.

28

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."* Rule 12 B:

Immediate Due Process under Common Law / Trust Law All Rights Reserved, Waiving Non-Ever Un-a-lien-able Rights Demand a Speedy Trial Within 6 months I, Demand my Day In Court Per 28 USC 1602-1611 See: Attached Aparations / Reparations Summary / Default Judgement See: Attached Notices Defendant By Acquiecance Tacit Agreemnt. This Complaint filed w/o ANY/ALL Retaliations. (See: Attached Additional Relif

## H.    PLAINTIFF'S SIGNATURE

I ~~declare~~ Affirm under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; (1) 18 U.S.C. § 1621. Mt. 5:34-37: James 5:12   w/o The U.S

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

By: Todd © etal Grantee

(Plaintiff's signature)

2-22-25

(Date)

(Revised November 2022)

6

## LEGAL CLAIMS
### INSTANT AFFIDAVIT

1, Special, Restricted Appearance
~~Notice~~ TO THIS COURT etal) Any/All ~~opion~~ opinion
is just that opinion! and in fact, unsupported
Opinion which can never be a valid basis
for any Statement or ruling in a
Constitutionally competent court, pursuant
to your <u>Oath</u>"...

"For Any Case Law to be valid, t must
~~be~~ Supported by Constitutional article
or amendment, Specific to the <u>Bill of Rights</u>"

"No Opinion will be accepted without
Full Facts and Conclusion of <u>In</u> Law
Backed By Full constitutiona Authority."

Any and all opinion is just that an
Opinion! This court take into full
Acknowledgment, The Plaintiff + ~~ESTATE~~
is FOREIGN! And will uphold All
The Plaintiffs Due Process + Rights.

1

Cont.

The Plaintiff Born Free White American! With No adhesion Contracts Birth Cert. Soc. Sec. No. Drivers Lic. etc etc. + w/o Full Disclosure How Plaintiff became a BIRTH RIGHT U.S 10 58 Mile radias Citizen, Is Again Fraud! Plaintiff has an Unqualified Constitutional right to access to the "Peoples" Court In Law! At no time has plaintiff been In a Court of Law in The De-Facto STATE OF COLORADO etal! Always Under Threat Duress ≠ Coercion! And Has been Denied Due Process of In Law, but Were in addition felonies under Title 18, U.S.C.

2

Cont.

Cont.

Rico Act  18 USC 196(1)(A) Kidnapping, 1341, 1503, 1581-1593, 1951, 1952, 2319, (A) title 118 157 Sale of Securities

28 USC 2014(a), 2073 (b) 3718 (b)

18 USC. 2073, 2073, 2075; 31 USC 3302(d)

There are close to 1 Billion of Negotiable Negotiable Instruments Per 31-CFR:103.11; Have been Misappropriated. STOLEN by The STATE OF COLORADO et al and The COLORADO DEPT. OF CORRECTIONS et al This Does NOT include the 7+ Sets Of GSA Bonds misappropriated.

Also See Attatched Instant Affidavit.

Cont. 18 USC. 2 Whoever commits an offence against The United States or aids, abets, counsels, Commands, induces or procures its commission, is punishable as "THE PRINCIPAL"!

3

Cont.

18 U.S.C. § 4   Mis prison of feilony.

18 USC § 241 Conspiricy against rights.

18 USC § 242  Depravation of rights under Color-of-Law.

18 USC § 371 Conspiricy to commit. offences to defraud the united States.

18 USC § 401(2) Mis behavior of court Officials in their official capacity.

18 USC ~~425~~ 951  unregistered foreign Agents

22 USC § 611(a) § 286; 8 USC §1481; 50 USC 781

18 USC § 1001 Lying Covering up

18 usc § 1305  Obstruction of Justice

18 USC § 1905  Disclosure of Confidential Info.

And as of Sept. 28, 1976  NO court clerk cant may refuse a petition P.L. 94-426

NOTE: See Attached Instent Affidavit Applies to all Defendants et al

cont

4

# VERIFIED AFFIDAVIT OF FACTS
### A VERIFIED PLAIN STATEMENT OF FACTS

State: *COLORADO*
County: *FREMONT*

*NOTICE TO AGENT IS NOTICE TO PRINCIPAL*
*NOTICE TO PRINCIPAL IS NOTICE TO AGENT*

The undersigned, __Todd A Aurit__ hereby states that he/she is of legal age and competent to state on belief and personal knowledge that the facts set forth herein as duly noted below are true, correct, complete and presented in good faith. On the __20__ day of __June__ in the year of Yahuah 20__ at approximately __24 hrs__ [X]AM[ ] PM, the undersigned living witnessed __JARED POLIS et al__ commit and undertake what the said party believes on personal knowledge to be the criminal actions noted below. The undersigned party states this to be his/her **Affidavit of Probable Cause** regarding same: *Went Silent Tacit Agreement to Notice, Contracts, Affidavits & Letters Fraud*

[✓] **Perjury against his/her oath of office** by subscribing to a material matter he/she knows to be false (18 U.S.C. Sec. 1621);

[✓] **Subornation of perjury** by procuring another to commit perjury (18 U.S.C. Sec. 1622);

[✓] **Treason against the American People** by levying war against their Constitution or aiding its enemies (Article III, Section 3; 18 U.S.C. Sec. 2381);

[✓] **Insurrection against the Constitution** by inciting, assisting or engaging in rebellion against the **Constitutional authority** of the United States of America (18 U.S.C. Sec. 2383);

[✓] **Sedition/seditious conspiracy** by conspiring to overthrow the Constitutional government or delay the execution of a law of the United States of America (18 U.S.C. Sec. 2384);

[ ] **Impersonating a U.S. officer/employee** (18 U.S.C. Sec. 912); [ ] After instant disqualification under Sec. 3, 14th Amendment;

[✓] **Misprision of treason** by failing to report treason when so noted (18 U.S.C. Sec. 2382);

[✓] **Misprision of felony** by failing to report commission of a felony when so noted (18 U.S.C. Sec. 4);

[ ] **Criminal contempt of court** (18 U.S.C. Sec. 3499); [ ] Judge disqualified as a party in interest; [ ] Request to appoint prosecutor

[✓] **Impeding due exercise of rights** by attempting to prevent, obstruct, impede or interfere with same (18 U.S.C. Sec. 1509);

[✓] **Extortion** by obtaining property, funds or patronage under pretense of office (18 U.S.C. Sec. 872);

[✓] **Money laundering** by conducting or attempting to conduct a financial transaction with the proceeds of an unlawful activity (18 U.S.C. Sec. 1956);

[ ] **Blackmail** by threatening to inform, or as a consideration for not informing, against any violation of any law for the purpose of demanding or receiving money or other value (18 U.S.C. Sec. 873);

[✓] **Fraud by a judge** by falsifying or concealing a material fact, making a false representation, writing a false document, or having knowledge that a document is false (18 U.S.C. Sec. 1001);

[✓] **Computer fraud** before a United States court (18 U.S.C. Sec. 1623);

[✓] **False declaration** before a United States court (18 U.S.C. Sec. 1623);

[✓] **Fraudulent representation** by a government official (18 U.S.C. Sec. 1001);

[✓] **Use of a false writing** by a government official (18 U.S.C. Sec. 1001);

[✓] **Possession of false, altered, forged or counterfeit writing** to obtain money from the United States (18 U.S.C. Sec. 1001);

[✓] **Cover up / concealing a material fact** (18 U.S.C. Sec. 1001);

[✓] **Scheme or artifice to defraud** by depriving another of the intangible right of honest services (18 U.S.C. Sec. 1346);

[✓] **Racketeering** by conducting an ongoing enterprise of robbery, bribery, extortion, or threats of same (18 U.S.C. Sec. 1962);

[✓] **Conspiracy to offend or defraud the United States** (18 U.S.C. Sec. 371);

[ ] **Influencing/injuring a court officer** by threats or force (18 U.S.C. Sec. 1503);

[ ] **Bribery of a** public official witness (circle one) by offering/promising something of value to influence an official act (18 U.S.C. Sec. 201);

[✓] **Obstructing a criminal investigation** by preventing the communication of information relating to a violation of any criminal statute of the United States to a criminal investigator (18 U.S.C. Sec. 1510) by bribery;

[✓] **Stealing, altering, falsifying, removing or avoiding a court record** with consequential impact on a judgment (18 U.S.C. Sec. 1506);

[ ] **Involuntary judgment** by acknowledging or procuring to be acknowledged any judgment in the name of any other person not privy or consenting to the same (18 U.S.C. Sec. 1506);

[ ] **Involuntary bail** by acknowledging or procuring to be acknowledged any recognizance or bail in the name of any other person not privy or consenting to the same (18 U.S.C. Sec. 1506);

[✓] **Impeding a case filed under title 11 or in contemplation of such matter** by impeding, obstructing or influencing any such case or contemplation by destroying, mutilating, altering, concealing, covering-up, falsifying, or making a false entry in any record, document, or tangible object (18 U.S.C. Esc. 1519);

[✓] **Impeding a matter under agency/department investigation, administration or jurisdiction** by impeding, obstructing or influencing any such matter by destroying, mutilating, altering, concealing, covering-up, falsifying, or making a false entry in any record, document, or tangible object (18 U.S.C. Esc. 1519);

[ ] **Retaliation against a witness** (18 U.S.C. Sec. 1513);

[ ] **Tampering with a witness** (18 U.S.C. Sec. 1512);

[ ] **Assault within the maritime jurisdiction** (also see *Piracy* below)]

[✓] **Obtaining value by false pretenses or fraud in the maritime jurisdiction** (18 U.S.C. Sec. 113);

[✓] **Obtaining an instrument or conveyance by false pretenses or fraud in the maritime jurisdiction** (18 U.S.C. Sec. 1023);

[ ✓ ] **Theft within the special maritime jurisdiction** by obtaining something of value from a person or procuring the execution, endorsement, or signature and delivery of a negotiable instrument, draft, check or real or personal property under fraud or false pretenses (18 U.S.C. Sec. 1025);

[ ✓ ] **Plunder** money, goods, merchandise, or other effects from or belonging to **a vessel in distress within the admiralty and** maritime jurisdiction of the United States (18 U.S.C. Sec. 1658);[Regarding a foreign official]

[ ] "**'Foreign Government'** means the government of a foreign country, irrespective of recognition by the U.S. (18 U.S.C. 1116);

[ ✓ ] **Assaulting a foreign official** by striking, imprisoning, coercing, threatening, intimidating or offering violence to a foreign official or official guest (18 U.S.C. Sec. 112);

[ ✓ ] **Extortion of a foreign official** by threatening assault (18 U.S.C. Sec. 878) [10 years imprisonment]

[ ✓ ] **Plunder** money, goods, merchandise, or other effects from or belonging to **a vessel in distress within the admiralty and** maritime jurisdiction of the United States (18 U.S.C. Sec. 1658); [20 years imprisonment]

[ ✓ ] **Aiding / abetting slavery** by holding, returning or arresting any person to return him/her to peonage (13th Amendment; 18 U.S.C. Sec. 1581);

[ ✓ ] **Enticement to slavery** by enticing, persuading, inducing or carrying away a person with the intent of selling the person into involuntary servitude (13th Amendment; 18 U.S.C. Sec. 1583);

[ ✓ ] **Enticement to slavery by ordering a person to falsely represent him/herself as a United States Citizen** in violation of 18 U.S.C. Sec. 911 (13th Amendment; 18 U.S.C. Sec. 1583);

[ ✓ ] **Obtain forced labor/services** of a person by threat of serious harm or physical restraint (13th Amendment; 18 U.S.C. Sec. 1589);

[ ✓ ] **Trafficking in slaves** by recruiting a person for labor/service in violation of Title 18, U.S.C. (13th Amendment; 18 U.S.C. Sec. 1590).

[ ] **Mailing threatening communications** by causing to be mailed any a demand for reward for the release of any kidnapped person (13th Amendment; 18 U.S.C. Sec. 876); [life imprisonment]

[ ] **Piracy** on the high seas as defined in the law of nations (18 U.S.C. Sec. 1651);

[ ✓ ] **Piracy by committing a hostile act** against a citizen of the United States on the **high seas** on pretense of authority from any person (18 U.S.C. Sec. 1652);

[ ✓ ] **Kidnapping** by seizing, confining, inveigling, decoying, kidnapping, abducting, or carrying away and holding for ransom or otherwise a person engaged in **foreign commerce** or within the **special maritime jurisdiction** of the United States (18 U.S.C. Sec. 1201) ([ ] see *Mailing threatening communications* above);

[ ] Other: _____

FURTHER AFFIANT SAYETH NUGHT. _____.

Signed and Sealed this 22 day of ~~February~~ _____ in year of OurYahuah, two thousand and twenty Five

All rights retained. Void where prohibited by law

By: _Todd Octal Graetz_ /s/ *suae potestate esse*
A living breathing Lawful Man
In care of: _Private_
_Attorney_
_General_

*ADDITIONAL RELIEF REQUESTED*

## IN AND UPON THIS APPURTENANCE

## RELEASE REQUESTED

The following from any and all Debtor's  no matter who its assigned too.

Within This: " Lawful Constructive Notice,"It is to bring to the attention to all Lien Debtors.  Upon any Arbitration, Negotiations, Settlement offers the first things that will have to be settled between the Parties is as follows:

1.  Immediate Release of Todd-Anthony:Aurit, Natural Flesh and Blood Living Man from Debtors Contract Imprisonment as Surety for any and all debts which have all been settled.  Todd-Anthony:Aurit has been Unlawfully Detained for 10 years from 2014 to current.

2.  All Commercial Charges removed from any/all Records.

3.  Return of all Fingerprint Cards, Photos and all Original Records released to the Secured Party Foreign Individual.

4.  Todd-Anthony:Aurit , his Mother Kathleen-Ann:Aurit,Todd-Anthony-Aurit's ,Sons and Grandson's removed from any and all Commercial Accounts and all people listed herein, put on the Do Not Detain List (Blue List).

5.  Sixty Four Million, plus all Reparations USD Money of Account, or Par in Silver or Gold and the US Treasury Documentation and Release of the  US Treasury Black Card to Todd-Anthony:Aurit. Any and all other settlements will be between third party for collections and settlements between third party Assignee;s et al.

**This is a Binding and Upheld Contract for Full Commercial Liabilities between the Parties**

### REPARATION SETTLEMENT
**Loss of Family Relationships**
**Loss of Employment**
**Loss of Wages**
**Loss of Home**
**Adverse Health Impacts**
**Loss of Property**
**Irreparable Damage to Body, Mind and Being**
**Loss of Freedom**

By:todd ©...et al/Grantee
Personal Representative of
FOREIGN eSTATE
Private Attorney General
#84-4588652
**Non-Certified, Non-Bar-Member**
**All Rights Reserved**

*NON-CORPORATE*
*NON-UCC*
*NON-STATUTE*

"ADDITIONAL RELIEF REQUESTED"

1). $1.8 million per day: Trezevant, vs. the City of Tampa, 741 336 11th Cir 1984. For Fraud False Imprisonment for 7,665 day as of March, 25, 2025 equals $13,797,000,000; X3 Treble damages = $41,391,000,000.

2) 18 US2 242; 174 contidutional Violation Times $10,000 per per Perp Approx 200 = 348,000.000. Tieble Damages $1,044,000.000.

3) Sexual Assault $2.000.000. Every time Plaintiff was forced To be striped out. in front of Some Stranger within This De-Facto Government. Amount to be determined.

1                                    Cont.

Cont.

4.) Erroneos Charges: $10,000 (per charge)

5.) Failure to Respond: $5000 (Per Notice)

6.) Orders $10,000: per (Order)

7.) Not Guilty Plea: $10,000 (per charge)

8.) Guilty: $150,000 (per charge)

9.) Legal Consulting $1,000 (per hr per person)

10.) Contract(s): $50,000 (per contract)

11.) Contract Violation: $15,000 (per violation)

12.) Notice to Appear: $10,000 (per notice)

13.) Reply(s): $2500 (per engagement)

14.) Confiscation(s): $200,000 (per event)

15.) Seizure(s): $100,000 (per event)

16.) Detaining: $50,000 (per day)

17.) False Claim(s) $100,000 (per claims)

18.) Booking(s): $10,000 (per event)

19.) Engagement(s) $1,000 (per event)

20.) Loss of Rev. fee: $5,000 (per day)

21.) Loss of un-a-lien-able Rights: $1,000,000,000

*Cont.*

Per the Decleration and peace Treaty to the World, per The Affidavit(s) Oppurtunity to Cure & Notice of Default(s) Invoices. ~~Afer~~ Arbitration Contracts & notices. to all parties involved copy of contract will be presented at Trial! ...

A.) $10,000,000.00 ( Ten Million Dollars) per person involved for each instance of arrest and Fraudulen Debtor's Imprisonment Conducted by Respondents or their Agents and the same abount for each day thereafter until Creditor's/Principals "FREEDOM" is restored absolutely:

B.) 1,000,000. ( One Million Dollars) per person for each instance of impeding Creditors Commerce in any way what So ever or Trible damages whichever is Greater...

3

cont.

Cont

C.)  $1,000,000· (One Million Dollars) per person for each instance of arrest, search and seizure, damages, of Creditor's property, Court order (including "minute orders"), Warrant, or charge/counts by Respondents;

D.)  1,000,000·)(One Million Dollars) per person for each instance of harassment or intimidation, threat or any act of terrorism or war from any one of the Respondents or their agents.

E.)  $1,000,000· (One Million dollars) per person for each instance of unauthorized deduction against Creditor's Tax Exempt Status.

4

Cont

Cont.

F.) $ 1,000,000 ( One Million Dollars) per day per person for each day of an unlawful discharge occurance per source to which Respondents or their agents are listed as owner or operated Since July 1, 1973 or date Respondents assumed their position in a public / vacant office....

G.) ~~$1,000,000~~ $ 100,000 (One Hundred Thousand Dollars) per day per person for each day of an unlawfull discharge occurance per Source of which Respondents or Their Agents issued permit to allow an unlawful discharge Since July 1, 1973 Caluated from the date permit was issued...

5                                    Cond.

Cont.

Arbitration of Violations. All violations of the Contract(s) will be settled Through a private administrative process by all parties involved. In the event the offender(s) assent to all charges (They already have waived all rights to defence/argument,) a panel of three (3) disinterested parties under the determination of an International Tribune will act in the judicial process to issue final judgment according to the principal of, "TACIT LAW." The judgment will then be recorded and perfected as a claim and executed under involuntary bankruptex in the offender's private capicity

Cont

Cont.

The judgment will also act as a confession by the offenders, and The Attorney (General) ~~for~~ Of the STATE in which the Violation occured will be notified of the decision so that The Respondents shall prosecute the offenders Criminally as required by the applicable copyrighted policy Respondents have sworn to uphold!.

H.) Summary Judgment by Respondents + their Agents TACIT AGREEMENT.

I.) Default Judgment by Respondents + Their Agents TACIT AGREEMENT,

7

Cont.

Cont.

J. )(1)  A declartory judgment that
the defendants/agents acts,
policies, and practices
described herein have violated
Plaintiff's rights unde the
original united States Constitution

(2) compesatory damages listed above,

(3.) Punitive damages listed above,

4.) Injuctive relief, restraining orders,

5.) Attatchment on all property
personal & Real of defentans
property,

6) Jury Trial an all The issues
triable by jury,

7.) All of Plaintiff(s) cost of this
Suit/Action.

Cont.

8.) An Order removing defendants and Their Agents involved from <u>ALL</u> Government employment consonant with 18 U.S.C. § 1905 Which provides in part: "... and shall be removed from office or employment."

9.) Such other relief This Court deems just, proper, and equitable.

10.) That the Court order defendants and all Agents, Officers, Employees to retain Their own personal Councel since acts described in This complaint are not part of Their jobs and

Cont.

Cont.

11.) This Court prohibit The defendants, and Their agents, employees, officers, or associates from initiating any/all retalitory actions against the Plaintiffs Natural person or the Foreign Estate, for the filing of This action: Such action taking The form of Adminstrative transfers which their has been "40" of Them! harassment of my 85 year old mother, any/all other Subtle forms or beligerand forms of harrassment.

By: todd-anthony of the House of aurit, etal

FOREIGN Private Estate NON-UCC- NON Corp- NON Statute. Private Attorney General: 82-4588652

Non-Certified NON- Bar Member

Dated This 17th Day of Feb. 2025. )0

2

# INTRODUCTION

OF NECESSITY, THIS WILL BE A "READERS DIGEST" CONDENSED VERSION OF THE WRIT, WITH MANY AUTHORITIES INCORPORATED BY REFERENCE (IBR); COPIES OF ANY AND ALL OF SUCH DOCUMENTS CHEERFULLY PROVIDED ON REQUEST BY NEXT FRIEND JOSEPH VESCERA. NO PREJUDICE ACCRUES TO RESPONDENT AS THEY HAVE COPIES OF ALL DOCUMENTS. TOO BAD THEY DIDN'T READ THEM.

COMES NOW PETITIONER WILLIAM HENSHAW, STATUS INDETERMINATE, BUT NOT "OWING CITIZENSHIP" TO SECTION 1 OF THE NON-EXISTENT 14TH WAR "AMENDMENT" BEING DIRECTLY CHALLENGED (RESCISSION OF CITIZENSHIP IBR), WITH A QUI TAM ACTION IN THE NAME OF THE STATE OF CALIFORNIA, BEING A MEMBER OF THE SOVEREIGN BODY POLITIC OF THE NATION & REPUBLIC (AKA/ "OUR POSTERITY" (SUPPL. BRIEF ON STATUS & STANDING IBR); TO PRESENT THIS PETITION FOR REDRESS IN THE FORM OF AN IN CUSTODY NON-STATUTORY WRIT OF HABEAS CORPUS.

AS PETITIONER HAS RELIED, IN INFORMED GOOD FAITH BELIEF, ON THE DECISIONS OF THIS COURT, THE ORIGINAL INTENT OF THE FRAMERS OF THE CONSTITUTION FOR THE UNITED STATES (1787-1791), AND OTHER AUGUST AUTHORITIES SUCH AS JOSEPH STORY, REVERDY JOHNSON AND JEREMIAH S. BLACK, THIS SHOULD BE THE EASIEST RELIEF TO GRANT IN THE HISTORY OF THIS COURT, AND A MOST MOMENTUS DECISION, PENDING THE ISSUES ADDRESSED IN REACHING A DECISION.

WRIT OF HABEAS CORPUS                    PAGE 3
      JURISDICTION AND VENUE

      ARTICLE I, SECTION 9, CL.2 PROVIDES THAT "HABEAS CORPUS
SHALL NOT BE SUSPENDED UNLESS IN CASES OF REBELLION OR
INVASION ..."; WITH NO KNOWN DECLARED STATE OF REBELLION OR
INVASION IN EXISTENCE, THE WRIT IS CLEARLY AND UNAMBIGUOUSLY
AVAILABLE; THE WRIT IS AVAILABLE WITHOUT ANY ACTION BY
CONGRESS; AND TO THE EXTENT THAT ANY STATUTORY AUTHORITY
MIGHT BE THOUGHT TO BE NEEDED, SECTION 14 OF THE JUDICIARY ACT OF
1789, 1 STATUTES AT LARGE 73 ET SEQ. WOULD SUFFICE.


      IN THIS REGARD SEE THE CASES OF EX PARTE BOLLMAN
4 CR. 75, EX PARTE MERRYMAN 17 FC 144, EX PARTE MILLIGAN 4 WALL.
2, EX PARTE YERGER 8 WALL. 75 AND EX PARTE GROSSMAN 267 US 87,


      UNDER NO CIRCUMSTANCES IS 28 USC 2241 ET SEQ., THE
STATUTORY WRIT, BEING INVOKED, WHEREIN EVEN ACTUAL (!) INNOCENCE
DOES NOT FURNISH GROUNDS FOR THE WRIT (COLEMAN v THOMPSON 501 US 722,
HERRERA v COLLINS 506 US 340, MOONEY v HOLOHAN 294 US 103) AND/OR THE
WRIT COULD BE "ABUSED" (COLEMAN, SUPRA - McCLESKEY v ZANT 499 US 467).


      ARTICLE I, SECTION 9, CL. 2 PROVIDES THAT "HABEAS CORPUS
SHALL NOT BE SUSPENDED EXCEPT IN CASES OF REBELLION OR INVASION
..."; WITH NO KNOWN DECLARED STATE OF REBELLION OR INVASION IN
EXISTENCE, CLEARLY (1) THE WRIT IS AVAILABLE WITHOUT ANY ACT OF
CONGRESS; AND (2) TO THE EXTENT THAT ANY STATUTORY AUTHORITY MIGHT BE
THOUGHT TO BE NEEDED, SECTION 14 OF THE JUDICIARY ACT OF 1789, 1 STATUTES AT
LARGE 73 ET SEQ. WOULD SUFFICE.

3.                                          OVER

4

SEE E.G. EX PARTE BOLLMAN 4 CR. 75, EX PARTE MERRYMAN 17 FC 144, EX PARTE MILLIGAN 4 WALL. 2, EX PARTE YERGER 8 WALL. 75, AND EX PARTE GROSSMAN 267 US 87, NOTING THE DRAMATIC DIFFERENCE IN RESULTS IN EX PARTE McCARDLE 7 WALL. 506, MOONEY v HOLOHAN 294 US 103, McCLESKEY v ZANT 499 US 467, COLEMAN v THOMPSON 501 US 722, HERRERA v COLLINS 506 US 390.

COMING TO THE MATTER OF THE ORIGINAL JURISDICTION OF THIS COURT, IF EITHER CALIFORNIA AND/OR SOUTH CAROLINA IS A STATE ADMITTED INTO "THIS UNION" (ARTICLE IV, SECTION 3) WHICH PROVIDES, IN RELEVANT PART, THAT "IN ALL CASES AFFECTING AMBASSADORS, OTHER PUBLIC MINISTERS AND CONSULS, AND THOSE IN WHICH A STATE SHALL BE A PARTY, THE SUPREME COURT SHALL HAVE ORIGINAL JURISDICTION", THE JURISDICTIONAL REQUIREMENT IS FULLY SATISFIED AND SOUTH CAROLINA CODE SECTION 40-5-310 IS IMMEDIATELY PREEMPTED BY ARTICLE VI, SECTION 2, THUS ENDING THE CASE.

WHILE IT COULD BE ARGUED THAT THE LANGUAGE OF SECTION 14 CAN BE LIMITED TO CASES ARISING PURSUANT TO THE "COLOR OF THE AUTHORITY OF THE UNITED STATES", WHICH MIGHT APPEAR TO DEFEAT JURISDICTION HEREIN, BUT WITH THERE BEING NO STATES ADMITTED INTO "THIS UNION" REMAINING IN EXISTENCE, 'COURTESY', IN LARGE PART TO DECISIONS OF THIS COURT SUCH AS NLRB v JONES & LAUGHLIN STEEL 301 US 1, CARMICHAEL v SOUTHERN COAL & COKE 301 US 495, STEWARD MACHINE v DAVIS 301 US 548, WICKARD v FILBURN 317 US 111 AND RUNYON v McCRARY 422 US 860 (SEE PETITIONER'S UNOPPOSED SUPPL. BRIEF ON ADMISSION OF NEW STATES (SBANS), IBR), 'JUDICIALLY' AND EXPONENTIALLY EXPANDING CONGRESS' COMMERCE CLAUSE POWERS TO EVERY FACET OF THE LIVES OF CITIZENS AND OTHERS (SEE "THEORY OF NATIONAL SOCIALIST GOVERNMENT" IBR) – SEE US v LOPEZ 514 US 549 NOTING CAREFULLY THE

WRIT OF HABEAS CORPUS                    PAGE 5

IN RE STATE OF CALIFORNIA EX REL WILLIAM HENSHALL

CONCURRENCE OF JUSTICE THOMAS AND THAT OF JUSTICES O'CONNOR AND KENNEDY; ACCORDINGLY SECTION 14 IS ALSO SATISFIED HERE AS WELL.

AND IF THERE ARE NO STATES, THEN THE COURT IS INVITED TO FIND THAT PETITIONER IS A "PUBLIC MINISTER OR CONSUL WITHIN THE MEANING OF ARTICLE III, REPRESENTING THE INTERESTS OF THE STATE OF CALIFORNIA, THUS FULFILLING THE JURISDICTIONAL REQUIREMENT AND FAR SUPERIOR TO CONSTRUING PETITIONER, NOT TO MENTION ALL LIKE SITUATED LITIGANTS, TO BE STATELESS ENTITIES.

IN THE ALTERNATIVE, THE COURT COULD CONCLUDE, AS ALL AGENCIES OF THE DE FACTO NATIONAL SOCIALIST GOVERNMENT SEEM TO HAVE DONE, THAT PETITIONER, AND ALL LIKE SITUATED LITIGANTS, ARE NOT "UNITED STATES CITIZENS" (CORRECT!) BUT ARE (UNDOCUMENTED ENEMY?) ALIENS — SEE E.G. 8 USCA 1324a(h)(3), ALPERT v HARRINGTON 925 ATL. 2ND 716, HERSHEY v DOT 669 ATL. 2ND 517, NOWLIN v DMV 53 CAL. APP. 4TH 1529 AND LAUDERBACH v ZOLIN 35 CAL. APP. 4TH 5789.

IN ANY EVENT, SECTION 14 IS NOT AN ESSENTIAL JURISDICTIONAL FACTOR AND WITH, FOR THE FIRST TIME IN WHO KNOWS HOW LONG, A PETITIONER WITH FULL ARTICLE III STATUS + STANDING — 7 FOR 7 PURSUANT TO THE COURT'S SELF PROMULGATED "ASHWANDER DOCTRINE" FOR STANDING — ASHWANDER v TVA 297 US 288, 341 BRANDEIS ET AL JJ CONCURRING, IT IS WAY PAST TIME FOR THIS COURT TO PERFORM ITS SANCTIMONIOUSLY SELF PROCLAIMED DUTY TO "SAY WHAT THE LAW IS" (MARBURY v MADISON 1 CR. 137).

5

OVER

6

## DISCLAIMER

ALL CITATIONS TO, AND/OR OSTENSIBLE RELIANCE ON, "RIGHTS" EMANATING FROM SECTION 1 OF THE NON-EXISTENT 14TH WAR "AMENDMENT", EXCEPT THE "RIGHT" TO (EFFECTIVE?) ASSISTANCE OF COUNSEL, ARE INCORPORATED AS ESSENTIAL, ALBEIT LESSER, ELEMENTS OF CREATOR ENDOWED INALIENABLE RIGHTS AND/OR RIGHTS SECURED BY OTHER PROVISIONS OF THE CONSTITUTION FOR THE United States (1787-1791) SUCH AS ARTICLE I, SECTION 9 OR 10, AS THE CASE MAY BE, AND/OR THE 9TH AND/OR 10TH ARTICLE OF AMENDMENT, AS DIRECT ADJUNCTS TO THE RIGHT TO JUDICIAL PROCESS, TRIAL BY JURY AND TO INVOKE THE JUDICIAL POWER OF THE United States, TO NAME A FEW SUCH RIGHTS.

' COUNSEL' IS SPECIFICALLY EXCLUDED AS AN ATTORNEY IS AN OFFICER OF THE 'COURT', MAKES A GENERAL APPEARANCE AND "STIPULATES" TO THE VERY JURISDICTION PETITIONER IS CHALLENGING (ACCORD: FORD v US 273 US 593; LLOYD v US 23 F²858), WHICH PETITIONER HAS EVERY RIGHT TO CHALLENGE — COHENS v VIRGINIA 6 WHEAT 264, 383:

" THE CONSTITUTION GAVE TO EVERY PERSON HAVING A CLAIM UPON A STATE THE RIGHT TO PRESENT HIS CLAIM TO THE COURT OF THE NATION. HOWEVER SMALL HIS CLAIM, HOWEVER LITTLE INTERESTED THE COMMUNITY IN ITS OUTCOME, THE FRAMERS OF THE CONSTITUTION THOUGHT IT IMPORTANT, IN THE INTEREST OF JUSTICE TO CREATE A TRIBUNAL AS SUPERIOR TO INFLUENCE AS POSSIBLE IN WHICH THAT CLAIM MIGHT BE DECIDED."

WRIT OF HABEAS CORPUS                                      PAGE 2

IN RE STATE OF CALIFORNIA EX REL WILLIAM HENSHALL

IN ADDITION IN THE INSTANT CASE, ATTORNEYS HAVE IRRECONCILABLE CONFLICTS OF INTEREST WITH PETITIONER IN THAT THERE IS A DIRECT CHALLENGE TO THE SACROSANCT, ALBEIT MALEVOLENT, MONOPOLY OF 'STATE' BAR ASSOCIATIONS ON THE "PRACTICE OF LAW", AND WITH THE RIGHTFUL RECOGNITION OF PETITIONER'S LAWFUL DE JURE STATE CITIZENSHIP (SUPPL. BRIEF ON STATUS, IBR) WILL EXPOSE THE FRAUD AND EXTINGUISH THE DE FACTO "CITIZENSHIP" WHICH ALL 'STATE' BAR MEMBERS EMBRACE, UNDER PENALTY OF PERJURY (VOTER REGISTRATION FORM, LICENSE, ET AL), PURSUANT TO SECTION 1 OF THE NON-EXISTENT 14th WAR "AMENDMENT".

ACCORDINGLY, THERE HAS NOT BEEN, AND CANNOT BE, ANY 'VOLUNTARY KNOWING AND INTELLIGENT' WAIVER (JOHNSON v. ZERBST 304 US 458) OF A NON-EXISTENT "RIGHT"; RATHER, TO MAINTAIN STATUS & STANDING IN THIS COURT, PETITIONER HAS ACTED IN GOOD FAITH IN PURSUANCE OF ASHWANDER, SUPRA) AND IS CONSTITUTIONALLY ESTOPPED IN THIS AREA:

"THE COURT WILL NOT ADDRESS A QUESTION OF CONSTITUTIONAL LAW, THOUGH PROPERLY (!) PRESENT, IF THERE IS ALSO PRESENT SOME OTHER GROUND ON WHICH THE CASE (AND THE CREATOR ENDOWED INALIENABLE RIGHTS OF THE VICTIM -ED) CAN BE DISPOSED OF.

"THE COURT WILL NOT RULE ON THE CONSTITUTIONALITY OF A STATUTE AT THE INSTANCE OF ONE WHO HAS AVAILED HIMSELF OF THE BENEFIT."

OVER

PAGE 8

WRIT OF HABEAS CORPUS
IN RE STATE OF CALIFORNIA EX REL. WILLIAM HENSHALL

ALL OF THESE SEEMING CONFLICTS AND CONTRADICTIONS ARE REVEALING A CASE OF RECONCILED (AS IT WERE) BY THE DECISION IN THE CONTEMPORANEOUS CASE OF U.S. V. RHODES 75 FED. CASES 785, 933. WHEN THE COURT STATED :

" THE SECOND SECTION OF THE AMENDMENT (13TH) BUT SECTION 5 OF THE NON-EXISTENT 14TH WAR "AMENDMENT" IS IDENTICAL — ED) WAS ADDED OUT OF ABUNDANT (i-ED) CAUTION. ... ANY EXERCISE OF POWER WITHIN ITS LIMITS INVOLVES A LEGISLATIVE AND NOT A JUDICIAL QUESTION:

LEGISLATIVE QUESTIONS FOR FEDERAL TERRITORIAL LEGISLATIVE TRIBUNALS, PERFECT, UNTIL ONE ENCOUNTERS INSUFFERABLE COMPLICATIONS AND NOVEL QUESTIONS EMANATING FROM DECISIONS OF THIS COURT LIKE BENNER V PORTER 9 (LOW, 235, AMERCEN INSURANCE) V CANTER 1 PETERS 511 AND SCOTT V SANDFORD 19 HOWARD 393.

ISSUES PRESENTED

FEDERAL LAW PREEMPTS STATE LAW

TAKING THE 'EASY WAY OUT' FIRST, AND THIS WOULD SEEM TO BE AN ISSUE WHICH COULD HAVE BEEN ADDRESSED BY THE 'COURT' BELOW, ALL THAT COULD BE ESTABLISHED BY THE RECORD IS THAT LETTERS ADDRESSED TO THE SOUTH CAROLINA SUPREME COURT WERE RECEIVED WHICH INVOKED THE CONCURRENT JURISDICTION OF A FEDERAL CIRCUIT COURT PURSUAN TO SECTION II OF THE JUDICIARY ACT OF 1789, 1 STATUTES AT LARGE

DTFR

Writ of Habeas Corpus                    Page 9
IN RE STATE OF CALIFORNIA EX REL WILLIAM HENSHALL

ALL OF THESE SEEMING CONFLICTS AND CONTRADICTIONS ARE REVEALINGL
RECONCILED (AS IT WERE) BY THE DECISION IN THE CONTEMPORANEOUS CASE OF
US v RHODES 75 FED. CASES 785, 783 WHEN THE COURT STATED:

"THE SECOND SECTION OF THE AMENDMENT (13TH, BUT SECTION 5
OF THE NON-EXISTENT 14TH WAR "AMENDMENT" IS IDENTICAL — ED) WAS
ADDED OUT OF ABUNDANT (!—ED) CAUTION. ... ANY EXERCISE OF POWER
WITHIN ITS LIMITS INVOLVES A LEGISLATIVE AND NOT A JUDICIAL
QUESTION."

LEGISLATIVE QUESTIONS FOR FEDERAL TERRITORIAL
LEGISLATIVE TRIBUNALS. PERFECT. UNTIL ONE ENCOUNTERS INSUPERABLE
COMPLICATIONS AND NOVEL QUESTIONS EMANATING FROM DECISIONS OF
THIS COURT LIKE BENNER v PORTER 9 HOW. 235, AMERICAN INSURANCE
v CANTER 1 PETERS 511 AND SCOTT v SANDFORD 19 HOWARD 393.

ISSUES PRESENTED

FEDERAL LAW PREEMPTS 'STATE' LAW

TAKING THE 'EASY WAY OUT' FIRST, AND THIS WOULD SEEM TO BE AN
ISSUE WHICH COULD HAVE BEEN ADDRESSED BY THE 'COURT' BELOW, ALL
THAT COULD BE ESTABLISHED BY THE RECORD IS THAT LETTERS ADDRESSE
TO THE SOUTH CAROLINA SUPREME COURT WERE RECEIVED WHICH INVOKED
THE CONCURRENT JURISDICTION OF A FEDERAL CIRCUIT COURT PURSUAN
TO SECTION 11 OF THE JUDICIARY ACT OF 1789, 1 STATUTES AT LARGE

OVER

8

OR, TO PARAPHRASE CLARENCE EARL GIDEON, "THE SUPREME COURT SAYS THAT I HAVE NO RIGHT TO (EFFECTIVE?) ASSISTANCE OF COUNSEL".

## EXHAUSTION OF REMEDIES

AS SHOULD BE ABUNDANTLY CLEAR FROM THE "DENIAL" OF PETITIONER'S UNFILED (!) PETITION FOR A NON-STATUTORY WRIT OF HABEAS CORPUS BY A DEPUTY CLERK (!) OF THE CALIFORNIA SUPREME COURT (EXHIBIT A, WITH A LETTER OF THANKS (!) FROM PETITIONER FOR THE "DENIAL"), AN IMPOSSIBLE SITUATION IF CALIFORNIA IS A STATE ADMITTED INTO "THIS UNION" (ARTICLE IV, SEC. 3) — SEE CONCURRENT JURISDICTION BRIEF — IBR ; CLAFLIN v HOUSEMAN 93 US 130 ; FEDERALIST PAPERS No. 82. THEN CALIFORNIA, NOT TO MENTION SOUTH CAROLINA, IS NOT A STATE AND THERE ARE NO REMEDIES TO EXHAUST.

THUS IT WOULD BE FOOLHARDY, ESPECIALLY WITH THE ENTIRETY OF THE APPARATUS OF THE DE FACTO SOUTH CAROLINA GOVERNMENT ENGAGED IN A PATTERN + PRACTICE OF VIOLATING THE RIGHTS OF PETITIONER, IN CUSTODY SINCE JANUARY 9TH, 2016, AND NOW INCLUDING A CURRENT AND ONGOING EFFORT TO SILENCE PETITIONER, 'COURTESY' OF A "COMPETENCY" EVALUATION PURSUANT TO INAPPLICABLE FARETTA DECISION OF THIS COURT (SEE NOTICE OF OBJECTION TO COMPETENCY EVALUATION, IBR), SHACKLE PETITIONER WITH AN ATTORNEY TO PREVENT PETITIONER FROM EVER BEING HEARD, PARTICULARLY MAKING A MEANINGFUL AND SUBSTANTIVE DEFENSE BEFORE A JURY OF HIS PEERS, TO RISK MAKING A "GENERAL" APPEARANCE, AND BEING DENIED THE RIGHT TO TRIAL BY JURY AND SUFFERING A DIRECTED VERDICT OF GUILT. SUCH ARE THE "FRUITS" OF THE JURISPRUDENCE OF THIS COURT SINCE 1935. TIME TO MAKE IT RIGHT.

10

¶3 ET SEQ. ; A LAW ENACTED "_IN PURSUANCE OF THIS CONSTITUTION_", WHICH _ABSOLUTELY PREEMPTS_ CONFLICTING 'LAWS' LIKE SOUTH CAROLINA CODE SECTION 40-5-310 ; EVEN _IF_ OTHERWISE APPLICABLE. ANY OTHER RESULT WOULD , AS ANDREW JACKSON AND JOHN C. CALHOUN COULD ATTEST ; WOULD PERMIT 'STATE' LAW TO REPEAL ANY AND ALL PROVISIONS OF THE CONSTITUTION FOR THE United States (1787-1791) ; AN ALARMING RESULT UTTERLY INCONSISTENT WITH THE _ORIGINAL INTENT_ OF THE FRAMERS OF THAT AUGUST DOCUMENT. ELEMENTARY CONSTITUTIONAL LAW , AS ANY FIRST YEAR LAW STUDENT KNOWS.

## NO OPPORTUNITY TO BE HEARD

PETITIONER HAS BEEN _IN CUSTODY_ SINCE JANUARY 9th, 2016, A PERIOD CURRENTLY OVER 4 _MONTHS_ WITHOUT HAVING ANY _MEANINGFUL_ AND _SUBSTANTIVE_ OPPORTUNITY TO BE HEARD ON ISSUES OF JURISDICTION AND VENUE AND RELATED ISSUES LIKE A _FACIALLY VOID_ WARRANT "SUPPORTED" AS IT WERE , BY A _PERJURED_ AFFIDAVIT AND _PERJURED_, HEARSAY TESTIMONY,

ONE CAN SEARCH THE RECORD IN VAIN TO FIND EVEN AN IOTA OF INTENT OF THE DE FACTO SOUTH CAROLINA GOVT. TO PROVIDE ANY OPPORTUNITY TO BE HEARD , A RIGHT EVEN RECOGNIZED BY THE PROCEDURAL POTTAGE OF 14th _WAR_ "AMENDMENT" DUE PROCESS (_NOT_ ! BEING INVOKED), A STRIKINGLY SIMILAR CASE TO WINDSOR v. MCVEIGH 93 US 274 , IN WHICH THIS COURT MINCED NO WORDS IN GIVING SHORT SHRIFT TO SERPENTINE SHENANIGANS OF THE SORT PRESENT IN THE INSTANT CASE ; I.B.R. AS THOUGH FULLY SET FORTH HEREIN.

PAGE 11

WRIT OF HABEAS CORPUS

IN RE STATE OF CALIFORNIA EX REL WILLIAM HENSHALL

THE "RDV" OF THE "HEARINGS" TO DATE WILL DRAMATICALLY UNDERSCORE THE DEFICIENCIES IN THE "OPPORTUNITIES" AFFORDED PETITIONER TO BE HEARD, TO WIT:

1-11-16  ONE MINUTE IN CUSTODY "HEARING", ABORTED BY MAGISTRAT PERSON ROBERT FOLIES AFTER PETITIONER "APPEARED" IN PROPRIA PERSONA SU JURIS AND WITH WITNESSES PRESENT WHOSE TESTIMONY WOULD HAVE ENDED THE "CASE" IN US HOURS. SUBSEQUENTLY FOLIES MADE AN UNLAWFUL EX PARTE APPOINTMENT OF COUNSEL, STEVE SHARMAN, WITH PETITIONER LOCKED DOWN 23 (1) HOURS PER DAY AND/OR NOT IN POSSESSION OF PEN OR PAPER, NO OBJECTION COULD BE MADE TO THIS CLEARLY CORRAM NON JUDICE ACT.

1-13-16  ONE AND ONLY MEETING WITH SHARMAN, WHO REFUSED TO LISTEN TO ANYTHING PETITIONER HAD TO SAY, THOUGH GIVEN CONTACT INFO FOR PETITIONER'S WITNESSES, SHARMAN NEVER CONTACTED THEM, AS PETITIONER LATER LEARNED!

1-14-16  EXTRADITION "ID HEARING" AT WHICH PETITIONER FIRST SAW WARRANT fi. AFFIDAVIT MERE MINUTES BEFORE THE "HEARING" WHILE SHACKLED fN IN CUSTODY, TO THAT POINT, ALL PETITIONER HAD WAS A HEARSAY COMPLAINT FROM OFFICE OF SAN MATEO COUNTY DA, NO. 16SF 00252, FOR THE FIRST TIME, PETITIONER BECAME AWARE OF REPORT BY SPEC. AGT. DVN, CALIF. ATTY GENL DEF., WHICH PETITIONER STILL DOES NOT HAVE A COPY! YET AGAIN PETITIONERS WITNESSES WERE          OVER

12

PRESENT AND PREPARED TO GIVE RELEVANT, ADMISSIBLE EVIDENCE WHICH WOUL HAVE EXONERATED PETITIONER FROM THE CHARGE, BUT SHAMAN DID NOT CALL THE TO TESTIFY. MORE ABOUT THIS INHOSPITABLE "HEARING" IN "INEFFECTIVE ASSISTANCE" SECTION, INFRA

3-2-16   "BOND COURT HEARING", ONE HELD WITHOUT NOTICE AND WHICH HAD THE APPEARANCE OF A CONSTRUCTIVE ARRAIGNMENT AND "WAIVER" OF RIGHTS – PETITIONER DENIED ASSISTANCE OF COUNSEL WITHOUT VALID WAIVER AND WITHOUT MIRANDA WARNING ; PARTICULARS RECOUNTED IN EXCRULIATING DETAIL IN "NOTICE OF OBJECTION TO CHECKLIST", IBR ;

3-23-16   ANOTHER "HEARING" WITHOUT NOTICE AND ONE IN WHICH PETITIONER PUT THE 'COURT' ON NOTICE, IN NO UNCERTAIN TERMS OF HIS OBJECTIONS TO THIS BARFETTA, FARETTA ATTEMPT TO DETERMINE "COMPETENCE", AND THUS SHACKLE PETITIONER, 'COURTESY' OF A FICTION OF LAW, FROM PUTTING ON ANY DEFENSE AT ALL – SEE "NOTICE OF OBJECTION TO "COMPETENCY PROCEEDING" AND "NOTICE OF DENIAL OF COUNSEL" AND ADDENDA BOTH IBR . PETITIONER STATED ON THE RECORD THAT BOTH FARETTA AND GIDEON DID NOT APPLY, BEING DECISIONS BASE ON THE NON-EXISTENT 14th WAR "AMENDMENT" AND THUS DISTINGUISHABLE IN THIS COURT (ASHWANDER, SUPRA), WHICH HAS REPEATEDLY HELD THAT THE BILL OF RIGHTS DOES NOT APPLY TO THE STATES (BARRON v BALTIMORE 7 PETERS 243, HURTADO v CALIFORNIA 110 US 516, TWINING v NEW JERSEY 211 US 78, ADAMSON v CALIFORNIA 332 US 46) ;

# WRIT OF HABEAS CORPUS
## IN RE STATE OF CALIFORNIA EX REL WILLIAM HENSHALL

<u>NOT</u> INCORPORATED IS THE FOLLOWING EXCERPT FROM THE CASE OF US v SHEPARD '27 FED. CASES 1056, A CASE "ON ALL FOURS" WITH THE INSTANT CASE WHICH SHOULD BE DISPOSITIVE HERE:

" DEFENDANT WAS AT LIBERTY IN CHICAGO; WAS ARRESTED AND IMMEDIATELY REMOVED TO DETROIT <u>WITHOUT</u> AN OPPORTUNITY TO CONFRONT THIS CHARGE <u>AT THE PLACE OF HIS ARREST</u>. WE ARE AT A LOSS TO UNDERSTAND HOW THE DEFENDANT COULD THUS BE DEALT WITH UNDER THE STATUTE. SUPPOSE THAT DEFENDANT HAD LIVED IN SAN FRANCISCO (!—ED) INSTEAD OF CHICAGO AND WAS THUS ARRESTED AND <u>SUMMARILY</u> REMOVED NEARLY ACROSS THE CONTINENT <u>BEFORE</u> HAVING THE OPPORTUNITY TO MEET THE CHARGE, DOES THIS NOT PLAINLY ILLUSTRATE THE WRONG AND INJURY WHICH MAY BE DONE UNDER SUCH LEGAL PROCEEDINGS? WE REGARD THE REMOVAL AS HAVING BEEN MADE <u>WHOLLY WITHOUT AUTHORITY OF LAW</u>."

## PRIMA FACIE CASE CANNOT BE ESTABLISHED

RESPONDENT HAS <u>NOT</u> EVEN ACKNOWLEDGED, LET ALONE ANSWERED, PETITIONER'S DEMAND FOR A BILL OF PARTICULARS, MAILED 4-4-16 TO BE FILED NUNC PRO TUNC 3-2-16 — SEE "OBJECTION TO CHECKLIST", IBR; ACCORDINGLY, PETITIONER DOES <u>NOT</u> KNOW THE NATURE AND CAUSE OF THE ACCUSATION (JURISDICTION AND VENUE), OR THE ELEMENTS OF THE 'CRIME' WHICH <u>MUST</u> BE PROVEN (IN RE WINSHIP 397 US 358); SEE ALSO PETITIONER'S DEMAND FOR BILL OF PARTICULARS, IBR.

OVER

14

UNDER SUCH CIRCUMSTANCES, PETITIONER CANNOT ENTER A VOLUNTARY KNOWING AND INTELLIGENT WAIVER OF RIGHTS (ZERBST, SUPRA) AND/OR PLEA TO THE CHARGES AND THE COURT CANNOT ACQUIRE OR ASSUME JURISDICTION (CRAIN v US 162 US 625).

IN ADDITION, PETITIONER CAN ESTABLISH THAT HE WAS NEVER IN SOUTH CAROLINA IN 2015, THE TIME PERIOD THE ALLEGED 'CRIME' WAS COMMITTED, NOT ONE IOTA OF PROOF OF CRIMINAL INTENT (AKA) UNLAW-FULNESS IS PRESENT IN THE FACIALLY VOID WARRANT AND/OR THE PERJURED AFFIDAVIT, THERE IS NO INJURED PARTY PURSUANT TO THIS STRICT LIABILITY VICTIMLESS (!) FELONY, A PLAIN DENIAL OF THE RIGHT OF CONFRONTATION AND CROSS EXAMINATION SECURED BY AT LEAST THE UNPURVIEWED 6TH AMENDMENT (BOYD v US 116 US 616) AND ARTICLE VI, SECTION 2 PREEMPTS SOUTH CAROLINA CODE 40-5-310 AS HEREINABOVE SET FORTH.

ACCORDINGLY, NOT A SINGLE ELEMENT OF A PRIMA FACIE CASE CAN BE ESTABLISHED, AN OUTRIGHT DENIAL OF EVEN THE PROCEDURAL POTTAGE OF 14TH WAR "AMENDMENT" DUE PROCESS (NOT BEING INVOKED, BUT SEE, PURSUANT TO DISCLAIMER, SUPRA, THOMPSON v LOUISVILLE 362 US 199).

AND BASED ON THE PATTERN AND PRACTICE OF VIOLATIONS TO DATE, PETITIONER IS VERY CONCERNED THAT MOST, IF NOT ALL, OF HIS 575 JURY INSTRUCTIONS WILL BE DENIED; IN CONCERT WITH OTHER ISSUE RAISED HEREIN, THIS CONJURES UP A STARK AND FOREBODING SPECTRE OF A DIRECTED VERDICT OF GUILT (BASS v US 784 F 2 1282), THUS PROSPECTIVE RELIEF IS SINGULARLY APPROPRIATE IN THE INSTANT CASE

page 16

# RESERVATION OF RIGHTS

PETITIONER PRESENTS THIS WRIT WITH ALL RIGHTS RESERVED, MORE PARTICULARLY THE 'SAVINGS TO SUITORS' CLAUSE - SECTION 11 OF THE JUDICIARY ACT OF 1789 (RAMSEY v ALLEGRE 25 US 611), ARTICLES 4 & 5 OF THE DECLARATION OF RIGHTS (1774), ARTICLES 24 & 34 OF MAGNA CHARTA (1215), ARTICLE II OF THE NORTHWEST ORDINANCE OF 1787, REENACTED BY THE FIRST CONGRESS AND THE 9TH ARTICLE OF AMENDMENT TO THE CONSTITUTION FOR THE UNITED States (1787-1791) WITHOUT PREJUDICE TO PRESENT ANY AND ALL ISSUES TO A JU WITH THE POWER TO RULE ON THE FACTS AND THE LAW (BRAILSFORD v GEORGIA 2 DALLAS 402).

# JURAT

I, WILLIAM HENSHALL DECLARE, UNDER PENALTY OF PERJURY, THAT ALL FACTS STATED HEREIN ARE TRUE OF MY OWN PERSONAL KNOWLEDGE AND/OR BELIEF.

William M Henshall ~ PETITIONER
IN PROPRIA PERSONA SUI JURIS

*Exhibit A*

# *Affidavit*

State of Colorado                )
                                 ) *ss*
County of Fremont                )

    I, Kathleen Aurit-Schaefer  a lawful de jure *jus sanguinis* free white Colorado American National, (citizen)  (*Article IV, Section 2 of the Constitution for the united States {1787-1791} and/or* being first duly subscribed and sworn, declare, *under penalty of perjury*, the following facts, *which are true of my own personal knowledge*, to wit:

    that the following list of cases are ones in which Affiant was a party  and/or in which Affiant was intimately involved at the request of a party by reason of an Agreement for Services executed pursuant to our *unlimited* power to contract as secured by *Article I, Section 10* of the *Constitution for the united States {1787-1791}*:

**REGARDING :  Todd Anthony Aurit  DOC # 127586 / Case # 04CR220 / 06CR374/ 15CR0538   COLORADO DEPARTMENT OF CORRECTIONS**

  **1.  Todd was given 72 years, a <u>very excessive sentence</u> for vehicular homicide which was an unintentional accident. The court took his kids away from him until they are 18 at there Mothers request. On the Night of March 25th, 2004 Todd  went to his wife's apartment, they were separated. Todd had a restraining order and social services had taken his kids so he could not see them. He broke into her apartment, roughed his wife up. He had a knife and she told the police he was going to kill her. He took Jacob who was 6 and Evan 9 months and put them in his truck. He put Evan on Jacobs lap and strapped them in.  He then went out of the apartment complex  and by then the police were behind him , chasing him. He lost control and went to the other side of the street where he hit a truck, where a man**

1

died and some people were hurt very bad . The District Attorney said he did it on purpose so he could escape while everyone was looking after those hurt. Todd was taken to the hospital and 2 days later taken to the mental hospital in Pueblo where they kept him very medicated. They did not take him before a magistrate. On July 5th, 2004 they took him into the Douglas County  Jail where they held him  for a year and a half before he was sentenced. Todd was on 7 mind altering medications when he took the plea. Todd was on prescribed drugs for depression at the time of the accident also. His Mother was staying with him and the night before the accident Todd was crying and crying and was so distraught because he could not see his children.

On or about  2 / 7/ 2008  the Court found that the 16 year consecutive sentence on this count  was illegal Count 11 merged with count 3 and was vacated. If one charge is  illegal they all are.

> He was on 7 antidepressant (mind altering drugs)   from 3/25/2004 thru 08/05/2005 while in jail . He had been on Prozac and other drugs before the accident.  Todd had lost business, lost him home, wife and children.

2.  He took a plea while on the drugs , did not understand what was happening, does not remember anything while he was in jail. Judge did not ask what drugs he was taking when he took the plea or during the preliminary hearing.

3.  Todd was denied his Constitutional Rights to be indicted  by a Grand Jury and confront his accusers during the preliminary hearing.

4.  Todd was on 6 mind altering medications from 3/25/2004 until 08/05/2005 when he went to prison.

2

5. On 8/24/2007 Todd was sentenced for stalking for writing 4 letters to his ex wife because he wanted to know how his children were. He was sentenced to 10 years on the case <u>16CR374</u> for stalking. He went to trial and the jury found him guilty. At the time of the crime of stalking , Todd was not of sound mind and could not understand layman terms and could not be held accountable, being in Mania State of bi polar and involuntary Intoxicated. Council withheld from the court the mind altering medication the Petitioner was on at the time of the trial.

6. On Sept 14,2015 <u>Case No 15CR0538</u> Douglas County arrested me and my mother on 6 felony charges . Todd took a plea on that case in 2016. They told him if he did not take the deal they would charge his Mother and he would never see her again and put her in prison. They suppressed the case so we could not find out anything about it. They gave Todd 4 more years for those charges. He did not want his mother to go through all of that so he took the plea<u>. Whoever holds or returns any person to a condition of peonage, or arrests any person with the intent of placing him in or returning him to a condition of peonage, *This is what Douglas county did to Todd.*</u>

7. According to US Statutes at Large/Volume 1/1st Congress/2nd Session/Chapter 9 Section §7 says any person commits the crime of manslaughter and shall be thereof convicted, such person or persons shall be imprisoned not exceeding three years and fined not exceeding one thousand dollars. He was fined about $350,000.00 dollars which they have been taking 20% from his books since 2005. Then when notified that it was all paid by insurance Douglas County DA's office said it was paid but, then put in the court to fine him $16,500 for restitution for the victims again in December 2017.

3

8. Todd has been in prison for almost 19 years and his health has deteriorated as he has many medical problems and getting no medical treatment.

9. Todd has been ill since he has been detained for 18 1/2 years. He has stomach problems, ruptured disks, rheumatoid arthritis, prostate problems, kidney problems neuropathy in his feet, legs, and back, teeth are rotting out, nephropathy in back and legs and he is now in a wheel chair.

The prosecution presented no proof that Petitioner had any requisite specific intent to commit any crimes. Specific intent is element of crime and is not presumed. See, *Johnson v. People*, 174 Colo. 413, 484 P.2d 110 (1971).

Had Petitioner been permitted to submit evidence regarding his state of mind, he would have been able to prove that he did not have any specific intent to commit any crimes at all.

Petitioner was on Lexapo and Xanax the night the accident occurred which was prescribed by the family <u>Medical Doctor.</u>

Petitioner could have proved his state of mind had been detrimentally altered to the following prescribed medications and their side affects:

ffexor  (depression)

  Side affects – drowsiness, dizziness, hallucinations, loss of coordination.

Paxil  (depression)

  Side affects – drowsiness, dizziness, hallucinations, loss of coordination.

Atenolol  (hypertension)

  Side affects – dizziness, mental/mood changes.

Lorazepam  (anxiety)

  Side affects – drowsiness, dizziness, hallucinations, loss of coordination

  , memory problems.

**Lexapro (depression)**

> Side affects – severe dizziness, hallucinations, loss of coordination, agitation/restlessness.

**Xanax (anxiety)**

> Side affects – drowsiness, dizziness, hallucinations, loss of coordination, mental/mood changes.

**Prozac (depression)**

> Side affects – drowsiness, dizziness, hallucinations, loss of coordination, anxiety, severe mental/mood changes.

**Elavil (depression)**

> Side affects – drowsiness, dizziness, confusion.

**Lithium (bipolar disorder)**

> Side affects – drowsiness, dizziness, confusion, vision changes.

**Hydroxyzine (allergies)**

> Side affects – drowsiness, dizziness, hallucinations, confusion.

"The FDA has warned that any abrupt change in dose of an antidepressant, whether going up or down, can so strongly affect thought and behavior so as to produce suicide, hostility or psychosis." See, Affidavit of Ann Blake Tracy, PhD attached hereto and made a part hereof.

"Todd Aurit was switched from one to another brand of antidepressant to the extent that within the three years before the plea, he had taken at least a dozen mind-altering medications." Ibid.

5

"Prozac and Elavil should not be combined due to their potential to magnify the effects of one another by 10 times." Ibid.

The "long-term use of the antidepressants combined with other drugs would have created such a toxic state as to severely impair Todd's ability to have sufficient conscious thought, thus leaving him incompetent to voluntarily enter a plea on April 29, 2005.

Amendment VI to the Constitution for the United States of America, as well as the constitution for Colorado, guarantees that the accused shall have compulsory process for obtaining witnesses in his favor, and to have the assistance of counsel for his defense.

Defense counsel knew that Todd Aurit, hereinafter Petitioner, was not in his right mind due to the medications he had been prescribed for bipolar disorder, depression and anxiety.

Defense counsel was ineffective in that a competency hearing should have been demanded to ascertain the state of mind of Petitioner, but defense counsel failed to demand such a hearing.

Defense counsel's ineffectiveness denied Petitioner his right to obtain witnesses in his favor and his right to have adequate counsel for his defense under Amendment IVI to the Constitution for the United States of America.

The prosecutors, defense counsel and the court knew that Petitioner was incompetent to enter into a plea agreement and that the plea agreement entered into was null and void.

6

In light of the repeated acts of ineffective assistance of counsel, counsel should have known that the Defendant in no way could of taken this plea intelligently, knowingly, or voluntarily, the defendant was on 6 different medications the night before and the morning of the plea.

Because Petitioner was precluded from presenting any mental impairment evidence to negate the requisite culpability of the crime charged against him, Petitioner was denied due process of law under Amendment XIV of the Constitution for the United States of America and Art. II, Sec. 25 of the constitution for Colorado. See, *Hendershott v. People*, 653 P.2d 385 (1982)

Petitioner was moved from Fremont Correctional Facility on Sept.8,2020 to Colorado Territorial Correctional Facility. He was there until March 5,2020 and during that time Warden Ed Caley created a fake entity to detain Aurit,Todd as all of Todds cases are closed and CDOC was holding him under a fake name JIMMY AURIT. The name JIMMY AURIT showed up on the Wardens count list at CTCF when Todd was detained there. The Depository Trust Corporation is still tradeing in the name JIMMY AURIT.

 This document was executed in Canon City, Colorado on the 20th day of November , 2022

By Kathleen Aurit-Schaefer

Kathleen Aurit-Schaefer

7

# EXHIBIT B

## Ann Blake Tracy, PhD
### Health Sciences with emphasis on Psychology

31600 Silverado Lane
Wankee, Iowa
50263

Phone: 801-209-1800    Fax: 801-335-4727    E-mail: atracyphd1@aol.com

April 28, 2008

Affidavit of Ann Blake Tracy, PhD

RE: Todd Anthony Aurit

Todd Aurit has been prescribed various antidepressants since May 29, 2002. He also has a family history which would indicate an inability to tolerate these medications and he immediately began to suffer severe reactions to these drugs. Within six months he had begun suffering very serious side effects of compulsive alcohol consumption.

The only reaction by physicians to the various manifestations of these toxic effects was to switch the brands of antidepressants Mr. Aurit was taking.

The FDA has warned that any abrupt change in dose of an antidepressant, whether going up or down, can so strongly affect thought and behavior so as to produce suicide, hostility or psychosis.

May 07 08 09:24a     Doug Romero                                                    303-934-0300                p.16

Mr. Aurit was switched from one to another brand of antidepressant to the extent that within the three years before the plea he had taken at least a dozen mind altering medications.

Mr. Aurit was at the time of the plea on Prozac, Elavil, Lithium and Hydroxyzine. Prozac and Elavil should not be combined due to their potential to magnify the effects of one another by 10 times.

The result of this constant medication and switching of medications led to even more serious reactions of suicidal ideation and mania/bipolar which is a continuous series of seizure activity.

The seizure activity, continuous switching of the antidepressants and long-term use of the antidepressants combined with other drugs would have created such a toxic state as to severely impair Mr. Aurit's ability to have sufficient conscious thought, thus leaving him incompetent to voluntarily enter a plea on April 29, 2005.

*Exhibit B*



JORGE NAVARRETE
ASSISTANT CLERK/ADMINISTRATOR

MARY JAMESON
AUTOMATIC APPEALS SUPERVISOR

EARL WARREN BUILD
350 McALLISTER STR
SAN FRANCISCO, CA 9
(415) 865-7000

## Supreme Court of California

FRANK A. McGUIRE
COURT ADMINISTRATOR AND
CLERK OF THE SUPREME COURT

November 18, 2013

William Henshall
P.O. Box 281676
San Francisco, CA  94128-1676

     Re:   Petition

Dear Mr. Henshall:

    Returned unfiled is your petition for writ of habeas corpus and letters.  The question raised by the petition are beyond the jurisdiction of the California courts as they appear to raise Federal issues.

         Very truly yours,

         FRANK A. McGUIRE
         Court Administrator and
         Clerk of the Supreme Court

         By: J.L. Casados,
         Supervising Deputy Clerk

Enclosures

### SUSPENSION OF HABEAS CORPUS

### CLOSURE OF COURTS !!!

STATE CAPITOL
P.O. BOX 942849
SACRAMENTO, CA 94249-0022
(916) 319-2022
FAX (916) 319-2122

DISTRICT OFFICE
1528 S. EL CAMINO REAL, SUITE 302
SAN MATEO, CA 94402
(650) 349-2200
FAX (650) 341-4676

# Assembly
# California Legislature



**KEVIN MULLIN**
**ASSISTANT SPEAKER PRO TEMPORE**
ASSEMBLYMEMBER, TWENTY-SECOND DISTRICT

COMMITTEES
BUDGET
BUSINESS, PROFESSIONS AND
  CONSUMER PROTECTION
LOCAL GOVERNMENT
PUBLIC EMPLOYEES, RETIREMENT
  AND SOCIAL SECURITY
REVENUE AND TAXATION

SUBCOMMITTEES
BUDGET SUBCOMMITTEE #4 ON
  STATE ADMINISTRATION

SELECT COMMITTEES
CHAIR: BIOTECHNOLOGY
COMMUNITY COLLEGES
ASIA/CALIFORNIA TRADE AND
  INVESTMENT PROMOTION

WORKFORCE INVESTMENT BOARD

April 21, 2014

Mr. William Henshall
P. O. Box 281676
San Francisco, CA 94128-1676

Dear Mr. Henshall,

Thank you for visiting my office on March 19, 2014 and on April 8, 2014, and for mailing correspondence to me in between.

I read your letter dated March 19, 2014, in which you ask that I submit your Petition for Redress of Grievance on the floor of the Assembly, and the subsequent correspondence. After reviewing your request and the background documents you provided, I have concluded that I am unable to present your Petition. As was communicated by Frank A. McGuire, Court Administrator and Clerk of the Supreme Court of California, in a letter to you dated November 18, 2013, the question you raise appears to relate to Federal issues and is beyond the jurisdiction of the California Courts and California Assembly.

Sincerely,

KEVIN MULLIN
Assemblymember, 22nd District

KM:rr

Printed on Recycled Paper

 Gmail

## RE: Public Records Act Request

**Secretary of State, Constituent Affairs** <constituentaffairs@sos.ca.gov>      Fri, Dec 15, 2017 at 5:28 PM
To: "abereki@gmail.com" <abereki@gmail.com>

Dear Mr. Bereki:

In response to your recent request, the Secretary of State's office extended the time within which to respond to the request by 14 days, pursuant to Government Code section 6253(c) of the California Public Records Act.

We have located the following oaths of office for individuals listed in part 1 of your request:

1.  Justice Kathleen E. O'Leary – 1/5/15

2.  Justice William W. Bedsworth – 1/15/87, 10/16/72, 4/15/97

3.  Justice Eileen C. Moore – 7/13/05, 1/6/03, 12/22/00, 1/6/97, 1/7/91, 5/19/89

4.  Justice Richard M. Aronson – 3/15/96, 1/6/03, 11/21/01, 1/5/15

5.  Justice Richard D. Fybel – 2/8/02, 1/6/03, 1/5/15

6.  Justice Raymond J. Ikola – 1/20/03, 12/15/06

7.  Justice David A. Thompson – 11/30/83, 5/15/97, 8/10/98, 1/8/07, 1/28/12, 1/5/15

8.  Judge David R. Chaffee – 1/8/97, 1/18/94, 1/3/11

9.  CSLB Board Member Marlo Richardson – 6/23/16

10. CSLB Board Member Johnny Simpson – 7/17/15

11. CSLB Board Member Linda Clifford – 6/6/14

12. CSLB Board Member Agustin Beltran – 5/23/02

13. CSLB Board Member David Dias – 6/20/16, 4/9/11, 6/21/12, 5/21/13

14. CSLB Board Member David De La Torre – 9/26/16

15. CSLB Board Member Susan Granzella – 6/23/16

45. Hon. Scott M. Gordon – 11/19/12, 4/5/16

46. Hon. Patricia M. Lucas – 12/6/10, 12/2/16

47. Hon. Stuart M. Rice – 12/10/08, 12/3/14

48. Michael M. Roddy – 1/17/06, 6/22/06, 8/19/09

49. Marsha G. Slough – 2/22/16, 9/10/14, 8/20/15, 11/27/12


Total – 131 pages


We have no documents responsive to your request for bonds, and we have no documents responsive to part 4 of your request. With regard to part 2 of your request, the California Constitution includes processes for revisions and amendments. The California Constitution of 1849 was not repealed; therefore, we have no documents responsive to part 2 of your request.


California law, including the California Public Records Act, permits the Secretary of State to charge a fee for providing copies of its records. The fee for each of these single-page oaths of office is $1.00 and certification is an additional $5.00 per document. The total cost of the 140 pages of oaths is $131.00 for plain copies or $786.00 for certified copies.


The fee for copied documents from the Archives is $0.25 per page, with certification an additional $5.00 per document. For the California Constitution, the copy charges would be as follows:


1849 California Constitution

- English version: 19 pages x $0.25 per page = $4.75 + $5.00 certification fee = TOTAL $9.75
- Spanish version: 40 pages x $0.25 per page = $10.00 + $5.00 certification fee = TOTAL $15.00


1879 California Constitution

- 69 pages x $0.25 per page = $17.25 + $5.00 certification fee = TOTAL $22.25


If you would like to receive copies of any of these responsive documents, please indicate specifically which documents you would like to receive when sending a check made payable to the Secretary of State for the copying (and certification, if applicable) fees, to the following address:

Secretary of State
Attn: Constituent Affairs

*Exhibit B*



THE COMMISSIONER OF SOCIAL SECURITY
BALTIMORE MARYLAND 21235

FEB 10 1989

Refer to:
SEP71

Mr. W. R. Henshall
P.O. Box 451 Estudillo Station
San Leandro, California 94580

Dear Mr. Henshall:

This is in response to your letter of January 29. The document you sent us in no way affects your rights or responsibilities under the Social Security Act.

There is no law that requires someone to obtain a Social Security number. However, the Internal Revenue Code (26 U.S.C. 6109 (a)) and applicable regulations (26 CFR 301.6109-1(d)) require an individual to *get and* use a Social Security number on tax documents and to furnish that number to any other person or institution (such as an employer or a bank) that is required to furnish to the Internal Revenue Service (IRS) information about payments to the individual. *There are penalties for failure to do so* (see 26 U.S.C. 6676 (a) and 26 CFR 301.6676-1).

We assign a Social Security number to a person when we have received a valid application. Thereafter, we credit earnings to that number since the Social Security benefits for a worker and his or her family depend on the worker's earnings.

Section 205 (c)(2)(A) of the Social Security Act requires the Social Security Administration to establish and maintain records of wages and self-employment income for each individual whose work is covered under the program and a Social Security number is needed for that purpose. The IRS requires employers to submit Social Security numbers with employee earnings. Workers who object to providing their Social Security numbers to employers for religious or other reasons should contact the IRS office in their area to *see if* any exceptions are allowed.

The Supreme Court held that the Social Security Act was constitutional not long after the law's enactment in the 1930's. *In a more recent decision* (United States v. Lee, 455 U.S. 252), the Supreme Court upheld the constitutionality

2

of the provision of the Social Security Act requiring employers to withhold Social Security taxes from employees' wages and to pay taxes to IRS. The Court stated: "The design of the system requires support by mandatory contributions from covered employers and employees. This mandatory participation is indispensable to the fiscal vitality of the Social Security system."

Without a Social Security number, we cannot enter earnings on the worker's record but could subsequently credit them to the worker's record if the worker furnishes his or her Social Security number and evidence of earnings.

We do not have the authority to require an employer to provide or deny employment or services to anyone who refuses to disclose his or her number. This is a matter between the individual and the employer.

We are returning the self-addressed envelope you enclosed with your letter.

Sincerely,

Dorcas R. Hardy
Commissioner
   of Social Security

Enclosure

*Exhibit C*

*Kathleen Aurit-Schaefer*

*PO Box 674*

*Canon City, Colorado 81215*

*ph: 719-276-0909*


*COLORADO Governor JARED POLIS*

*COLORADO Attorney General PHIL WEISER*

*COLORADO 'State' Bar Association Executive Director AMY LARSON*


*In Re: "STATE of COLORADO" v Todd Aurit ", Case No's 04CR220, 06CR374, 15CR538 Douglas County District Court*


*COLORADO 'State' Bar Association – compelled pro bono counsel*


> *"And through covetousness (of money) shall they with feigned words make merchandise of you: whose judgment now of a long time lingereth not, and their damnation slumbereth not."*
>
> *2nd Peter 2 Verse 3*


Does my son, Todd Aurit really have to get a *DNA* test to establish that he did not die in infancy and/or that he is not an *"administrative vessel"* or trustee of the cestui que Trust in his name, but the *beneficiary* thereof ?? (see e.g. *Notification of Births Act of 1907; HJR 192*).


**In Re Todd A Aurit**                                                                     pg.  **1**

And add to this that ALL of his 'timely', good faith efforts to present multiple, *UNOPPOSED structural, jurisdictional Constitutional errors* as a "PRO SE" litigant, with no *KNOWN* right to *effective* assistance of counsel in the trial 'court' /aka/ *administrative tribunal*, and now, not only with a summary, ex parte 12(b)(6) 'denial' of non-statutory federal writs of Habeas Corpus in 'other' jurisdictions, but made with the *snide admonition* that *ONLY SBA* attorneys, and/or "PRO SE" litigants, have any standing law' in your 'courts'.

And as per the attached *Affidavit* of Counsel William Henshall (*Exhibit A*), this is *NOT* (!) an isolated incident, yet other versions now having occurred in *FLORIDA and IOWA* and with his own *I-9-2* Writ being summarily dismissed by a *DEPUTY ~~jerk~~ clerk* of the CALIFORNIA supreme court, and with Counsel having a *DAUNTING amount of relevant, admissible, documentary evidence* to present in any ensuing action.

In the latter cases, each one included the following excerpt from the 'vintage' case of *In Re McDonald 16 Fed. Cases 17*, leaving one to wonder exactly what has happened to the '*Great Writ of Liberty*', well known to the "racist" Framers of the *CuS*, and as far back as the *Magna Charta (1215)*:

*"As then the states have no authority in the cases named, it follows inevitably that, if the United States courts cannot proceed, the liberties of the people are hopelessly at the mercy of all lawlessness and violence, whether exerted by the arbitrary will of one man or many, whenever the oppressor acts under color of the authority of the United States —* a condition worse than ever known in England since the days of Magna Charta, and wholly incompatible with the idea of civil or constitutional liberty. So far, however, is it from being true, that such is the deplorable condition of any American citizen, the reverse is the fact *Everyone who is*

**In Re Todd A Aurit**                                                    pg.  **2**

*illegally restrained of his liberty, under color of United States authority, has the fullest redress in the United States courts. Not only has he a constitutional right to apply for deliverance from illegal restraint, but it is the duty of the court to exhaust all its power to enforce his application."*

Counsel advises that the big problem should be patently obvious: that any and all of the **UNOPPOSED** issues we present directly challenges what he describes as the **malignant, malevolent monopoly** on the 'practice of law' of the **SBA**, seemingly with **irreconcilable conflicts of interest** for any and all SBA attorneys.

Duly noted here is that Counsel is an expert witness on 230 years of the Constitution, history and laws of the united States, and is prepared to offer *a cappella* testimony at any available opportunity. Note the enclosure here of the first 6 pages of his *hand printed* non-statutory federal Writ of habeas Corpus to the US supreme court, done while *ALON*E in a S.C. jail cell (he won the case easily), the first *8 pages* of his *84* page Brief on Admission of New States, and his 14 page demand for a a Bill of Particulars.

Carefully noted here is that the 'public pretender' in the instant case, an SBA Atty., did absolutely **NOTHING,** either to prevent **massive, medical overdosing of my son as a pre-trial detainee**, while simultaneously 'volunteering' him into a **72 YEAR** (!) 'plea deal' and more, while 'shepherding' Petitioner into a **'Directed Verdict of Guilt**.

Accordingly, many 'official' actors in this matter have committed multiple acts of Treason t,o the Constitution as set forth in **Cohens v Virginia 6 Wheat. 264**, a 'vintage' case, albeit one cited in the **VERY** recent, not to mention **UNANIMOUS** opinion of the supreme court in **Axon v FTC**, seemingly the **death knell** for the **administrative state** existing in jurisdictions from coast to coast, and a fortiori in **COLORADO**:

*"It is most true that this Court will not take jurisdiction if it should not*; but it is equally true that it *must* take jurisdiction if it should. The judiciary cannot, as the legislature may, avoid a measure because it approaches the confines of the

**In Re Todd A Aurit**                                                    **pg. 3**

*William Henshall*

650-267-9350/Youwinincourt@gmail.com

*Paul DeYoung – Clerk of Court -- USDC Sioux City, IOWA*

In Re: *Matter of Tim Griffin "Case No " 23-CV-4028-CJW*

At their request, acting as a *Private Attorney General – Section 35 of the Judiciary Act of 1789, 1 Statutes at Large 73* et. seq., assuming arguendo any statutory authority at all is needed, and in pursuance of our *unlimited power to contract secured by Article I, Section 10 of* and/or the *9th Article of Amendment* to, the *Constitution for the united States {1787-1791} (CuS)* my friends Todd and Tim Griffin and I were both surprised and disappointed by yet another boilerplate summary, ex parte 12(b)(6) of the petition for a *non-statutory federal Writ of Habeas Corpus /aka/* to the Framers as the 'Great Writ of Liberty', presented pursuant to *Article I, Section 9, Clause 2.*

This was and is *VERY* disappointing and discouraging from a Trump appointee, there not only being no *KNOWN* declared state of rebellion or invasion in existence, this in concert with the 'conversion' of the Writ, on who knows what *lawful* factual foundation, according to judge Williams, to have been done by the ~~jerk~~ clerk of 'court' to 28 USC 2254, a *NON*-existent statutory version thereof.

Indeed, this was nothing less than the exercise of the *judicial* power of an *Article III judicial court* by a *SUBORDINATE* agent *NOT* appointed by the President or approved by the Senate, two *VERY* interesting subject matters, on what authority a clerk can exercise the judicial power of the united States and/or to what department of government the district courts belong to today, beyond the scope of this inquiry. Your *CLOSE* attention to the *VERY* recent, and *UNANIMOUS* opinion of the Justices in *Axon v FTC* will be rewarded.

Add to this that you obviously did not bother to read the petition, since you would have seen the excerpt from the ruling in the case of ***In Re McDonald 16 Fed. Cases 17***, another 'vintage' decision with which the current Justices are likely well aware, a fortiori given their ***VERY*** recent, ***UNANIMOUS*** decision against, and likely the ***death knell*** to, the administrative state in ***Axon v FTC***, to wit:

> *"As then the states have no authority in the cases named, it follows inevitably that, if the United States courts cannot proceed, the liberties of the people are hopelessly at the mercy of all lawlessness and violence, whether exerted by the arbitrary will of one man or many, whenever the oppressor acts under color of the authority of the United States* — a condition worse than ever known in England since the days of ***Magna Charta***, and wholly incompatible with the idea of civil or constitutional liberty. So far, however, is it from being true, that such is the deplorable condition of any American citizen, the reverse is the fact *Every one who is illegally restrained of his liberty, under color of United States authority, has the fullest redress in the United States courts. Not only has he a constitutional right to apply for deliverance from illegal restraint, but it is the duty of the court to exhaust all its power to enforce his application."*

Along the same lines is the opinion of that "racist" ***Chief Justice Roger Brooke Taney*** in the better-known case of ***Ex Parte Merryman 17 Fed. Cases 144***, which you are cheerfully encouraged to review.

To be sure, I was appreciative of the citation of 28 USC 2241 by magistrate WILLIAMS, which might well be ***OVERTLY*** invoked in any ensuing action, since it was reenacted, as it were, ***VERBATIM*** from the ***Habeas Corpus Act of 1842*** and deals with the subject matter of ***FOREIGN*** (!) governments, of which there are ***at least 51*** currently in place today, in the "***Trust known as the United States***".

The most ominous part of this 'denial' was the claim that only licensed 'State Bar ***AS***Sociation attorneys /aka/***unregistered foreign agents of at least the City of London***, can 'practice law' in a federal court, a flat-out presumption of ***INCOMPETENCE*** of ***at least*** all members of the sovereign body politic of the Nation and Republic, who "ordained and established this Constitution to secure the blessings of liberty to ourselves and ***OUR*** posterity".

2

And *YES*, we are '*free white, male and 21*', as per, among other things, the definition of "Citizen" in *Bouviers Law Dictionary of 1857*, which then contained the Congressionally approved definitions of the words and phrases of the *CuS*, and *NO* (!) apologies, carefully noting that this definition also stated that these Citizens were "*qualified* to accept all offices of government in the gift of the people", a *clear and unambiguous* recognizance of the *COMPETENCE* of such Citizens.

By comparison today, the only 'body politic' recognized, especially as electors in *IOWA*, are "United States citizens *residing* therein, the functional equivalent of the *SUBORDINATE*, corporate birthright *shitizenship* 'created', as it were, by the *RAT*ification of the non-existent 14ᵗʰ *WAR* "amendment" (*NEFWA*), about which *NONE* of those who did so had any idea of this *CAREFULLY CONCEALED* agenda, save the members of *the secret* Committee of 15 on Reconstruction – see e.g. the *solo* dissent of *Justice Hugo L. Black*, in his first term on the Court, and a member of the Top Ten Justices on a *LOT* of lists, including mine, in *Connecticut Insurance v Johnson 303 US 77*.

And this is a big reason, a fortiori in concert with violations of *ALL 6 Articles of the CuS*, why *NEFWA* was *contemporaneously* ruled unconstitutional by the '*9 Old Farts*' in *Ex Parte McCardle 7 Wall. 506*.

Duly noted here that President Trump, said correctly, on or about November 1ˢᵗ, 2018, that he had the power, 'courtesy' of an Executive Order as *Commander-in-Fief of the Armed Forces*, to summarily remove this 'citizenship' *WITHOUT* any notice of opportunity for the victim to be heard, strikingly similar to what routinely occurs today in the *administrative agencies* of the *de facto national socialist government* /aka/ "*elective despotism*", which was of great concern to other "racist" Framers like *Madison & Jefferson* – see e.g. *Federalist Papers No. 48*.

A closing note here is that *IF* all the USDCs recognizes are *NEFWA* 'shitizens' /aka/ *SUBORDINATE* corporate entities, which are *SUBJECT* to the jurisdiction of the United States, it seemingly necessarily follows that they are *NOT Article III judicial Courts*, which in turn makes one wonder about circuit courts as well (see e.g. *Ex Parte Crow Dog 109 US 566; Snow v US 85 US 317*).

Wouldn't this, in concert with the fact that there are no *KNOWN* state judicial courts anywhere in sight, make any and all laws *purportedly* on the books *NULL and VOID nunc pro tunc ab initio as at least Bills of Attainder* ??

And wouldn't this also make the summary, ex parte 12(b)(6) 'Rooker-Feldman' denial of the Great Writ of Liberty be an act of *Treason to the Constitution (Cohens v Virginia 6 Wheat. 264)*. And *IF* not, *WHY* not ????? Is there any reason why the accompanying *Citizens Arrest* form should not be filled out and sent to the US Marshals ?? *IF*, not, *WHY* not ??

Your *prompt* attention to this matter will be expected.

Constitutionally,


By: William Henshall

**William Henshall**

*4*

*William Henshall*

650-267-9350/Youwinincourt@gmail.com

C. J. Williams – USDC Sioux City, *IOWA*

In Re: *Matter of Tim Griffin "Case No " 23-CV-4028-CJW*

At their request, acting as a *Private Attorney General – Section 35 of the Judiciary Act of 1789, 1 Statutes at Large 73* et. seq., assuming arguendo any statutory authority at all is needed, and in pursuance of our *unlimited power to contract secured by Article I, Section 10 of* and/or the *9th Article of Amendment* to, the *Constitution for the united States {1787-1791} (CuS)* my friends Todd and Tim Griffin and I were both surprised and disappointed by yet another boilerplate summary, ex parte 12(b)(6) of the petition for a non-statutory federal Habeas Corpus /aka/ to the Framers as the 'Great Writ of Liberty', presented pursuant to *Article I, Section 9, Clause 2*.

This was and is *VERY* disappointing and discouraging from a Trump appointee, there not only being no *KNOWN* declared state of rebellion or invasion in existence, this in concert with the 'conversion' of the Writ, on who knows what *lawful* factual foundation, by the ~~jerk~~ clerk of 'court' to 28 USC 2254, a NON-existent statutory version thereof.

Indeed, this was nothing less than the exercise of the *judicial* power of an *Article III judicial court* by a *SUBORDINATE* agent *NOT* appointed by the President or approved by the Senate, two *VERY* interesting subject matters beyond the scope of this inquiry.

Add to this that you obviously did not bother to read the petition, since you would have seen the excerpt from the ruling in the case of *In Re McDonald 16 Fed. Cases 17*, another 'vintage' decision with which the current Justices are likely

*1.*

well aware, a fortiori given their *VERY* recent, *UNANIMOUS* decision against, and likely the *death knell* to, the administrative state in *Axon v FTC*, to wit:

> *"As then the states have no authority in the cases named, it follows inevitably that, if the United States courts cannot proceed, the liberties of the people are hopelessly at the mercy of all lawlessness and violence, whether exerted by the arbitrary will of one man or many, whenever the oppressor acts under color of the authority of the United States* — a condition worse than ever known in England since the days of *Magna Charta*, and wholly incompatible with the idea of civil or constitutional liberty. So far, however, is it from being true, that such is the deplorable condition of any American citizen, the reverse is the fact *Every one who is illegally restrained of his liberty, under color of United States authority, has the fullest redress in the United States courts. Not only has he a constitutional right to apply for deliverance from illegal restraint, but it is the duty of the court to exhaust all its power to enforce his application."*

Along the same lines is the opinion of that "racist" *Chief Justice Roger Brooke Taney* in the better-known case of *Ex Parte Merryman 17 Fed. Cases 144*, which you are cheerfully encouraged to review.

To be sure, I was appreciative of your citation of 28 USC 2241, which might well be *OVERTLY* invoked in any ensuing action, since it was reenacted, as it were, *VERBATIM* from the *Habeas Corpus Act of 1842* and deals with the subject matter of *FOREIGN* (!) governments, of which there are *at least 51* currently in place today, in the "*Trust known as the United States*".

The most ominous part of your 'denial' was the claim that only licensed 'State Bar *AS*Sociation attorneys /aka/*unregistered foreign agents of at least the City of London*, can 'practice law' in a federal court, a flat-out presumption of *INCOMPETENCE* of *at least* all members of the sovereign body politic of the Nation and Republic, who "ordained and established this Constitution to secure the blessings of liberty to ourselves and *OUR* posterity".

And *YES*, we are '*free white, male and 21*', as per, among other things, the definition of "Citizen" in *Bouviers Law Dictionary of 1857*, which then contained

the Congressionally approved definitions of the words and phrases of the *CuS*, and *NO* (!) apologies, carefully noting that this definition also stated that these Citizens were "*qualified* to accept all offices of government in the gift of the people", a *clear and unambiguous* recognizance of the *COMPETENCE* of such Citizens.

By comparison today, the only 'body politic' recognized, especially as electors in *IOWA*, are "United States citizens *residing* therein, the functional equivalent of the *SUBORDINATE*, corporate birthright *shitizenship* 'created', as it were, by the *RAT*ification of the non-existent 14th *WAR* "amendment" (*NEFWA*), about which *NONE* of those who did so had any idea of this *CAREFULLY CONCEALED* agenda, save the members of *the secret* Committee of 15 on Reconstruction – see e.g. the *solo* dissent of *Justice Hugo L. Black*, in his first term on the Court, and a member of the Top Ten Justices on a *LOT* of lists, including mine, in *Connecticut Insurance v Johnson 303 US 77*.

And this is a big reason, a fortiori in concert with violations of *ALL 6 Articles of the CuS*, why *NEFWA* was *contemporaneously* ruled unconstitutional by the '*9 Old Farts*' in *Ex Parte McCardle 7 Wall. 506*.

Duly noted here that your benefactor, President Trump, said correctly, on or about November 1st, 2018, that he had the power, 'courtesy' of an Executive Order as *Commander-in-Fief of the Armed Forces*, to summarily remove this 'citizenship' *WITHOUT* any notice of opportunity for the victim to be heard, strikingly similar to what routinely occurs today in the *administrative agencies* of the *de facto national socialist government* /aka/ "*elective despotism*", which was of great concern to other "racist" Framers like *Madison & Jefferson* – see e.g. *Federalist Papers No. 48*.

A closing note here is that *IF* all the USDCs recognizes are *NEFWA* 'shitizens' /aka/ *SUBORDINATE* corporate entities, which are *SUBJECT* to the jurisdiction of the United States, it seemingly necessarily follows that they are *NOT Article III judicial Courts*, which in turn makes one wonder about circuit courts as well (see e.g. *Ex Parte Crow Dog 109 US 566; Snow v US 85 US 317*).

3.

Wouldn't this, in concert with the fact that there are no **KNOWN** state judicial courts anywhere in sight, make any and all laws **purportedly** on the books **NULL and VOID nunc pro tunc ab initio as at least Bills of Attainder** ??

And wouldn't this also make your summary, ex parte 12(b)(6) 'Rooker-Feldman' denial of the Great Writ of Liberty be an act of **Treason to the Constitution (Cohens v Virginia 6 Wheat. 264**). And **IF** not, **WHY** not ?????

Your **prompt** attention to this matter will be expected.

Constitutionally,

By: William Henshall

**William Henshall**

*Exhibit D*

Sixpack Demand Letter for Judicial Court


To:    Black Robed Bastard

Presiding 'judge' your local 'court'


At the outset, it is the **CLEAR** intent of this letter to demand the location, if any exist, of a judicial court exercising the judicial power of the united States and/or of a ***sovereign, independent state admitted into "this Union"***. Such courts are ***required*** to exist in the federative, republican form of government of defined and limited powers, ordained and established by the (*gasp* !) original intent of those "racist" Framers of the ***Constitution for the united States {1787-1791} (CuS)***.


This is true a fortiori in a case with an equally clear and unambiguous absence of any allegedly injured party in many 'criminal' cases. So much for the ***seemingly*** inviolable right of ***at least confrontation and cross-examination***.


In addition, Counsel advises that you have the ***SWORN*** duty to see that "the laws are ***faithfully*** executed", a current hot button issue in the U.S. supreme Court, and without a reply identifying these judicial Courts, we have you dead bang for claims of violations of rights secured by ***ALL 6 Articles if the Constitution for the united States {1787-1791 (CuS)*** what with written, ***ON THE RECORD*** multiple acts of ***Treason*** to the Constitution (***Cohens v Virginia 6 Wheat. 264***) by multiple 'official' actors, in multiple cases, with a ***DAUNTING*** amount of relevant, admissible documentary evidence and the ***a cappella, expert witness*** testimony of Counsel on ***230 years of the Constitution, history and laws of the united States***.

ALL of which effectively concede ***at least all of the following facts***, to wit:


That there are ***NOT*** (!) any ***sovereign, independent states admitted into this Union***" remaining in existence, not to mention the lawful body politic of ***lawful, de jure jus sanguinis state Citizens*** anywhere in sight.


Moreso, there  are no ***KNOWN*** judicial Courts anywhere in sight, which makes any and ALL laws allegedly on the books ***NULL and VOID nunc pro tunc ab initio*** as ***at least Bills of Attainder***, assuming arguendo that ***Article I, Section 9 or 10***, as the case may be, of the ***CuS*** and/or like provisions of many 'State' Constitutions purportedly currently in effect. even ***Article I, Section 21*** of the ***California Constitution (1849)***, which has ***NOT*** been repealed. Yet no

*Section 1584*

"In considering the first clause of the third section, declaring that "the judicial power of the United States *shall* be vested in one supreme court, and such inferior courts, as the Congress may from time to time ordain and establish, we are naturally led to the inquiry, whether Congress possesses any discretion as to the creation of a supreme court and inferior courts, in which the constitutional jurisdiction is to be vested. *This was at one time a matter of much discussion, and vital to the existence of the judicial department. If Congress possess any discretion on this subject, it is obvious that the judiciary, as a coordinate department of the government, may, at the will of Congress, be annihilated, or stripped of all of its important jurisdiction; for, if that discretion exists, no one can say in what manner, or at what time, or under what circumstances it may or ought to be exercised* … the judicial power of the United States *shall* be (not may be) vested in one supreme court, and in such inferior courts, as Congress may from time to time ordain and establish …"

*"The judicial power must, therefore, be vested in some court by Congress; and to suppose that it was not an obligation binding on them, but might, at their pleasure, be omitted or declined, is to suppose under the sanctions of the Constitution, they might defeat the Constitution itself. A construction which would lead to this result cannot be sound* …"

*Section 1586*

"If it is then a duty of Congress to vest the judicial power of the United States, *it is a duty to vest the WHOLE judicial power*. The language, if imperative, as to one part, is imperative as to all. If it were otherwise, *this anomaly would exist, that Congress might successfully refuse to vest the jurisdiction in any one class of cases enumerated in the Constitution, and thereby defeat the jurisdiction, as to all; for the Constitution has not singled out any preference to others* …"

*"It would seem, therefore, to follow that Congress are bound to create some inferior courts*, in which all of that jurisdiction, which, under the Constitution, is exclusively vested in the United States, and of which the supreme Court cannot take original cognizance. They might establish one or more inferior courts; they might parcel out the jurisdiction among such courts from time to time at their own pleasure. *But the whole judicial power of the United States should be, at all times, vested in either original or appellate form, in some courts created under its authority.*"

**Section 1584**

"In considering the first clause of the third section, declaring that "the judicial power of the United States shall be vested in one supreme court, and such inferior courts, as the Congress may from time to time ordain and establish, we are naturally led to the inquiry, whether Congress possesses any discretion as to the creation of a supreme court and inferior courts, in which the constitutional jurisdiction is to be vested. *This was at one time a matter of much discussion, and vital to the existence of the judicial department. If Congress possess any discretion on this subject, it is obvious that the judiciary, as a coordinate department of the government, may, at the will of Congress, be annihilated, or stripped of all of its important jurisdiction; for, if that discretion exists, no one can say in what manner, or at what time, or under what circumstances it may or ought to be exercised* … the judicial power of the United States *shall* be (not may be) vested in one supreme court, and in such inferior courts, as Congress may from time to time ordain and establish …"

"*The judicial power must, therefore, be vested in some court by Congress; and to suppose that it was not an obligation binding on them, but might, at their pleasure, be omitted or declined, is to suppose under the sanctions of the Constitution, they might defeat the Constitution itself. A construction which would lead to this result cannot be sound* …"

**Section 1586**

"If it is then a duty of Congress to vest the judicial power of the United States, *it is a duty to vest the WHOLE judicial power*. The language, if imperative, as to one part, is imperative as to all. If it were otherwise, *this anomaly would exist, that Congress might successfully refuse to vest the jurisdiction in any one class of cases enumerated in the Constitution, and thereby defeat the jurisdiction, as to all; for the Constitution has not singled out any preference to others* …"

"*It would seem, therefore, to follow that Congress are bound to create some inferior courts*, in which all of that jurisdiction, which, under the Constitution, is exclusively vested in the United States, and of which the supreme Court cannot take original cognizance. They might establish one or more inferior courts; they might parcel out the jurisdiction among such courts from time to time at their own pleasure. *But the whole judicial power of the United States should be, at all times, vested in either original or appellate form, in some courts created under its authority*."

*Exhibit E*

William Henshall
650-267-9350/Youwinincourt@gmail.com

To: Justice Neil Gorsuch

In Re: Matter of Todd Aurit – County of Canon City court – *Case No. 04CR220 --*
*DOC No. 127586* – Sterling Correctional Facility

At the request of Mr. Aurit and his Mom, Katie Aurit, I am acting, in effect, as a private Attorney General (*Section 35 of the Judiciary Act of 1789, IF* needed) on his behalf, to present his case 'informally' at this point and see if the matter can be resolved.

The facts as set forth below, present at least a clear and convincing case of *egregiously evil abuse* of the Creator endowed inalienable rights of Mr. Aurit by today's "*Ju$t u$ $y$tem*" that ALL 6 Articles of the Constitution for the united States, not to mention the (*gasp* !) original intent of those "racist" Framers , who 'gave us a republic *IF* you can keep it', were effectively "Over Ruled" in every conceivable way.

Indeed, That the opinion of this court in *Windsor v McVeigh 93 US 274, clearly and unambiguously* seems to be *res judicata*, and thus totally dispositive without more.

It seems clear that the best solution here is the *IMMEDIATE* release of Mr. Aurit 'courtesy' of a pardon by the (federal (*insular*) territorial) governor. The facts of the case, in abbreviated form, are:

*EFFECTIVE* assistance of counsel ??? *NOT* if the decisions of this court in *US v Chronic* or even *Clarence Earl Gideon v Louis L. Wainwright* are any indication. Of course we will *NOT* (!) be invoking *ANY BS* elements of "due process" and/or "Equal protection"

*FAR* worse, if not far more revealing,  is the decision below in *Burdine v TEXAS*, which I am shocked was *NOT* knowingly reviewed here, but then all he had to rely on was the court of *Chief Ju$tice* WARREN E. BURGER (any relation to *Hamilton Burger* ??) , *No. 116* on my list. Do you suppose the outcome would have been different if *HUNTER BIDEN* had been the petitioner here ???

Some of the ***structural, jurisdictional*** issues presented include:

1. That Mr. Aurit was ***NOT*** heard at ***ANY*** time in the trial court

2. That this was due, in ***LARGE*** part, due to "defense" counsel permitting him to be ***massively medically over-dosed***, as a 'pre-trial detainee' (?!?) to the point that he could not meaningfully participate in the proceedings at all

3. Add to this that he already had conditions which could easily have been found by a jury to be '***diminished capacity***', which could have readily reduced the charge to vehicular manslaughter, assuming arguendo that the trial 'court' had any jurisdiction.

4. Accordingly, a conviction for 2nd degree murder would very likely have been overturned on appeal, albeit with ***EFFECTIVE*** assistance of counsel !

5. Also duly noted is that the "***72 year plea deal***" to which he was seriously misled by "defense" counsel to "accept" was and is ***fifty percent*** longer than the ***MAXIMUM*** sentence for such a crime, it exceeded the jurisdiction of the trial 'court'.

6. That he ***never*** made anything ***remotely resembling*** a "voluntary, knowing and intelligent" waiver of rights, ***THE*** standard of this court – see e.g. ***Johnson v Zerbst 304 US 458***, which renders all events in trial court ***NULL and VOID nunc pro tunc ab initio***.

   ***IF*** more is needed, then the case of ***Argersinger v Hamlin 407 US 25***, is dispositive, to wit: "let each judge know, at the start of a misdemeanor trial, that ***NO*** jail time can be imposed, though local law permits it, when the accused was ***NOT*** represented at trial".

   Your ***prompt*** attention to this matter will be expected and appreciated. For more details, Ms. Aurit can be contacted at ***252-375-7227***.

   Constitutionally –

   William Henshall

*Exhibit F*

*Kathleen Aurit-Schaefer*
*c/o 1821 N. 5th Street Apt. 218*
*Canon City, Colorado united States*
*ph:719-276-0909*


To:   *Jared Schutz Polis -- Office of the Governor*

In Re:  *Matter of Todd A Aurit – Pardon/Petition for Redress of Grievance*


This matter is brought to your attention as Governor pursuant to the pardoning power, the **SWORN** duty of the Governor to "see that the laws are **FAITHFULLY** executed" and/or the standing to present the issue that there is **NO** republican form of government in COLORADO, with nothing **remotely resembling** any of this having occurred in the case of "**THE PEOPLE OF THE STATE OF COLORADO** vs. **TODD A AURIT"**, **Case No. 04 CR 220** in the 18th Judicial District 'court' /aka/ **administrative tribunal**, as will appear by what was and is the **constructively unopposed** record in the trial 'court', Affidavits of Petitioner, his mom, Kathleen Aurit-Schaefer, and Counsel-Next Friend and/or **Private Attorney General** William Henshall (see e.g. **Section 35 of the Judiciary Act of 1789, 1 Statutes at Large 73** et seq., assuming arguendo that any statutory authority is needed at all).


Perhaps the most striking, not to mention revealing, 'feature' of the 'case', was that *Todd A Aurit* never knew, or was advised, that there was **NO** right to (effective ??) assistance of counsel anywhere in sight, which fact stripped the trial 'court' of any jurisdiction it **might** otherwise have had.


**In Re Todd A Aurit: Petition for Redress of Grievance  Page 1 of 33**

This was because there was and is *NO* explanation how Mr. Aurit could have, at one and the same time, a right to (*effective* ?) assistance of Counsel pursuant to the 'due process' clause of the non-existent 14th war "amendment" (NEFWA), yet with the CALIFORNIA supreme 'court' and CALIFORNIA Assembly saying, as exemplars, *ON THE RECORD*, in 'response' to counsel's Petition for a *Non-statutory Federal Writ of Habeas Corpus*, in the former, and denial of Petition for Redress of Grievance in the latter (both accompanying), that 'the questions presented are *BEYOND* the jurisdiction of California courts as they present issues of *federal* law'.

Indeed, the "denial" of the Writ, a *DIRECT* violation of *at least Article I, Section 9, Clause 2*, with no *KNOWN* declared state of rebellion or invasion (see e.g. *Ex Parte Milligan 4 Wall. 2, Ex Parte Merryman 17 FC 144*), was, is, and would have been an act of *Treason* to the Constitution (*Cohens v Virginia 6 Wheat. 264,403*), perhaps why this "duty" to decide", as it were, was *delegated* ?? to a *DEPUTY* (??) clerk of the 'court'.

Duly noted is that the US supreme Court has ruled that the Bill of Rights, pursuant to which the 'right' to counsel was acted, does *NOT* apply to the *sovereign, independent* States (*Barron v Baltimore 7 Peters 243*)

*IF* this is true, then obviously the 'official' actors knew, or *SHOULD* have known, that they should have been filing any "claims" in an (*Article III*) Circuit Court of the united States (see e.g. *Snow v US 85 US 317*), and all 'official' actors, law school graduates *ALL*, being *BOUND* by Oath to "*this Constitution* and the

*In Re Todd A Aurit: Petition for Redress of Grievance  Page 2 of 33*

laws *enacted in pursuance thereof*" knew or *SHOULD have known*, and acted accordingly.

Nothing hard about this, since any and all allegedly applicable laws would, perforce, be *NULL and VOID* nunc pro tunc ab initio as at least Bills of Attainder. Yet at one and the same time, an abundance of claims of federal 'rights' have been made, including an attempt to invoke the "right" of a transgender entity to select its Own public bathroom, since taking a crap in a *government funded bathroom* affects *interstate commerce*.

Coming to the magnitude of the central question involved, if no CALIFORNIA (COLORADO) 'courts' have any federal question, what does this say about the status of Colorado as a *sovereign, independent* State and the concomitant guarantee of the *republican* form of government secured by *Article IV, Sec. 4* ?

And on *WHAT factual foundation and legal basis* could the trial 'court' be proceeding *AT ONE AND THE SAME TIME*, as a Constitutional, common law Court exercising the *judicial* power of the *purportedly sovereign, independent* State of Colorado, admitted into "*this Union*" (*NOT*) as a common law State in 1876, yet being *SUBJECTED to the TOTAL* control of all of the *WAR* acts of the 39th *CON*gress et sequel, including the "*non-existent 14th WAR "amendment*", in which the "people of the State of Colorado" are *conspicuously UNDEFINED* in the COLORADO Constitution allegedly currently in effect ???

*In Re Todd Aurit: Petition for Redress of Grievance  Page 3 of 33*

Well worthy of note is that the US supreme Court has **RULED** that "let each judge know at the start of a misdemeanor (let alone felony – ed) trial, that **NO** jail time can be imposed, though local law permits it, when the Accused was **NOT** represented at trial" -- Argersinger v Hamlin 407 US 25.

In addition, we present **relevant, admissible documentary evidence** herein and/or by request, which will establish not only all of the claims presented, and then some, with the expectation that **Todd Aurit** will at least be pardoned **forthwith**, along with the **expunging of any and all records** in the case from any and **ALL** government records.

The plain fact of the matter is that Petitioner has been unlawfully incarcerated for ⑬ years for not only 'crimes' he did **NOT** commit, this in a trial 'court' that **ALL** 'official' actors involved, having the **SWORN** duty to be **BOUND** by "**this Constitution** and the laws **enacted in pursuance thereof**", knew, or **SHOULD** have known, that the trial 'court' /aka/ **administrative tribunal**, was **NOT** a Constitutional, common law court exercising the **judicial** power of the **Territory of COLORADO** and thus did **NOT** have any jurisdiction in the case.

Had defense (??) counsel /aka/ 'state' Bar Association attorney(**sBA**) /aka/ **unregistered foreign agent of at least the City of London**, Hamilton Burger, provided anything **remotely resembling EFFECTIVE** assistance of counsel, he would have pointed out to the other 'official' actors, and the Jury, if necessary, that "It is unfortunate that a **murderer** (!) goes unwhipped of justice, but **MORE** unfortunate that a court **WITHOUT** jurisdiction should exercise it (**Tully v US 140 Fed. Rptr. 899,905**, perfectly in accord with the **original intent of the Framers**

*In Re Todd Aurit: Petition for Redress of Grievance  Page 4 of 33*

which was comparatively cognizable in that earlier era.

Case over, or should have been over, yet the matter proceeded to a "fair trial" /aka/ **Directed Verdict of Guilt**, in which **at least ALL** members of the sovereign body politic of what was claimed to be the **People of the State of Colorado**, were and are **systematically EXCLUDED** from **at least** all offices in the "judicial" department o government, which includes Jury pools for Grand and Petit juries.

And this is all the more apparent when the record will disclose that **Todd Aurit** was subjected to **involuntary massive dosages** of mind controlling substances, this as a merely a **pre-trial detainee** having **at least** a Constitutionally safeguarded **presumption of innocence**.

From what can be derived from meager cases law decisions in this area, by at least the US supreme Court, all of which emanate from, surprise, surprise, the due process clause of the Non-existent 14th war "amendment" (**NEFWA**), easily distinguishable from the instant case, the "concern" of the government was to restore competence to the victims in order that they could stand trial.

Counsel advises that this is merely another situation in which 'black is white', a theme predominant in the de facto government, particularly in the CIA Langley, Va., since the de facto government **presumes its victims to be INCOMPETENT** from their first appearance in 'court'.

Accordingly, the real agenda is to prevent, *at all costs*, any competent victim from being able to present his case and/or to invoke effective assistance of counsel, to a (common law) Jury and present multiple *UNOPPOSED structural, jurisdictional* issues to a jury with the power to rule on the facts *and the law*.

Indeed, in this setting, a common law Jury could easily conclude that the root cause of many, if not all, of the events which occurred, resulted from, for all apparent intents and purposes, from the effective destruction of Todd Aurit's familial relations by yet another trial "court" acting coram non judice, and on who knows what factual foundation and legal basis consistent with the original intent of the Framers of the Constitution.

All of this is exacerbated by the fact that most, if not all, of the 'crimes' which might have occurred, are cognizable *ONLY* in an overt federal court, this pursuant to *27 Code of Federal Regulations 72.11*, as 'crimes' committed, if at all, pursuant to the "interstate commerce clause powers of CONgress, infra.

We thus encounter an astounding situation here, which is how to determine the venue for jurisdiction and venue of "interstate" commerce jurisdiction in that the record will establish in any ensuing action, and *SHOULD* have established in the trial "court", that there are *NONE of the 33 sovereign, independent States* remaining which were admitted into "*this Union*", the remainder, commencing with Kansas in 1861, having been admitted pursuant to the WAR powers of CONgress, as conceded by 'ol Thad Stevens, the leader of the radical republicans.

And as Dorothy Gale instinctively understood – "we're NOT in Kansas anymore". Would a common law Jury have reached the same conclusion, especially if so instructed by *Todd Aurit* and/or by *effective* assistance of counsel ?

Add to this, as will appear, infra, that there is, alas, no *KNOWN* Right to *effective* assistance of counsel, and *Todd Aurit* should have been released in order to have any way to have attempted to put on any defense to a common law Jury.

The result is all too clear that *Todd Aurit* was "convicted" of multiple criminal courts and effectively sentenced to *life in prison* , a plea deal', as it were, that nobody in their right mind would have accepted, when he was *clearly and unambiguously NOT* competent to actively participate in any of the "plea-bargain" proceedings, let alone make any "*voluntary, knowing and intelligent*" waiver of Rights (*Johnson v Zerbst 304 US 458*) secured by the Constitution, most especially the Right to trial by Jury according to the course of the common law.

In addition, and with few known case law decisions, most particularly by the US supreme Court in this *very troubling* area, noting that all such located decisions are based on claims of violations of civil "rights" secured by *NEFWA*, infra, these are thus *easily distinguishable* on the merits from the instant case.

To be sure, a sequence of unfortunate events did occur here, albeit without any Jury learning the facts and making *independent* rulings as to what 'crimes', if any were criminal acts and to what extent. That said, nobody in the right mind would have agreed to a plea deal of *72 YEARS* in jail.  &&&

*In Re Todd Aurit: Petition for Redress of Grievance  Page 7 of 33*

On this ground alone, *Todd Aurit* could, and should be pardoned forthwith, a fortiori with the serious medical conditions he has contracted while incarcerated, this without any necessity for any of the *multiple unopposed Constitutional, structural, jurisdictional issues* coming to (*gasp* !) public attention.  &&&

Note closely by comparison here that *favored* defendants, such as law enforcement *thugs* like *Johannes Mehserle* and *Brett Hankison*, the former getting 2 years for *at least the 2ⁿᵈ degree murder of Oscar Grant*, yet out in about 14 months for "good behavior", and the latter not even being convicted of 'reckless endangerment' in *at least the 2ⁿᵈ degree murder of Breonna Taylor*.  Not enough ?? then consider the case of *Chinedu Okobi*, who was tased to *DEATH* by *4 law enforcement thugs*, this during the course of an 'arrest' for *jaywalking*, yet *NO* criminal charges, let alone *2ⁿᵈ degree murder*, were ever filed.  &&&

Of course these thugs, 'state' Bar Associations, and many CORPORATE entities, especially BANKS, all have powerful *PACs* in 'state' capitols while, at one and the same time, all members of the *sovereign body politic of the Nation and Republic are systematically excluded*, most particularly from *at least* the "judicial" department of government.  &&&

So much for the republican form of government guaranteed to the sovereign, independent States by *at least Article IV, Section 4*, which has disappeared like a fart in the wind, to be replaced by a much ballyhooed democracy /aka/ /aka/ *3 WOLVES and 2 sheep* voting on what's for dinner, noting that just such a democracy also exists in *Pyongyang, NORTH Korea*, only with a *MUCH* higher "voter" turnout !  &&&

*In Re Todd Aurit: Petition for Redress of Grievance  Page 8 of  33*

It gets worse, what with the COLORADO voter registration form, assuming arguendo that there are any LAWFUL elections in the (*insular* ??) territory of COLORADO, that *specifically requires* that the "voter" applicant declare, *under penalty of perjury* no less, that he "owes" his "United States citizenship" to Section 1 of what the record will establish **IS** the *Non-existent 14ᵗʰ war "amendment" (NEFWA)*, the US supreme Court effectively having *contemporaneously* ruled *NEFWA* unconstitutional in *Ex Parte McCardle 7 Wall. 506*, seemingly the *ONLY* " body politic" in existence in the *territory of COLORADO*, is a *SUBORDINATE, corporate body politic*, which was a *carefully concealed* purpose of *NEFWA*, from all of those who *purportedly* ratified it, which are 'born' in (the Trust known as) the United States and **SUBJECT** (?!?) to the jurisdiction thereof.

To be sure, all that need be done here is a cursory examination of the record, which will establish  the absolute absence of *effective* assistance of counsel, except to aid and abet the 'official' actors, which can be used to grant the pardon and expunge all records 'in the interests of justice', and the public be none the wiser, noting the ruling of US supreme court in *Argersinger*, supra, about *NO j*ail time

One is left to wonder where the hell defense (??) counsel was during the course of the *PRE*-trial massive medication of *Todd Aurit*, which one might assume would require at least a hearing or 2 in a Constitutional common law Court exercising the *judicial* power of the State of Colorado (*NOT* !) or the concurrent *judicial* power of the united States.  &&&

To be sure, there isn't much case law on this subject in the US supreme Court, all of which seemingly 'supports', as it were, involuntary medication to make the victim "competent" to actively assist in trial, albeit the very last thing which occurred in the instant case.

Counsel advises that *ALL* of these decisions are *easily* distinguishable from the instant case, since they arise from the 'due process' clause of the non-existent 14th war "amendment" (*NEFWA*) which does *NOT* (!) apply here since *NEFWA* not only does *NOT* exist, it *NEVER* has, having been *contemporaneously* ruled unconstitutional by the US supreme Court in *Ex Parte McCardle 7 Wall. 506*.

Of course we have learned what all 'officials' already know about sBA attorneys, all of whom, *whether knowingly or not*, are 'in on the game', to the point that the TEXAS supreme court affirmed a death sentence, in *Burdine v Johnson 719 SW 2nd 309*, being absolutely unconcerned that defense (??) counsel *SLEPT* through *MUCH* of a capital case in which the *DEATH* penalty was imposed, which was *NOT* (?!?) "ineffective assistance of counsel", and with the US supreme court ruling that defense (?) counsel filed a (*statutory*) Writ of Habeas Corpus "*2 days too late*", resulting in the *execution* of Petitioner Ronald Coleman (*Coleman v Thompson 501 US 722*). Fortunately for *Mr. Burdine*, this decision was reversed by the 5th Circuit Court, *Burdine v Johnson 231 F. 3rd 950*, when he got a panel that included *Edith Hollan Jones*.

That said, it is duly noted that a review of the entire case would, and indeed *SHOULD*, take into account the record which was *at least constructively set* by defense (??) counsel sBA and/or Petitioner, assuming that he had any way to know the issues presented here, which was *NOT* possible since there are *no known*

*In Re Todd Aurit: Petition for Redress of Grievance  Page 10 of 33*

*meaningful and substantive curricula* for the study of the Constitution, history and laws of the united States, as PAG Henshall can readily attest was true 50 years ago in his day as well, anywhere in the mandatory public "education" system.

@@@@@@@@@@@@@@@

a 'courtesy' letter pursuant to the invocation of *at least* the *Right* to *Petition for Redress of Grievance*, in an attempt to come to a *mutually agreeable* settlement pursuant to any and all claims of *Petitioner Todd Aurit* arising from *Case Nos.* 99 9999999 in the COLORADO county superior 'court' /aka/ *administrative* tribunal, in which *UNOPPOSED* record established, or *WOULD* have established, on advice of Counsel, *IF* there was any right to *EFFECTIVE* assistance of counsel, and/or 'timely' challenges to jurisdiction had been *FILED*, supported by *Affidavits*, an *UNOPPOSED* record in the trial 'court' and a *LOT more relevant, admissible evidence*, that the trial 'court', which all 'official' actors, knew or *SHOULD* have known, acted *coram non judice* from *day one*, with the record also establishing that *Petitioner* was *unlawfully deprived of Rights secured by ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS).*

Please be advised that, if necessary, the record *will also establish*, in any ensuing action, likely *NOT* in the Court one might expect, what was and is a *pernicious, pervasive pattern and practice of pre-meditated criminal*, if not *Treasonous*, violations of *Rights* secured by *ALL 6 Articles of CuS* by *all* 'official' actors in offices of "*honor*, profit and *trust*" in the de facto government, which include the local DA *Hamilton Burger*, *purportedly neutral* magistrate *Roy Bean*, and with other 'official' actors, very probably all the way to the

*In Re Todd Aurit: Petition for Redress of Grievance  Page 11 of 33*

'statehouse', including the Governor,  who *clearly and unambiguously* has the *SWORN* duty to "see that the laws are *FAITHFULLY* executed.

In such a setting Mr. Henshall would be appearing as an *expert witness on the Constitution, history and laws of the united States*, complete with portfolio, bona fides, personal experiences,  and a *daunting amount of relevant, admissible documentary evidence*, along with *a cappella* testimony in his areas of expertise, which will, at one and the same time, establish the bona fides of ALL violations of Rights presented *AND* that the instant case was and is anything BUT an 'isolated event'.

All of this, and more, in what *seems* to be a 'garden variety' case in a 'criminal' setting, yet which contains multiple 'errors in judgment' /aka/ to the *CuS* and *US supreme Court* as acts of *Treason* to the Constitution (see e.g. *Cohens*, infra), by many local 'official' actors in positions of "*honor*, profit and *trust*" in the *de facto* government which, in turn, present multiple *structural, jurisdictional questions of Constitutional law* which would have been attempted to be 'timely' presented in this case, *IF* Petitioner had had anything *remotely resembling EFFCTIVE* assistance of Counsel, *NOT* (!) emanating from what the record will establish was and id the *NON-existent 14ᵗʰ war "amendment" (NEFWA)*,  and/or had learned his Rights in a *mandatory* public "education", supra.

Among these issues, *all of which would come to public attention* if any action is filed, are whether the *CuS* remains in full force and effect as the supreme Law of the Land  (or indeed it ever was so in effect) and whether or not there are

*ANY sovereign, independent States* remaining in existence which *were* admitted into "*this Union*".

We start with the fact that "THE PEOPLE OF THE STATE OF COLORADO" , in whose name ALL process issues, were, in effect, the 'plaintiff' in the instant case, noting that not only are they conspicuously *UNDEFINED* anywhere in the **COLORADO** Constitution,  neither are "*qualified electors*", save to the extent that they are "*citizens of the United States*".

The only known definition of this term emanates from Section 1 of *NEFWA*" noting that it was *contemporaneously* ruled unconstitutional by the US supreme Court (see e.g. *Ex Parte McCardle 7 Wall. 506*), is 'all persons ("PERSONS" /aka/ *SUBORDINATE* corporate entities) born or naturalized in the (Trust known as) The United States" and SUBJECT ?!?) to the jurisdiction thereof, is a United States citizen and a citizen of the state in which he *resides*".

Compare **THIS** with the definition of "Citizen" in *Bouvier's Law Dictionary (1859)*, which contains the Congressionally, *contemporaneously* approved definitions of the words and phrases of the Constitution, which is:

> "One who, under the Constitution and laws of the United States, has the right to vote for representatives in Congress, and other public officers, and *who is qualified to fill ALL offices* in the gift of the people. In a more extended sense, under the word citizen, are included *all white male persons* born in the United States and naturalized persons born out of the same, who have not lost their right as such."

Yet somehow **ALL** members of what would be the *sovereign body politic of the State* seem to have somehow 'transitioned' from competent in **ALL** respects  to utter **INCOMPETENCE**, yet without any *known allegedly* applicable factual

*In Re Todd Aurit: Petition for Redress of Grievance* **Page 13 of 33**

foundation and legal basis, now *TOTALLY, systematically excluded* from *at least* the "judicial" department of the de facto government, pursuant to at least Article V, of the *COLORADO* Constitution allegedly now in effect, which require, in effect, ALL 'judicial' officers to be members of the *STATE BAR* Association, and with *NO* obvious reason why this would *NOT* be true for any and ALL public offices.

Even worse, this includes all positions in jury pools, petit and Grand Juries, which effectively *removes all members of the sovereign body politic* from membership in the *ONLY* offices of the 'judicial' department of government *INDEPENDENT* of the *STATE BAR*.

Accordingly, one is left to wonder how any acts of *at least* the 'judicial' department of government, if not *ALL* acts of the legislative department could possibly emanate from, the *People of the State of Colorado*.

This situation alone *should* have resulted in the *sua sponte* recusal of *ALL* sBA member 'judges' in the instant case, yet the *EXACT* opposite (would have) occurred, the net result being *summary, ex parte 12(b)(6) 'denials'* of *ALL* of claimant's *at least constructively* presented *UNOPPOSED Constitutional, structural, jurisdictional* issues, this by 'official' actors in positions of *"honor, profit and trust"* in the *de facto* government, yet ones having *irreconcilable conflicts of interest* with *Rights* secured by *ALL 6 Articles of the CuS* as hereinabove set forth.

An important point here is that if the victims of the *"Ju$t u$ $y$tem"* do not know even *IF* they are wrong, let alone why, how is it possible to invoke the Right to instruct our (?!?) representatives and/or nominate and elect those who WILL

*In Re Todd Aurit: Petition for Redress of Grievance  Page 14 of 33*

make changes in government consistent with the original itent of the Framers of the CuS ????  and this is true a fortiori since at least all members of the sovereign body politic, in whose name ALL official acts are purportedly present, are *systematically EXCLUDED* from *at least* any offices in the "judicial" department of the de facto government, most particularly any and ALL jury pools.

All of this is particularly disappointing coming from *local* 'official' actors, since in the *federative, republican form of government of defined and limited* powers ordained and established pursuant to the *original intent* of the Framers, the bulk of government powers should be on the *LOCAL* level, *more efficient*, less expensive and *much more* responsive, especially to the *Rights* of its constituency.

And again, the instant case is *FAR* from an isolated event, as will be established by *relevant, admissible documentary evidence* from multiple other cases which would be presented in any ensuing action.

Duly noted here is that the nominal 'plaintiff' in the instant case is "THE STATE OF COLORADO", which, yet again, the record will establish, by more of that 'pesky' *relevant admissible* evidence,  does *NOT* exist, and even if it did, *Article III, Section 2 of the CuS* provides, in express terms that: "in *ALL* cases in which a State shall be a party, the supreme Court shall have *original* jurisdiction.

So much for nay 'trial' settings in Colorado Springs or Fort Collins, as the trial would have to have been in *WAR*shington, DC before the '*9 Old Farts*'.

Also well worthy of note is the recent stunning decision of the US supreme Court in *Ohio v OSHA*, in which the Court, for the first time in, *VERY* arguably, *90 years*, according to Counsel, acted as the *Article III judicial Court* it was ordained and established to be, most particularly the *"concurring"* opinion of Justices *Gorsuch, Thomas and Alito* (*Exhibit A*, annotated copy accompanying), which addressed the *LIMITS* (!) of the commerce clause powers of *CON*gress, which are not only *intimately* involved in almost *ALL* cases today, but *essential* to the *purported* jurisdiction of the trial 'court' /aka/ *administrative tribunal,* in the instant case.

This, in concert with either the failure of the trial 'court' to *FILE* documents and/or *NON*-existence of the *Right* to *EFFECTIVE* assistance of counsel, the 'dissenting' opinion of *Justices Alito and Thomas* in *Texas v California Case No. 153 Original* jurisdiction, in which *FILING* documents was denied, when *Article III, Sec. 2 of the CuS* provides that "in *ALL* cases in which a State shall be a party, the supreme Court has *original* jurisdiction, that this was not then, nor is it now, only us saying this, since the opinion *clearly and unambiguously recited exactly* the same language used by Counsel to the contrary of the denial, this from *Chief Justice John Marshall* in *Cohens v Virginia 6 Wheat. 264*.

And the discussion of, in effect, how *"ALL"* in *Article III, Section 2* somehow does *NOT* mean *ALL*, seems to admit of only 2 possibilities, either or both of which *ADD* more concern to our positions, as 'timely' set forth in our *UNOPPOSED* pleadings: 1) that the US supreme Court has somehow *usurped* the power to amend the *CuS*, heretofore thought to have been vested *solely* in *Article V* thereof, and/or 2) that there *are* in fact *NO* States remaining which *were* admitted into "*this Union*", again *seemingly* without any *KNOWN* authority, but

*In Re Todd Aurit: Petition for Redress of Grievance  Page 16 of 33*

in all likelihood yet another **fatuous fiction of law** which was **carefully concealed** from **ALL** who 'ratified' **NEFWA**, a subject matter **intimately involved** in **ALL** of the issues presented.

This was part of an elaborate charade by the **NY Bank$ter$** and their **sycophantic, serpentine, sphincteresque satraps** /aka/ members of the **Secret Committee of 15 on Reconstruction**, which provides a **very** 'plausible' explanation for the actions of the Court in this area, including denying another attempt by Texas, and other States to even **FILE** documents in the recent "election" case, let alone hear the case, in that **WITHOUT** any States remaining, there **seems** to be **NO** Petitioners who **would** have status and standing to challenge such violations of the court's **mandatory original** jurisdiction (see e.g. **Ashwander v TVA 297 US 288,341**).

In support of this claim, a **daunting amount of relevant, admissible, documentary evidence WILL** be presented to a common law Jury in any ensuing action on this, and a **LOT** of other violations of **Rights secured by the CuS**.

And the big deal in the **Texas** case is that the mainstream media were just off by **FIVE** words (cases in which a **State**…" since State does **NOT** mean State, but one simply can't believe that the Justices would make such a mistake, especially in view of the history of the **RAT**ification of **NEFWA**.

"Mistakes" were made by **ALL** 'official' actors in the instant case as they were/should have been confronted with multiple **UNOPPOSED** challenges to the jurisdiction of the trial 'court', with such actors having **at least** the **SWORN** duty to be **BOUND** by "**this Constitution** and the laws **enacted in pursuance thereof**"

*In Re Todd Aurit: Petition for Redress of Grievance  Page 17 of 33*

(*Article VI, Sec. 2*), to sustain *at least* the government's burden of proof on *jurisdiction and venue of the trial 'court'*, notwithstanding the *FACT* that these documents are in accord with, indeed amplified by, the opinion in *Texas v California*. Do we really have to say "*Olmstead*" here ??

As the record will enlighteningly establish, this *never* occurred, most *conspicuously* with (what would have been) the *ABSENCE* of any reply to the *Demand for a Bill of Particulars*, which made it *IMPOSSIBLE* for Petitioner to put on *ANY* defense, let alone a *meaningful* and *substantive* defense *mandated* by the *CuS*, as set forth, infra, and this in *any and ALL* settings in a trial 'court' – "*criminal*", *family law, MORTgage foreclosure, IRS*, etc. – see *Exhibit B*, Affidavit of Petitioner suffering violations of Rights secured by the *CuS* and *Exhibit C, Case Affidavit of Counsel PROVING* that what occured here is *NOT* (!) an 'isolated incident -- which are an *integral part and parcel of any settlement*.

Thus for a variety of reasons, which include the present and ongoing Democrat court-packing plan, with the possibility of the current *occupant* of the White House adding as many Justices to the Court as he would like, perhaps 'courtesy' of an *Executive Order* acting as *Commander-in-Fief of the Armed Forces*, apparently having learned nothing from like, albeit equally *ILL begotten* efforts of *FDR* in an earlier era, and this a *dead-bang giveaway* as to the true jurisdiction of the trial 'court' in the instant case, this long overdue train of thought on the supreme Court which *is not now limited to 2 or 3 Justices*, about which a *LOT* more can and will be said in any ensuing action, *IF* one is necessary.

*In Re Todd Aurit: Petition for Redress of Grievance  Page 18 of 33*

Noted here is that *NONE* of the following claims has anything to do with civil "rights" and/or reliance on *NEFWA*, thus there are *NO affirmative* defenses and/or *BS qualified*, let alone *absolute*, "*judicial*" immunity to be considered here for any 'official' actors *AND* that there are no 'remedies to be exhausted', since Petitioner, as are *all like situated victims* of the "*Ju$t u$ $y$tem*", was and is entitled to be in a State Court of common law general jurisdiction exercising the *judicial* power of the State of *Colorado*, *IF* a *sovereign, independent* State admitted into "*this Union*", or even in a *territory*, and/or the concurrent *judicial* power of the united States, this from day *ONE* of the proceedings against him.

Indeed, this matter alone settles the issue, since the *CuS* mandates the existence of *judicial* Courts, one way or another, because *NO* judicial Courts = *NO* judicial process = *NO Right* to trial by Jury = *ALL allegedly* applicable laws are *NULL* and *VOID nunc pro tunc ab initio* as *at least Bills of Attainder* /aka/ *Writs of Praecipe*, pursuant to *Article I, Section 9 or 10*, as the case may be of, and/or the *9th Amendment* to, the *CuS.*, *UNLESS* these provisions have been amended or removed from, the *CuS*, with no *KNOWN* evidence that any such events have officially occurred.

And *ALL* of these violations of *Rights* will have a *rebuttable*, if not *conclusive*, evidentiary presumption in *OUR* favor, in any ensuing action, due to the failure of those in 'official' positions of "*honor*, profit and *trust*" in the *de facto* government, to even attempt to sustain the government's burden of proof on *at least* the jurisdiction and venue of the trial 'court', which is not only *IMPOSSIBLE*, but would establish, and *ON THE RECORD*, the absence of jurisdiction if the trial 'court' and the *PERSONAL* liability of *ALL* 'official' actors

*In Re Todd Aurit: Petition for Redress of Grievance  Page 19 of 33*

up to, and potentially including the (*territorial*) Governor, who has the **SWORN** duty to "see that the laws are **FAITHFULLY** executed".

A brief review of violations, **NOT** a complete list, includes what the record **WILL** establish the all but certainty of the suspension of **UNOPPOSED NON-**statutory *federal* Writ of Habeas Corpus by a ***purportedly neutral magistrate*** (***Tumey v Ohio 273 US 510***) magistrate, **IF** Petitioner had had any way to **KNOW** about this **Right**, a ***clear and unambiguous*** violation of ***at least Article I, Section 9, Clause 2***, with ***no known DECLARED*** state of ***rebellion*** or ***invasion*** being in existence (***Covid 'Plandemic' NOT*** (!!) relevant here at all);

***Denial of trial by Jury according to the course of the common law***, which ***would NOT*** have occurred, likely the reason for the dismissal which was entered into the record, and which could **NOT** be construed as a "***voluntary, knowing and intelligent***" waiver of ***ANY Rights*** secured by the **CuS** , **THE** reference standard of the US supreme Court (see e.g. ***Johnson v Zerbst 304 US 458***);

Well worthy of note here is that this **Right** , **THE key** to all other **Rights**, is secured to even "***inhabitants of territories***" by ***Article II of the Northwest Ordinance of 1787***, as reenacted by the first Congress, yet **NOWHERE** in sight in the territory of **COLORADO**, ***purportedly*** admitted into "***this Union***" in **1876** as a common law State, as was California (see e.g. "***Report on the Civil and Common Law***" 1 Cal. Rpts. 588 et seq. **IF** you can find a copy);

*In Re Todd Aurit: Petition for Redress of Grievance  Page 20 of 33*

An *egregiously evil* denial of *effective* assistance of counsel, had any been appointed, a *Right NOT* emanating from any provision of *NEFWA*; indeed the record will establish, *IF* necessary, the *absolute absence* of anything *remotely resembling effective* assistance of counsel even being available;

And this is a *NO* brainer, since *ALL* of the *UNOPPOSED* Constitutional issues attempted to be presented *directly* challenge any and *ALL* members of the 'state' *Bar A$$*ociation (*sBA*) /aka/ *unregistered foreign agents* who have *NOT* been appointed by the President, as *REQUIRED* in *territories* pursuant to the 'appointments clause', *Article II, Section 2*, with *ALL sBA* members having *multiple irreconcilable conflicts of interest* with *Rights* secured by *ALL 6 Articles of the CuS*, most especially as related to the *malevolent, malignant monopoly* on the "practice of law" currently enjoyed by *sBA* members;

Also duly noted is that *ALL* 'judges' in what *fraudulently* purport to be State Courts of common law general jurisdiction, are *REQUIRED* to be *sBA* members, a *FATAL* blow to the *Republican* form of government guaranteed to the States by *at least Article IV, Section 4* (*NOT* (!) a "political" question), yet, at one and the same time are also *required* to be *neutral* magistrates by the *CuS* according to the US supreme Court (*Tumey, supra*; *YES*, this is a *NEFWA* decision, but that said, what *NEFWA "birthright shitizens" might* have as a *corporate privilege*, *at least* lawful, de jure, *jus sanguinis* State Citizens, if not *"inhabitants of territories"*, have as a *Right* ) !;

That CALIFORNIA is *NOT* a State admitted into *"this Union"*, and neither is *COLORADO*, with *relevant, admissible documentary and testamentary* establishing this *seemingly* astounding *FACT*, including another *summary, ex*

*In Re Todd Aurit: Petition for Redress of Grievance  Page 21 of 33*

parte 12(b)(6) *"denial"* of Counsel's Petition for a *NON*-statutory *federal* Writ of Habeas Corpus /aka/ since *Magna Carta as the 'Great Writ of Liberty'*; *Exhibit D*), 'courtesy' of a *DEPUTY ~~jerk~~ clerk* (?!?) of the California supreme court, along with the denial of a Petition for Redress from the CALIFORNIA Assembly, citing this "denial", yet another a *clear and unambiguous* violation of *at least Article I, Section 9, Cl. 2* and/or the *9th and 10th Amendments*, thus conceding the correctness of the *UNOPPOSED 84* (!) page *Brief on Admission of New States* which would have been *FILED* in the instant case. Had the "Justices" done this *on the record*, they would now be in *close proximity to Cell 2455 in San Quentin*.

That there is *NO NEFWA*, the *RAT*ification of which involved a *gargantuan, grisly gruesome, 'grand slam'* of violations of *Rights* secured by *ALL 6 Articles of the CuS* and that the record, in any ensuing action, will *PROVE* that *NEFWA*, the *ONLY* jurisdiction exercised in the trial 'court', was effectively, and *contemporaneously*, ruled unconstitutional by the US supreme court;

That any and all *allegedly applicable* statutory schemes are likewise unconstitutional and, for a variety of reasons having the *same evidentiary presumptions*, most particularly the *FACT* that *NO* judicial Courts = *NO* judicial process = all such laws being *NULL and VOID nunc pro tunc ab initio*, as any 'neutral', law school graduate magistrate should know, being *Bills of Attainder* /aka/ *Writs of Praecipe*, the taking of life, liberty or property *WITHOUT* judicial process, *plain* violations of *Article I, Section 9 or 10*, as the case may be of, and/or the *9th Article of Amendment* to, the *CuS*, with the last known *serious* ruling on this issue by the supreme Court being *Cummings v Missouri 4 Wall. 277 in 1867*.

Another *irrefutable* violation of *Rights* occurred when the '*perps*' did *NOT* permit *Petitioner* to invoke his *Right* to trial by Jury according to the course of the common law, with *NO* opportunity to present *his theory of the case, 'courtesy'* of *572* (!) *Jury Instructions* to a Jury, one with the power to rule on the facts *AND THE LAW (Georgia v Brailsford 2 Dall. 402)*, possibly even preventing the presentation of *relevant, admissible documentary and testamentary* evidence by Counsel, in fine *a cappella* fashion, as an *expert witness*, what with *5 decades* of *intense, passionate* and *independent* study of the Constitution, knowing that they were powerless to prevent him, and others with *personal* knowledge of the events, from giving further *relevant, admissible* testimony.

Also noted here is that the *572* Instructions are necessitated to educate members of a Jury /aka/ *like situated victims* of the "*Ju$t u$ $y$tem" (Ju$)* and the *mandatory* public "education" system, not to mention most law schools, in which there are *NO meaningful* and *substantive curricula* for the study of the Constitution, history and laws of the united States, thus the Jurors would have *NO* way to know that they had, and have, the power to rule on the facts *and the law*, and sure as hell would *NOT* be instructed by any *sBA* member 'judge' who, like *ALL* members of the *sBA*, has *irreconcilable conflicts of interest, supra, at least* to the extent that they conflict with the *malignant, malevolent monopoly* of the *sBA* on the "practice of law", this with the use of *UNDEFINED* dollars.

Taking it further here, there could *NOT* have been a lawful trial by Jury in any event, sine the Juror Pools are exclusively formed from 'motor-voter' lists, at least in the *territory* of *COLORADO*, *ALL* of which members are drawn from those claiming, whether *knowingly or not*, the "birthright *shitizenship*" emanating from *NEFWA*, which *TOTALLY* and *systematically* excludes *ALL* members of

*In Re Todd Aurit: Petition for Redress of Grievance  Page 23 of 33*

the *sovereign body politic of the State of Colorado*, not to mention the united States, who are 'conveniently' *NOT* recognized by, or represented in, *ANY* department of the *de factoColorado* government, perhaps the clearest possible proof of *at least* the *FACT* that there is *NO republican* form of government in CALIFORNIA, or *COLORADO* for that matter, which is guaranteed by *at least Article IV, Section 4* of the *CuS*, which is *NOT* (!) a "*political question*", supra (see, *seemingly* contra, but *easily* distinguishable, *Luther v Borden 7 Howard 1*, the *only* known decision of the US supreme Court on this subject).

Perhaps the instant case might help 'fill in a few gaps' here.

And we haven't even gotten to the 'money' issue yet, what with *UNDEFINED* (??!) dollars, with the *Federal Reserve System* claiming, *on the record*, to have the power to *create money out of DEBT* (!) and the ensuing *cesspools* of streams of debt being distributed, in whole or in part, which *reverberate* throughout *at least* the criminal "*Ju$*", the close link to *federal regional martial law rule* which comes along 'for the ride', and the ringing indictment of *fully complicit* 'state' *Bar A$$*ociations, which does away with any 'convenient' *fictions of law* pursuant to the *perceived* 'right' to effective assistance of counsel, to the extent that it emanates from any provisions of *NEFWA*.

Nor have we visited the situation with regard to any "elections", noting that in the recent "election" that Trump would have been better served to have challenged the result on other grounds, such as *CON*gress is *NOT* authorized to provide for elections in, for all apparent intents and purposes, *federal (insular ?) territorial possessions*, for the office of President (*Electoral College*), Senators, or

*In Re Todd Aurit: Petition for Redress of Grievance  Page 24 of 33*

*VOTING* members of the House, *NONE* of whom are lawfully in office in any event, as the record in any ensuing proceedings will further illustrate with gusto.

Indeed, the *RAT*ification of *NEFWA* has had the *planned*, albeit *carefully concealed*, effect, of destroying States admitted into "*this Union*", notably *NORTH* of the *Mason-Dixon Line* as well, with the result that the 'residence' of all "*PERSONS*" /aka/ *artificial, corporate entities*, born in (the Trust known as) the United States and *SUBJECT* (?!?) to the jurisdiction thereof, can, 'conveniently', be found, for all jurisdictional purposes, in the *District of Columbia* and thus subject to *at least Article I, Section 8, Cl. 17*, if not *Article IV, Section 3* – see e.g. *26 USC 7408(d)*.

Returning to the complaint against Petitioner, if the listed 'Plaintiff' is "THE PEOPLE OF THE STATE OF COLORADO" which is *impossible* since COLORADO does *NOT* exist and, even if it did, "the People of the *State* of Colorado, are not involved with the *bastardized* version of the COLORADO Constitution *allegedly* currently in effect, which makes *NO* mention of the *judicial* power of the State of Colorado, let alone the united States, being vested in *ANY* court.

Duly noted here, for example, is that "The People of the State of California" *ARE* defined in *Article II, Section 1 of the California Constitution (1849)*, which remains in full force and effect, as being "*free, white males 21 years or older*", corollary authorities being *Scott v Sandford 19 Howard 393 and Van Valkenburg v Brown 43 Cal 43*, the latter decided *after* the *RAT*ification of *NEFWA*.

*In Re Todd Aurit: Petition for Redress of Grievance  Page 25 of 33*

As an exemplar, what authority as exists for issuing process in the name of "The People of the State of California" *is* found in *Article VI, Section 18 of the Constitution of 1849*, which further attests to its continued vitality, noting, alas, that "The People of the State of California" are no longer recognized by, or represented in, any department of the de facto California government, an *essential* element in establishing the "*CONSENT of the governed*" which has been *conspicuously ABSENT* in the instant 'case' from day *ONE*.

That said, the only possible plaintiff in the instant case would be, in effect, the STATE of COLORADO , which the record also *proves* does *NOT* exist and, even *IF* it did, *Article III, Section 2* of the CuS provides that "in *ALL* cases in which a State is a party, the supreme Court shall have *ORIGINAL* jurisdiction", meaning that the proceedings would only have been lawful in *WAR*shington, DC, *NOT* anywhere in *COLORADO*, notwithstanding *Texas v California*, supra.

Research also discloses that virtually all 'crimes' these days are *federal commercial* offenses (*27 CFR 72.11*) and thus *only* cognizable pursuant to the "interstate commerce" powers of *CON*gress, with the supreme Court having ruled that: "the interstate commerce clause powers are *closely* associated with the *admiralty* jurisdiction" (*NJ Steam v Merchants Bank 6 Howard 344*).

Not only were the Framers of the Constitution *acutely* aware of *admiralty*, a "jurisdiction *FOREIGN* to our Constitution and *unacknowledged* by our laws", the *central* cause of the American Revolution, which we did *WIN*, right (?), they made sure that *ALL* State courts were Constitutionally *BARRED*, pursuant to *Article III, Section 2* from exercising it – see also *Sec. 9 of the Judiciary Act of 1789 1 Statutes at Large 73 et seq.*

*In Re Todd Aurit: Petition for Redress of Grievance  Page 26 of 33*

Well worthy of note are the following 'features' to which victims of the "*Ju$*" are subjected, as in the instant case, *ALL* of which are *clear* and *unambiguous* violations of *Rights* secured by the *CuS*, yet entirely 'consistent', for all apparent intents and purposes, with the 'due process of law' emanating from *NEFWA*:

That *NONE* of Petitioner's 'timely' filed challenges to jurisdiction were, or would have been, even acknowledged by *ANY* of the 'official' actors involved, most especially the *Demand for a Bill of Particulars*., not only in the instant case, but multiple others, *to be established by a daunting amount of relevant, admissible documentary evidence*, if need be.

This situation, 'conveniently', for the *Ju$*, denies the victim the *uncontested Right* to know the *nature & cause of the accusations* /aka/ the jurisdiction and venue of the trial 'court' and the rules of the *allegedly* applicable *CON* game, to know the definitions of the 'crimes' *allegedly* committed or what must be proven to gain a conviction and, *MOST* importantly, the identity of the *INJURED* party, without which it is *IMPOSSIBLE* to invoke the equally *uncontested Right* of Confrontation and Cross-examination.

The upshot here is that the victim is left with *NO* way to put on *ANY* defense, let alone a *meaningful* and *substantive* defense contemplated by the *CuS*, this before a common law Jury with the power to rule on the facts *and the law, Brailsford, supra*, which *inevitably* leads to a conviction in a "fair trial" /aka/ to the Constitution as a *Directed Verdict of Guilt* (see e.g. *Bass v US 784 Fed. 2ⁿᵈ 1282*).

*In Re Todd Aurit: Petition for Redress of Grievance  Page 27 of 33*

And all of this is *exacerbated* by the fact that there is *NO* right to *effective* assistance of *knowledgeable* counsel who would present the issues arising in the instant case, with 'state Bar attorneys often demonstrating either *insidious ignorance* and/or *collusive corruption*, to the point that only *Johannes Mehserle*, *O.J. Simpson*, *Martha Stewart* or *Felicity Huffman* types get *privileged* help which results in minimum sentences in '*Club Fed*', not to mention likely fat, *unreported* payoffs to all involved 'official' actors.

Next in line here of effectively *NON*-existent defense (??) attorney *David Bryden* who, after a briefly promising start in another case, took *NO* action to present *ANY* of the multiple *UNOPPOSED structural, jurisdictional* issues that the victim wished to present.

To be sure, this case did result in a 'time served' (!) plea deal for 14 (!) alleged "felonies", another matter handled by PAG Henshall, also noting a an occurrence in a *seemingly* unrelated unlawful detainer case in which his *UNOPPOSED 48 page Motion to Quash Service of Process* suffered a ONE WORD "tentative" denial by yet another purportedly neutral 'state' Bar Association magistrate, a dead bang giveaway that this "special" jurisdiction was NOT in a common law judicial Court.  @@@@

As if all of this isn't bad enough, Counsel advises that the US supreme Court has *RULED* that there is *NO* right to an appeal in *ANY* 'criminal' case (*McKane v Durston 153 US 684*), that *law enforcement thugs*, often the only 'witnesses' testifying against the victim, have virtually *absolute  immunity* for *ALL perjured* testimony (*Briscoe v LaHue 460 US 352*), that the *purportedly neutral* magistrates have *qualified*, if not *ABSOLUTE*, 'judicial' immunity for any and all errors or

*In Re Todd Aurit: Petition for Redress of Grievance  Page 28 of  33*

omissions committed (***Imbler v Pachtman 464 US 209; Stump v Sparkman 435 US 349***), a ***hell*** of a feat of ***legislative legerdemain***, emanating from what has been established in the instant case as being a ***territorial tribunal***.

And then the victim discovers that ***ACTUAL*** (!) innocence is ***NOT*** grounds for the issuance of a ***fatuous*** statutory Writ of Habeas Corpus (***Coleman v Thompson 501 US 722; McCleskey v Zant 499 US 286***), the ***ONLY*** recognized Writ today, with the 'courts', especially the US supreme court, having ***seemingly*** great concern for the "independence and integrity of the several States" and their 'duly promulgated' laws and forms, this notwithstanding the ***FACT*** that the Justices must be aware of ***ALL*** of the issues set forth herein, particularly that there are ***NO*** States remaining which ***were*** admitted into "***this Union***" !

It gets worse, when the victim finds out that the common law remedy in the US supreme Court, the ***Writ of Error***, has been 'repealed' by the ***allegedly*** applicable ***Judiciary Act of 1926***, albeit this by the 69th ***CON***gress which, very arguably, had ***ZERO*** qualified members in either House, let alone a ***Quorum to do business***, assuming arguendo that it could have enacted this legislation at all.

The same for the common law ***Writ of Quo Warranto*** which, ***IF*** it remains in existence at all, is under the ***TOTAL*** control of a ***territorial*** Attorney General, yet another s***BA*** 'official' actor, and one who has ***NOT*** been appointed by the President, as ***required*** in a territory, supra.

And there is ***NO*** relief forthcoming, ***as planned***, from what purports to be State Constitutions, since appellate judges are virtually ordered to rule that all errors or omissions by a trial 'judge' were "***harmless***" errors (see e.g. ***Article VI,***

***In Re Todd Aurit: Petition for Redress of Grievance  Page 29 of 33***

*Section 13* of the *bastardized* version of the CALIFORNIA Constitution *allegedly currently in effect)*, including defense (??) counsel *SLEEPING* though large parts of a *capital* case in which the *DEATH* penalty was imposed was *NOT* (!) ineffective assistance of counsel (*Burdine v Johnson 231 Fed. 3rd 950*) and/or counsel filing a statutory writ of Habeas Corpus *2 days "too late"* and the victim being *EXECUTED* (*Coleman*, supra).

Are there ANY possible 'due process' claims in Todd's case ??  PAG Henshall thinks that there are such claims, starting with the fact that all purportedly applicable laws are in the name of "The People of the State of COLORADO" who are completely absent from any facet of government, as set forth, supra, and most especially excluded from Jury Pools and trial Juries, the SOLE department of government NOT controlled by the 'state' Bar Association and/or CORPORATE entities.

This type of situation was succinctly spelled out by Lysander Spooner, author of Essay on Trial by Jury", here in a series of later quotes during the Reconstruction Era, including:

> *"If the jury have no right to judge of the justice of a law of the government, they plainly can do nothing to protect the people against the oppressions of the government; for there are no oppressions which the government may not authorize by law."*

And this is all too apparent in any "democracy", as mentioned supre, but NOT (!) in the federative, republican form of government of defined and limited powers ordained and established pursuant to the original intent of the Framers.

*In Re Todd Aurit: Petition for Redress of Grievance  Page 30 of 33*

In closing, please take *close* notice of the *FACTS* that in at least CALIFORNIA, *NOT* (!) a "*foreign* jurisdiction", the CALIFORNIA supreme court has stated, in *documentary* form no less than *SIX* (!) times, that CALIFORNIA is *NOT* a State admitted into "*this Union*", *ALL* of which will either be *relevant, admissible evidence* sustaining our burden of proof on any and *ALL* claims of violations of *Rights* secured by the *CuS OR*, in the alternative, *IF* 'denied' an equally strong admission that there are *NO* States and/or that there is *NO* Constitution.

The painfully obvious result here is that *IF* somehow Petitioner, not to mention *all like situated victims of the Ju$*, is wrong, she has *NO* way to know *WHY* and *CANNOT* invoke the *Right* to instruct *her* (??) representatives, does *NOT* have any known way to nominate and elect those who *will* make the desired changes and simply *CANNOT* make any "*voluntary, knowing and intelligent*" use of the "right to vote", assuming arguendo that *CON*gress has any authority to provide for elections as set forth, supra, *AND* that he somehow seems to *magically regain "competence"* on "Election Day".

Hopefully the situation is coming into sharp focus here in that an *inflamed* Jury will be very probably left to wonder how it is that Petitioner *IS* aware of all of the violations of *Rights*, supra, and 'official' actors, law school graduates all, *BOUND* by Oath by "*this Constitution* and the laws enacted *in pursuance thereof*" are *seemingly* '*blissfully ignorant*' of their *SWORN* duties.

Accordingly, we all know *EXACTLY* what the record is going to show here, thus this is an opportunity for you to act in *good* (!) faith for once and make a settlement offer *commensurate with the magnitude* of the violations of *Rights*

*In Re Todd Aurit: Petition for Redress of Grievance  Page 31 of 33*

*secured by the CuS* set forth supra (*NOT* (!) a complete list), not to mention *punitive* and *exemplary* damages amounts as might well be assessed by a Jury and make this claim go quickly and quietly away, with little, if any, publicity for what looks a *LOT* like career ending criminal acts, while also rewarding our forbearance in seeking to present any of the multiple acts of *strict liability Treason* which have occurred (*Cohens, supra*) likely on *multiple* occasions, by *multiple* 'official' actors, and perhaps in front of *multiple* witnesses, to a *federal criminal Grand Jury.*, noting that there is *NO statute of limitations* on the acts of deceit, fraud and *Treason to the Constitution* perpetrated by any of the 'official' actors.

On advice of Counsel, we, in turn, will be responsive, in our discretion, to such *prompt, good faith* action, particularly by *LOCAL* 'official' actors who should appreciate, if not actively share, our primary goal of restoring local government to the maximum practicable extent. Better to deal with just a few pages of claims now, rather than potentially hundreds of pages later, not to mention dealing with an *inflamed* Jury, which would be further acts of *dilatory, bad faith* that could result in assertive efforts on our part seeking *punitive and exemplary* damages, as well as criminal penalties, and quite possibly having *ALL* of these issues coming forcefully to (*gasp* !) *public attention* !

Having stated a case which seems to be *DIRECTLY* related to at least the SWORN duty of the Governor to "see that the laws are *FAITHFULLY* executed", this should more than sufficient grounds for the release of Todd Aurit forthwith, as hereinabove set forth.

If not, the reason(s) or inaction should be provided, along with the identity of the location of a Constitutional, common law Court in our County which exercises the *judicial power* of the State of Colorado and/or the *concurrent judicial* power of the united States, one of which must exist in any and all counties of Colorado and in which any one of the clams set forth here would be sufficient for the immediate release of *Todd Aurit*.

One or the other is **REQUIRED** to exist in any and all counties. If not, PAG Henshall advises that any and *ALL* laws *allegedly* on the books, in the name of "The People of the State of Colorado", would be *NULL and VOID nunc pro tunc ab initio as at least Bills of Attainder /aka/ Writs of Praecipe*

Your *PROMPT* attention to this matter will be expected within 30 days, after which other remedies must be considered.

Constitutionally,

*Katie Aurit –o n behalf of son and Petitioner Todd Aurit*

*Exhibit G*

Kathleen Aurit-Schaefer
c/o PO Box 674
Canon City, Colorado [81215]
PH; 252- 375 -7227

To: GOVERNOR POLIS et al

In Re: Matter of Todd A. Aurit

Please find enclosed letter from Counsel pursuant to a related matter in
another jurisdiction, in which he has ***dead bang ON THE RECORD PROOF*** of
Treason to, the Constitution by ALL 'official' actors in another jurisdiction, by
their ***OWN*** admission, including ALL Justices of the 'State' supreme court,
Governor, AG, federal 'judge' et al, while noting the ***CLOSELY*** related situation
here in COLORADO with my son, Todd Aurit's case.

Not only do all of the issues presented in Counsel's case arise here, it is
***FAR*** worse in COLORADO /aka/ the Centennial State, which has ***NEVER*** been
admitted as a ***sovereign, independent state*** into "***this Union***", as is true in
counsel's case, as those occupying positions of '***honor, profit and trust***' in
government, ***ESPECIALLY*** the office of the Governor, having the ***SWORN*** duty
to see that the laws are ***FAITHFULLY*** executed, noting that Counsel advises that
this has been a 'hot button' issue in recent terms of the U.S. supreme Court..

Indeed, Counsel advises that the current and ongoing, albeit long overdue,
***all-out assault*** on the administrative state by the current Justices, with them acting
like an ***Article III judicial Court*** in, very arguably, the first time in ***90 years***, and
sounding more and more ***exact***ly like Counsel in the process, -- see e.g., decision
their stunning, not to mention ***UNANIMOUS,*** decision in ***Axon v FTC*** from the
last term, noting that the opinion of the court is ***NOT*** by Elena Kagan, as they all
know, it is the "concurrences" of ***Justices Thomas and Gorsuch***, means that ***we***
will be now rolling the '***loaded dice***' in any ensuing proceedings as might be
necessary to free my son, Todd, consistent with the (***gasp*** !) original intent of those
"racist" Framers, and the Justices will 'have our backs' on many of the
***UNOPOSED*** issues we present.

Duly noted here is that that Counsel advises my son Todd was **never** *in* anything ***remotely resembling*** a judicial court at *ANY* time, yet even in territories these courts are ***required*** to exist, if only the federal Circuit Court -- see e.g. ***Ex Parte Crow Dog 109 US 556*** and ***Snow v US 85 US 317***.

See also in this regard Sections ***1584 and 1586 of Story's Commentaries (1833)***, with an extended analysis in re 'Congress ***SHALL*** vest the judicial power', Justice Joseph Story being a highly regarded, if not ***paramount***, authority on the Constitution, who is ***WELL*** known to the current Justices.

Bottom line here is that even ***IF*** some common law crimes might have occurred in the unfortunate circumstances involved in Todd's case, ***NO*** administrative tribunal would have had *ANY* subject matter, let alone in personam, jurisdiction, which any and all 'official' actors knew or ***SHOULD*** have known.

Add to this the ***fraudulent deceit, let alone Treason to the Constitution***, which occurred in the trial 'court' – see e.g. ***Cohens v Virginia 6 Wheat. 264***, yet another 'vintage' decision of the Court of which the current Justices are ***WELL*** aware, the trial 'court' acted ***coram non judice*** from day ***ONE***.

Even worse, is that the "plaintiff" in Todd's case was "***THE STATE OF COLORADO***", which either does ***NOT*** exist and/or ***IF*** it does, the trial should have been in the ***original*** jurisdiction of the U.S. supreme Court, pursuant to ***Article III, Section 2***, a simple fact that one would expect defense counsel to have known, indeed have been well aware of, yet ***NO*** action was taken in this area at all.

Fast forward to today, while ***carefully*** noting that Todd was ***massively medically overdosed*** as a '***pre-trial detainee***', he could not possibly have made any meaningful and substantive in the trial 'court', assuming arguendo that it had any jurisdiction at all, he now has several ***SERIOUS*** medical conditions, very likely

caused by the 'pre-trial' abuse to which he was subjected, yet has little, if *ANY*, medical care available in the "Corrections" facility.

Accordingly, Todd needs to be either be released *FORTHWITH* or transferred to a private hospital for treatment, with Counsel taking the position that, for all apparent intents and purposes, and much like all like situated victims of, in effect, the "*Ju$t u$ $y$tem (Ju$),* by remaining in prison 'courtesy' of a trial 'court' /aka/ *administrative tribunal* knowingly acting *coram non judice*, he will be victimized by at least a *2nd degree MURDER* by any and all 'official' actors, especially the GOVERNOR, yet no 'official' actor will even be indicted for involuntary manslaughter of even *Jayland Walker*, *except* for the *UNOPPOSED* record set in the instant case.

And all of this underscores the fact that all victims of the *Ju$* /aka/ *SUBORDINATE*, CORPORATE birthright *citizens* , pursuant to Section 1 of the non-existent 14th *WAR* "amendment" (*NEFWA)*, are already presumed *DEAD*, so what's the problem ???

But this set of facts gives rise to the question as to how *NEFWA citi*zens, who are *PRESUMED incompetent*, on who knows what *lawful* factual foundation and legal basis, at least in the case of *state Citizens*, from 'birth', seem to somehow 'magically' regain competence every 2 or 4 years on "election days". Perhaps you could ask the gooks in *Pyongyang, NORTH Korea* how their "democracy" /aka/ *3 Wolves* and *2 sheep* voting on what's for dinner, manages to do this.

Neither Counsel nor I will rest until the full measure of justice has been achieved against ALL 'official' actors, noting *CAREFULLY* here that *COLORADO* has *NEVER* been admitted as a *sovereign, independent state* into "*this Union*", which did *NOT* exist in 1876, having 'gone into a seemingly *perpetual* state of abeyance in 1860, pursuant to the War between the States, which was *NOT* (!) fought over slavery, and the "*RAT*ification" of *NEFWA*.

Your **PROMPT** attention to this matter will be expected.

By: Kathleen@... et al /Grantee_____
Kathleen Aurit-Schaefer

*Exhibit A*

*Kathleen Aurit-Schaefer*                                                     *10/13/2024*
*1821 North 5th Street*
*Canon City , Colorad*

**Petitioner in propria persona, jus sanguinis, sui juris**

**To:**     **JARED  POLIS -- Office of the Governor**
           **MARY L. SMITH --  President American Bar Association**
           **JOHN DOE -- Colorado 'State' Bar Association president**

           "Let each judge know, at the start of a trial, that *NO jail time* can be imposed, though
           local law permits it, *when the Accused was NOT represented at trial."*
                        *Argersinger v Hamlin 407 US 25*

**In Re: Matter of Todd Aurit and SWORN duty to provide effective assistance of counsel**

           On advice of *Counsel,* please take notice that this is a *DEMAND* to the *ABA* and/or
*'State' Bar A$$ociation* to provide *pro bono effective assistance of counsel* in any and *ALL*
settings involving *allegedly* applicable federal or 'State' laws in re the matter of my son, *Todd
Aurit .*

           As set forth in my accompanying Affidavit, *IMMEDIATE* action is needed to get my son
Todd released from custody, *a fotiori* in the absence of anything remotely resembling medical
attention, which has gotten to the point that charges of at least 2nd degree murder would apply to
any and all 'official' actors, *especially* the v acant office of the GOVERNOR, an office with the
*SWORN* duty to 'see that the laws are *FAITHFULLY* executed, a major flash point in current
Supreme Court jurisprudence, in case anyone hasn't noticed.

           *In your position,* one shared with any and *all "qualified" Bar A$$ociation (SBA)*
members*, law school graduates all (Pyongyang Polytechnic ???),* you *MUST be aware* of any
and all of the issues arising herein, as well as those set forth in the accompanying *Conditional
Acceptance of Counsel (CAC), to wit:*

           That the only *KNOWN 'qualified persons' ("PERSONS" ?!?)* in any of today's
'courts' /aka/ *administrative tribunals',* are *'SBA Attorneys* or *"PRO SE"* litigants (and their
specious frivolous *BS* "sovereign citizen" arguments).

           And the latter can be such an *anathema* that they can be found, 'courtesy' of *SBA*
'judges' in *administrative tribunals,* to be "vexatious litigants" who waste the "judicial
economy" of the 'court', thus they can be sanctioned, as always 'courtesy' of summary, ex parte
12(b)(6) 'orders' of a *SBA black robed bastard,* er, *purportedly* neutral magistrate (*Tumey v
Ohio 273 US 510).*

                                        1

As *explicitly* set forth in the *CAC*, nothing like this is ever allowed to occur to a sanctified *SBA* attorney, who somehow *DOES* have at least the right to be heard *PRIOR* to judgment/enforcement – thus your *CLOSE* attention is directed to the decision of the US supreme Court in *Windsor v McVeigh 93 US 274*, a decision with which the current Justices are well aware, for what is required for *at least* all lawful, de jure, *jus sanguinis* state Citizens /aka/ *your principals* in a principal and agent relationship.

You should also *CAREFULLY* note that the results in any and all 'judicial' settings today, with or *WITHOUT* a SBA actor, is, for all apparent intents and purposes, a *DIRECTED verdict of guilt*, (see e.g. *Bass v US 784 US 1282*), even *IF a purported* trial by jury has occurred.

And all of this occurs even in the original 32 *sovereign, independent states* admitted into "*this Union*' as common law states, with the exception of Louisiana. See in this regard "*Report on the Civil and Common Law" 1 Cal. Rpts. 588, IF* you can find a copy. Counsel advises that this is also true even in what the record will *PROVE* , courtesy' of at least clear and convincing evidence, that *COLORADO* /aka/ the *SIN*tennial State, is actually a federal *(insular* ?) territorial possession  -- see e.g. *Jones v US 137 US 202*.

We can, however, cover all of this, and a *LOT* more, in 'one fell swoop', what with the "*RAT*ification" of the non-existent 14th war amendment (*NEFWA*), at 5:01 PM EST on July 28th, 1868.

This was the "*coop de grass*" for the federative, republican form of government of defined and limited powers, as ordained and established pursuant to the (*gasp* !) original intent of those "racist" Framers of the Constitution, and simultaneously a 'great leap forward' for today's democracy /aka/ *3 WOLVES* and 2 sheep voting on what's for dinner /aka/ today's "*elective despotism*".

To be sure, a *LOT* of discordant, dramatic events which had to occur to get to this point, are clearly and unambiguously the result of *NEFWA*  was, at one and the same time, create, as it were, a *SUBORDINATE*, CORPORATE, nay *DEAD*, birthright shitizens and concomitant *jus soli FOREIGN STATE*, any and ALL of which was *CAREFULLY CONCEALED* from any and all who *RAT*ified *NEFWA*. – see e.g. "*The Critical Year*" by Howard Beale and *Connecticut Insurance v Johnson 303 US 77*, opinion of *Justice Hugo L. Black*

Indeed, the *RAT*ification process here can be readily established to have been a *gruesome* (*NOT* Gavin) '*grand slam*' of violations of Creator endowed inalienable rights seemingly

2

secured by *ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS),* as the current Justices of the U.S. supreme court seem to be very well aware.

And this is true a fortiori as they are now in their 4th term of a long overdue, *all-out assault* on the *administrative state*, which includes their superb decision in *US v Madero* and their astounding, nay *UNANIMOUS,* opinion in *Axon v FTC*, both of which looks a *LOT* like *res judicata* for any and *ALL* proceedings in any and all *administrative tribunals*., particularly regarding the duty of, very arguably, ALL 'official' actors to see that the laws are *faithfully* executed, and all of this with their decision in *SEC v Jarkesy* soon to be announced.

Not enough ?? Take close notice of the *real* 'value' today of the much sanctified right of effective assistance of counsel, this by the TexA$$ criminal court of appeals in *Burdine v Johnson 719 SW 2nd 309* in which it was *RULED* that defense (?!?) counsel *SLEEPING* through large parts of a *CAPITAL* case, in which the *DEATH* penalty was imposed, was *NOT* (???) ineffective assistance of counsel.

But then we are only talking about perceived members of a *NEFWA jus soli FOREIGN STATE,* who are already *presumed to be DEAD,* so what's the problem ???

But this is nothing compared to the horse-hockey decision of the U.S. supreme Court in *US v Cronic 466 US 662*, duly noting that the victim there had no #$@!% clue about the multiple, *UNOPPOSED, structural jurisdictional NEFW*A issues being presented here.

The only surprise here is that *WARREN E. BURGER* didn't write this one, as the 'court' ruled that:

> "When respondent's retained counsel *withdrew shortly before the scheduled trial date, the District Court appointed a young lawyer with a real estate practice who had never participated in a jury trial to represent respondent, but allowed him only 25 days to prepare for trial*, even though the Government had taken over *four and one-half years* to investigate the case *and had reviewed thousands of documents during that investigation*."

Can you say "*DIRECTED* verdict of guilt" ???

Seemingly *VERY* odd that some 'bum off the street' would know all of this, yet *ABA* and *SBA* members, law school graduates all, seem, as it were, to be 'blissfully unaware'.

This does however, strongly support the conclusion of *irreconcilable conflicts of interest* any and *ALL ABA/SBA* members with the *original intent* of the Framers, 'courtesy', in large

3

part, of their **malignant, malevolent monopoly** on the "practice of law'.

And today, especially in the absence of any **KNOWN** judicial courts, it has gotten to the point that more and more other innocent victims /aka/ homeowners, have been victimized by the outright **THEFT** of their homes 'courtesy' of some or another pending liens, today especially by renegade "Homeowners **A$$**ociations", complete with **LLCs** as **jus soli FOREIGN STATE** entities, which they cannot even be required to join, most particularly pursuant to the right of its victims of the unlimited power to contract pursuant to **at least Article I, Section 10** of the **CuS**. (see e.g. **Hale v Henkel 201 US 43**).

All of this without even an **administrative hearing**, since all they 'officially' have is an "equitable interest" in their property, having "discharged the obligations" in **UNDEFINED** 'dollars' and the debt is still due – see e.g. **Bank of Columbia v Okely 4 Wheat. 235**.

Very notably, these 'dollars' **IF** defined at all, are by the President, an office itself vacant since March 4th, **1869**, pursuant to his powers as **Commander-in-Fief of the Armed Forces**, which accurately reflects the fact that ALL victims of the **Ju$** are perceived, courtesy' of multiple **fictions of law**, as **jus soli** 'birthright shitizens' of a **FOREIGN STATE**, and thus deemed subject to the **federal, regional martial law rule** so intimately associated with **NEFWA**.

Could **THIS** be why we find, in **Volume 33 of the Congressional Record**, as per **Bar Members Affidavit Anonymous**, the following entry, to wit:

> "**It is an established fact** that the United States Federal Government has been dissolved by the Emergency Banking Act March 9th, 1933, 48 Statutes 1, Public Law 89-179, declared by President Roosevelt, being bankrupt and insolvent, **HJR 192**, 73rd **CON**gress in session, Volume June 5th, 1933 -- **Joint Resolution to suspend the Gold Standard and abrogate the Gold Clause dissolved the Sovereign Authority of the United States and official capacities of all United States governmental offices, Officers, and departments** and is further evidence that the United States Federal Government exists today **in name only**."

**Conspicuously** absent here is any known assistance by **SBA** attorneys, whose help here, and in other areas, like **Child Procurement Syndicate**, whose help is desperately need, yet completely unattainable.

Add to this that with the current, ongoing and continually sinking value of the mandatory public "education" system, weighted done today with the **BS** WOKE agenda, "transgender" (??) and LGTBQ civil "rights" emanating from **NEFWA**, is worth **NOTHING** at all.

4

Also duly noted is the colloquy between Rep. *Wright Patman* and then Fed Chairman *MARRINER* (!) S. ~~Asswipe~~ ECCLES, in the House subcommittee on Banking and Finance, to wit;

*Congressman Patman*:  How did you get the money to buy those two *billion* (that's with a "B") dollars  worth of government securities in 1933 ?

Fed. Reserve Chairman Marriner (!) S. ECCLES: We *created* it

PATMAN:        Out of what ??

ECCLES: Out of the *right* to issue *credit* money.

PATMAN: And there is *nothing* behind it, is there, except our Government's credit ??

ECCLES:        That is what our money system is. *If there were no debts in our money system, there wouldn't be any money.*

*Hearings of the House Committee on Banking & Currency*
*September 30ᵗʰ, 1941*

*Creator endowed unalienable rights*, anyone ???

Add to this **Senate Report 93-549 'Essays on Emergency Powers**", complaining about the then 40 years of one or another pretended "state of emergency", now *90 years* today, and with no end in sight, and its no wonder that earlier, savvier political commentators, like Samuel Langhorne Clemens could observe that "Politicians and diapers must be changed often and for the same reason".

And we haven't' even gotten to issues like ratio of representation in the House, at 30,000 to one, as set forth in *Article I, Section 2*, which today would require over *11,000* members but for the allegedly applicable "*Reapportionment Act of 1929*", and the fact that the equally non-existent 17ᵗʰ Amendment effectively removed all of the *sovereign, independent states* admitted into "*this Union*", from the Senate, had any of them somehow remained in existence.

The latter was effectively the '*coop de grass*' for our federative, republican form of government of defined and limited powers, and a more 'formal' onset of today's "*elective despotism*", but then there is those ever 'pesky' four words: *CONSENT* of the governed".

Add to all of this that the only recognized body politic today are 'card-carrying' members of the *jus soli FOREIGN STATE*, the fact that there has *NOT* been a "native born" President and/or one *NOT* controlled by the NY Bank$ter$ and/or the City of London (sound familiar ??), since, *VERY* arguably, Andrew Johnson's last day on *March 4ᵗʰ, 1869.*

Surely, any or all of this should *NOT* be surprising to any members of a (federal, criminal GRAND) jury, educated to see the members of the *Ju$t u$ $y$tem* for *EXACTLY* who they are, and to act accordingly with indictments and *Treason* convictions of *at least ABA/SBA* members.

The 'good' news for these criminals is that they will *NOT* be homeless, like so many of their victims, being 'comfortably ensconced' as it were, in close proximity to *Cell 2455 in San Quentin*. Another fetching remedy comes from the decision of the U.S. supreme court in *Ex Parte Garland 4 Wall. 333*, in which it was noted that:

"That hereafter *every person* elected or appointed to any office of *honor or profit* (and *trust* – eg) under the government of the United States, either in the civil, military, or naval departments of the public service, excepting the President of the United States, *shall*, before entering upon the duties of such office, take and subscribe the following oath or affirmation:"

and

"I, A. B., do solemnly swear (or affirm) that I have never voluntarily borne arms against the United States since I have been a citizen thereof; that I have voluntarily given no aid, countenance, counsel, or encouragement to persons engaged in armed hostility thereto; that I have neither sought nor accepted, not attempted to exercise the functions of any office whatever, *under any authority or pretended authority in hostility to the United States*; *that I have not yielded a voluntary support to any pretended government, authority, power, or constitution with the United States, hostile or inimical thereto*. And I do further swear (or affirm) that, to the best of my knowledge and ability, I will support and defend the Constitution of the United States against all enemies, foreign and domestic; *that I will bear true faith and allegiance to the same*; that I take this obligation freely, without any mental reservation or purpose of evasion, and that I will well and *faithfully discharge the duties of the office* on which I am about to enter, so help me God;"

"Any person who shall falsely take the said oath shall be guilty of perjury, and, on conviction, in addition to the penalties now prescribed for that offence, *shall be deprived of his office, and rendered incapable forever after of holding any office or place under the United States*."

And all of this comes into play in virtually all cases today, since most documents provided by Counsel state, in *NO* uncertain terms, that *NEFWA* does *NOT* exist, and never has,

6

having been *contemporaneously* ruled unconstitutional by the U.S. supreme Court in *Ex Parte McCardle 7 Wall. 506* and/or for what Counsel's *unopposed* documents was readily establish and is a '*gruesome grand slam*' of violations of rights secured by *ALL 6 Articles of the CuS*. in it's *RAT*ification process.

Yet none of this seems unknown to law school graduates (*Pyongyang Polytechnic* ??), who knew, or *SHOULD* have known, all of this to be true, thus attorneys, *UNLIKE* Donald Trump, who is valiantly attempting to preserve the *original intent*, *ARE* in fact subject to *at least Section 3 of NEFWA* , which they openly embraced. Can you say 'ignorance of the law …... ??

Counsel advises that he would be cheerfully inclined to exempt anyone with a portfolio *even remotely resembling* that of the late *Jerome Daly*. Do you know anyone like this ??? do you know anywhere one can find *official* documents from his case known as *Turner v ABA*, which have vanished, like farts in the wind, from even the National Archives ???

Having reviewed the 'decision' in *Turner,* supra, based alas,  as it was on 42 USC 1983, it is *easily distinguishable,* See in this regard *Ashwander v TVA 297 US 288, 341*, from the multiple *UNOPPOSED structural, jurisdictional* issues counsel advocates and I will be presenting to the current Justices, who have been sounding more and more *exactly* like counsel in recent terms. – see e.g. *Axon, supra and US v Madero*, with *SEC v Jarkesy* just waiting in the wings'.

## *Judicial determination of questions essential*

Given the magnitude of the issues presented, which cover *ALL 6 Articles of the Constitution*, and without any *KNOWN* judicial courts currently in existence, judicial determinations of any and all issues presented are essential, a fortiori in regard to the ongoing existent of the *jus soli FOREIGN STATE* at long last being overtly presented, since *IF* we do not know *IF* we are wrong, let alone *WHY*, we have NO way to either exercise the right to instruct our (??) representatives to make changes and/or nominate and elect those who WILL do so. Howzat again about meaningful, substantive elections ??? "*Consent* of the governed" ??

In closing the opinion of the U.S. supreme Court in *Argersinger v Hamlin 407 US 25, 40* albeit yet another *NEWFA* decision, seems dispositive here: "let each judge know, at the start of a misdemeanor (eviction, foreclosure, CPS, yada, yada, yada) trial, that *NO* jail time (not to mention loss of *Creator endowed unalienable rights*), can be imposed, though local permits it, *UNLESS* at least the accused /aka/ victim, /aka/ *jus sanguinis* Accused,  was represented at trial, and with *ALL* of his *unopposed structural, jurisdictional* errors "properly" before a

*judicial* court/jury (ideally a trial by jury according to the course of common law, guaranteed to even "inhabitants of *territories*" by *Article II* of the *Northwest Ordinance of 1787*, as reenacted by the first Congress, as well as Habeas Corpus, both of which have disappeared like proverbial farts in the wind for *at least 100 years*.. -- see e.g. "*Essays*", supra).

Accordingly, counsel advises that there are no **KNOWN** judicial courts anywhere in sight, thus any and ALL allegedly applicable statutory schemes are *NULL and VOID* nunc pro tunc ab initio as *at least Bills of Attainder (Article I, Section 9 or 10)*, unless the *RAT*ification of *NEFWA* effectively repealed, conveniently sub silentio, *ALL 6 Articles of the CuS*. What do you think ???

By: Kathleen Aurit-Schaefer
*Kathleen Aurit-Schaefer*/Petitioner
In propria persona, sui juris
On behalf of son *Todd Aurit*

8

*Exhibit I*

**Todd Aurit**
**By Kathleen Aurit-Schaefer – Next Friend**
*c/o 1821 North 5ᵗʰ Street*
*Canon City, Colorado 81215*
kaurit70@gmail.com

To: **JARED POLIS office of the territorial governor**
    **"STATE' v Todd Aurit Case No. 04cr220**

> Talent hits a target no one else can hit;
> Genius hits a target *no one else can see*

On advice of Counsel, an expert witness who **WILL** be testifying against you in any ensuing action, if need be (see **Exhibit A**, the first 5 pages of his **hand printed** Writ of Habeas Corpus to the US supreme Court, done while **ALONE** in a **S.C. jail cell**, and this in a *felony* case he won in the **first 90 seconds** of the arraignment, and excerpts from his Briefs on the 14ᵗʰ Amendment and **83 pages** (!)on **Admission of New States**), who also has just recently gotten a **FILED** Notice of multi-million 'dollar' Default in a federal court against an attorney for Plaintiff **"MORTgage Bank$ter" (MB)** in the trial 'court', and pursuant to of recent events in the US supreme Court, most particularly their **VERY** recent, **unanimous** (!) decision in **Axon v FTC[1]**, the death knell for the **administrative state** you embrace, and support from **US v Madero** (2022), and **SEC v Jarkesy** soon to follow, please take notice that this is an opportunity for you to do the (gasp !) right thing, *at least* to the extent of ordering the immediate release (pardon) of my son, Todd Aurit, while making a **PROMPT** settlement of all settling claims of violation of rights secured by, **VERY** arguably, **ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS)** your treasonous actions.

To be sure, the really important parts of **Axon** are in the "concurring" opinion of **Justices Thomas and Gorsuch**, which leave little to the imagination, this in their 3ʳᵈ term of a long overdue **all-out assault on the administrative state** which you lovingly embrace, noting that counsel advises that also apply to *at least* all quasi-criminal proceedings in a "special" jurisdiction in a trial 'court' /aka/ **administrative tribunal**.

counsel advises that also apply to *at least* all quasi-criminal proceedings in a "special" jurisdiction in a trial 'court' /aka/ *administrative tribunal*.

Counsel further advises this decision, without more, is effectively *res judicata* in the instant case, a quasi-criminal case with all hearings in even an *administrative tribunal* anywhere in sight, a fortiori when the prosecutor, with the *SWORN* duty to do so, *NEVER* made any timely, let alone any, *PROOF* of jurisdiction and venue any and all terms of any *allegedly* applicable agreement and/or "*voluntary, knowing and intelligent*" waiver of rights.

Indeed, Counsel advises that without more, this should have resulted in a dismissal of all charges (*WITH* prejudice ?) by a *neutral* magistrate (*Tumey v Ohio 273 US 510*. Can you say "decency, security and liberty alike ..." ???

Add to this that Counsel has just gotten a *WIN* in a 'criminal' case in another jurisdiction in which the record in any ensuing action, was 'courtesy' of intervention, albeit 'unofficially, of the current Justices of the US supreme court, in which many of the *UNOPPOSED structural jurisdictional* issues he advocates also apply *PERFORCE* in the instant case

This applies a fortiori in what Counsel advises can be *PROVEN*, in any ensuing setting, to be the federal (*insular* ??) territory of COLORADO, conveniently the "*SIN*tennial State", which has *NEVER* been admitted a sovereign, independent state into "this Union", of which the likes of Neil Gorsuch are well aware.

Can you say "*Pandora's Box*" ???  We add in the fact that at least a  territorial GOVERNOR is *REQUIRED* to be appointed by Congress pursuant to *at least Article IV, Section 3 (I-8-17* ?!?).

Add to this that there was and is nothing *remotely related* to a lawful body politic, "qualified" electors and/or "qualified" jurors anywhere in sight and there was *NO* way for my son to invoke either the right to trial by jury according to the course of the common law, or even

*In Re Todd Aurit Settlement Demand Page 2  of  15*

the non-statutory federal Writ of Habeas Corpus, known since *Magna Charta*, and to those 'racist' Framers, as the 'Great Writ of Liberty, ensured to even "inhabitants of **territories**" by *Article II of the Northwest Ordinance of 1787* as reenacted by the 1st Congress.

Indeed, and ever 'conveniently' for the *NY Bank$ter* types, there is no *known* right to any elections in territories, *carefully* noting that Counsel can *PROVE*, in fine *a cappella*, expert witness knowledge of the Constitution, history and laws of the united States, that there have *NOT* been anything *remotely resembling  lawful* elections since, *VERY* arguably, November 6th, *1860*.

Add to this that the record will clearly and unambiguously establish not only the outright absence of anything *remotely resembling effective assistance of counsel*, the only "right" that thee *de facto national socialist government* thinks its victims have, counsel took *NO* apparent notice that my son Todd was subjected to *massive medicinal overdosing* as a pre-trial detainee, rendering him *TOTALLY* unable to  actively participate in any way in his own defense, which destroyed *ANY* possible hint of *purported* jurisdiction disappears like a fart in the wind

As Counsel also points out, even this "right" is of strikingly little substance – see e.g. *Burdine v Johnson  719 S.W.2d 309*  v  and *US v Cronic 466 648* – counsel being stunned that the latter was *NOT* written by *Chief Ju$tu$* Warren E. ~~Bastard~~ Burger.

@@@@

Offered here is a timely quote from the US supreme Court from *Cohens v Virginia 6 Wheat. 264*, a 'vintage' decision of which the current Justices are *well aware*, on the subject of jurisdiction and venue of Constitutional courts, one of many from, very arguably, the best decision of the court, which has *VERY* recently cited by the Justices in at least *Texas v California*, now *Axon*, and likely *Jarkesy*, which a Jury will be readily receptive, to wit:

*In Re Todd Aurit Settlement Demand Page 3  of 15*

"The Court *MUST* exercise jurisdiction if it has it, but *CANNOT* exercise jurisdiction if it doesn't. The one or the other would be *TREASON* to the Constitution." Can you say "*Cell 2455 in San Quentin prison*" ????    *OOOPPPSS* !!

Also particularly relevant here is that there is no *KNOWN* right to counsel and effectively *NO* right to trial by jury, a fortiori according to the course of the common law, which results almost assuredly in a d *Directed Verdict of Guilt*. (see e.g. the *seemingly* unrelated case of *Bass v US 784 Fed. 2ⁿᵈ 1282*).

Add to  this that I am advised by Counsel that the jurisdiction and venue inherent in the process you employ can be *PROVEN* to be *federal, regional martial law rule*, to which my son, Todd, was *NOT* subject, and, being *PRESUMED* incompetent, on who knows what *lawful* factual foundation and legal basis (see e.g. *GEORGIA Probate Code Section 29-4-21*),  in *at least* all 'courts', he could not possibly have made any "*voluntary, knowing and intelligent*" waiver of rights (see e.g. *Johnson v Zerbst 304 US 458*), thus jurisdiction never attached.

And this is *NOT* counsel saying it especially in re judicial Courts, as the following excerpts are from the *Commentaries on the Constitution* by *Joseph Story*, a Justice on the supreme Court for 30+ years , well known to the current Justices, and a leading, if not the greatest, recognized expert on the Constitution at a time virtually contemporaneous to the formation of the Nation & Republic and the ordaining and establishing of the *CuS*:

**Section 1584**

"In considering the first clause of the third section, declaring that "the judicial power of the United States *shall* be vested in one supreme court, and such inferior courts, as the Congress may from time to time ordain and establish, we are naturally led to the inquiry, whether Congress possesses any discretion as to the creation of a supreme court and inferior courts, in which the constitutional jurisdiction is to be vested. *This was at one time a matter of much discussion, and vital to the existence of the judicial department. If Congress possess any discretion on this subject, it is obvious that the judiciary, as a coordinate department of the government, may, at the will of Congress, be annihilated, or stripped of all of its important jurisdiction*; for, if that discretion exists, *no one can*

*In Re Todd Aurit Settlement Demand Page 4  of  15*

say in what manner, or at what time, or under what circumstances it may or ought to be exercised ... the judicial power of the United States shall be (*not* may be) vested in one supreme court, and in such inferior courts, as Congress may from time to time ordain and establish ..."

"The judicial power *must*, therefore, be vested in some court by Congress; and to suppose that it was not an obligation binding on them, but might, at their pleasure, be omitted or declined, is to suppose under the sanctions of the Constitution, *they might defeat the Constitution itself*. A construction which would lead to this result *cannot be sound* ..."

### Section 1586

"If it is then a duty of Congress to vest the judicial power of the United States, it is a duty to vest the *WHOLE* judicial power. The language, if imperative, as to one part, *is imperative as to all*. If it were otherwise, this anomaly would exist, that Congress might successfully refuse to vest the jurisdiction in any one class of cases enumerated in the Constitution, *and thereby defeat the jurisdiction, as to all*; for the Constitution has not singled out any preference to others ..."
"It would seem, therefore, to follow that Congress are *bound to create some inferior courts*, in which all of that jurisdiction, which, under the Constitution, is exclusively vested in the United States, and of which the supreme Court cannot take original cognizance. They might establish one or more inferior courts; they might parcel out the jurisdiction among such courts. From time to time at their own pleasure. But the whole judicial power of the United States should be, *at all times*, vested in either original or appellate form, in some courts created under its authority."

Counsel further advises that there is school of thought that believes that what Justice Story stated is *NOT* applicable, -- see e.g. *The Structural Constitution 105 Harvard Law Review 1153*, since concurrent jurisdiction could be invoked in state courts, but, that said, our *UNOPPOSED Brief on Admission of New States* firmly establishes that there are *NOT* any such (*sovereign, independent*) states remaining.

And we haven't even discussed multiple other Constitutional issues, which will arise in any ensuing action, such as the *absolute absence* of anything *remotely resembling* either a quorum to do business in either House of ~~Cards~~ CONgress, or the ratio of representation in the House, not to mention any and all *32* (?) of the *sovereign, independent states* admitted into "*this*

**In Re Todd Aurit Settlement Demand Page 5 of 15**

**Union**" having **NO** voice in the *de facto national socialist government* at all – can you say "republican form of government" ? - **NOT** a "political question"; "**Consent** of the governed" ?

Add to this that the U.S. supreme Court has ruled, in yet another 'vintage' decision, of which the current Justices are certainly well aware, *Windsor v McVeigh 93 US 274*, in yet more of that clear and unambiguous language, that:

"The question for determination is whether the decree of condemnation (conviction) thus rendered, without allowing the owner of the property to appear in response to the motion, interpose his claim for the property, and answer the libel was of any validity. *In other words, the question is whether the property of the plaintiff could be forfeited by the sentence of the court in a judicial proceeding to which <u>he was not allowed to appear</u> and make answer to the charges against him upon the allegation of which the forfeiture (conviction) was demanded*."

"The order in effect *denied the respondent a hearing. It is alleged he was in the position of an <u>alien enemy</u>, and could have no locus standing in that forum. If assailed there, he could defend there. The liability and right are inseparable. A different result would be a blot upon our jurisprudence and civilization*. We cannot hesitate or doubt on the subject. It would be contrary to the first principles of the social compact and of the right administration of justice."

"*The principle stated in this terse language lies at the foundation of all well-ordered systems of jurisprudence*. Wherever one is assailed in his person or his property, there he may defend, for the liability and the right are inseparable. *This is a principle of natural justice, recognized as such by the common intelligence and conscience of all nations. A sentence of a court pronounced against a party without hearing him or giving him an opportunity to be heard is <u>not</u> a judicial determination of his rights, and is not entitled to respect in any other tribunal*. "

Add to this the admonition found in *Rhodes v US 27 Fed Cases 784* in re *Quo Warranto*, that:

"*Whenever an act of that government is challenged a grant of power must be shown, or the act is void.*"

Not even mentioned yet is that all of the allegedly applicable laws involved here are passed, no doubt with heavy $$ 'encouragement' by **CORPORATE PACs**, this in *at least* a legislature in which members of the *sovereign body politic of the state of California, admitted into "this Union" as a sovereign independent state*, are not only *conspicuously* undefined in the

*In Re Todd Aurit Settlement Demand Page 6 of 15*

*ILLINOIS* Constitution *purportedly* currently in effect, we are *SYSTEMATICALLY* excluded from *ALL* departments of government as well. Can you say "*Consent* of the governed" ???

A *BIG* problem for you will be how to distinguish *Axon*, and other current decisions of the US supreme Court like *Seila Law v CFPB, Lucia v SEC, Liu v SEC, US v Madero* and *SEC v Jarkesy*, now in the U.S. supreme court, and doubtless others to follow, from the *BS NEFWA* martial law processes in which ALL *SBA* (infra) actors 'specialize'.

Even worse, if that's possible, you could *NOT* have sustained your burden of proof to establish any contractual relationship to a common law jury, pursuant to *at least* your failure to make a 'timely' *FULL* disclosure of all of the terms and conditions of any *allegedly* applicable agreements, especially to a victim *PRESUMED* incompetent, if not *DEAD*.

And Counsel further advises that this issue could be the '*coop de grass*', since even in any of your bullshit administrative tribunals, a challenge to jurisdiction, with the government having the burden of proof on jurisdiction and venue, we would, at one and the same time, be *DEMANDING*, in at least a *Bill of Particulars*, a *certified* copy of the *birth certificate* of any and all 'official' actors, ("All persons born or naturalized in (the *Trust* known as) the United States") an *essential* element of jurisdiction, *AND* a certified copy the our *DEATH* certificate, of my son Todd, since we are clearly and unambiguously treated *EXACTLY* like *NEFWA* 'birthright shitizens'

Success here, however unlikely, would *NOT* have been helpful, since  Counsel advises that the trial 'court' would *NOT* have had *at least* any subject matter jurisdiction over such 'agreement', like Social (in)Security, one which involved the use of *UNDEFINED* dollars used to "pay" expenses, which *IF defined*, are by the President, acting as *Commander-in-Fief of the Armed Forces* pursuant to *HJR 192*.– see e.g. *Cohens*, supra.

Accordingly, we haven't even addressed the fact that the *UNDEFINED* dollars circulate in "interstate commerce", *CAREFULLY* noting that the US supreme Court has *RULED*, in *NJ Steam v Merchants Bank 6 How. 344*, that:

*In Re Todd Aurit Settlement Demand Page 7 of 15*

'The commerce clause powers of **CON**gress are closely associated with the ***admiralty*** jurisdiction', this with the admiralty jurisdiction being well known to the Framers as a "jurisdiction **FOREIGN** to our Constitution and unacknowledged by our laws", which **NO** state judicial Court can exercise (***Article III, Section 2***).

As you may also be aware, especially regarding Donald Trump, there has been a lot of discussion about his "disqualification" from running for office emanating from Section 3 of **NEFWA**, for acts of alleged "insurrection or rebellion" against the Constitution for the united States, but **NONE** of these charges are valid, even **IF NEFWA** somehow exists, since the clear and unambiguous result has been to restore, to the maximum possible extent, the (***gasp*** !) original intent of those "racist" Framers and the U.S. supreme Court as an Article III judicial court.

Compare **THIS** to the situation of 'official' actors today in ***at least*** the "judicial" department of the current ***de facto national socialist government***, notably ALL of whom are **REQUIRED**, on who knows what ***lawful*** factual foundation and legal basis, to be 'State' Bar A$$ociation attorneys (SBA) /aka/ ***unregistered foreign agents of at least the City of London***.

Even assuming arguendo that **NEFWA** does **NOT** exist, and never has, as per **McCardle**, infra, the big difference with any and **ALL SBA** attorneys, is that they can be ***proven*** to have ***voluntarily, knowingly and intelligently*** embraced **NEFWA**, in particular pursuance of the fact that it is the basis for their ***malignant, malevolent monopoly*** on the "practice of law".

Not enough ?? Then note ***carefully*** that ALL **SBA** actors are law school graduates, who are, if the **CuS** remains in full force and effect, **BOUND** by Oath by "***this Constitution*** and the laws enacted ***in pursuance thereof***".

Accordingly, such **SBA** actors knew, or **SHOULD** (!) have known that **NEFWA** does **NOT** exist, thus these ass wipes do **NOT** (!) have any 'fall back' position on the absence of

*In Re Todd Aurit Settlement Demand Page 8 of 15*

anything *remotely resembling* a *meaningful and substantive curricula* in the mandatory public "education" system for the study of the Constitution, history and laws of the united States.

And what do they snidely tell #$@!% "*PRO SE*" litigants: *Ignorance of the law is NO excuse*" !!! Right back at you, you *serpentine, sphincteresque satraps* of the NY MORRISON$ !

Accordingly, it certainly seems that the net result here is to free my son Todd *FORTHWITH* and make a prompt, *good* (!) faith settlement of all claims of violations of Rights secured by *ALL 6 Articles of the Constitution for the united States {1787-1791} (CuS)* and then some, which likewise have arisen from your recent unlawful, not to mention *Treasonous*, eviction of me when you, and all other "official" actors, knew, or *SHOULD* have known, that the trial 'court' /aka/ *administrative tribunal*, with what the record *WILL* prove, in any ensuing action, was acting *coram non judice* from day *ONE*.

Take *careful* notice that the facts of *Axon* are strikingly similar to what has occurred here, which an inflamed Jury, one with the power to rule on the facts *and the law*, will readily perceive, perhaps in a qui tam quasi class action proceeding, that ALL 'official' *DNSG* actors are even guiltier, putting its *CORPORATE profits* ahead of the lives and well-being of its victims /aka/ at least members of the *sovereign body politic* of the Nation and Republic and others.

A *BIG* question here, which you should be asking yourself, and a Jury will certainly want to know, is 'on *WHAT allegedly applicable* authority' do 'official actors" think that they have more power and control over the lives of its *victims*, when the relationship between the two is *Principal* and agent and certainly *NOT* "guardian and *Ward* /aka/ master and *Slave* ???

Another *BIG* issue here for you is what, *IF* any, lawful factual foundation and legal basis exists for, in effect, the ongoing, nay *perpetual*, 'suspension' of even the Non-statutory Federal Writ of Habeas Corpus, *seemingly* secured *by at least Article I, Section 9, Clause 2 of the CuS*,

*In Re Todd Aurit Settlement Demand Page 9 of 15*

which a Jury will demand to know, especially after being advised of the following excerpt from *In Re McDonald 16 Fed. Cases 17*, to wit (see also in this regard *Ex Parte Merryman 17 Fed. Cases 144*):

"*As then the states have no authority in the cases named, it follows inevitably that, if the United States courts cannot proceed, the liberties of the people are hopelessly at the mercy of all lawlessness and violence, whether exerted by the arbitrary will of one man or many, whenever the oppressor acts under color of the authority of the United States* — a condition worse than ever known in England since the days of Magna Charta, and wholly incompatible with the idea of civil or constitutional liberty. So far, however, is it from being true, that such is the deplorable condition of any American citizen, the reverse is the fact *Everyone who is illegally restrained of his liberty, under color of United States authority, has the fullest redress in the United States courts. Not only has he a constitutional right to apply for deliverance from illegal restraint, but it is the DUTY of the court to exhaust all its power to enforce his application.*"

Among other acts of *Treason* to the *CuS* which could be *proven* to a jury pursuant to a *daunting amount of relevant, admissible documentary evidence*, is that like all artificial, CORPORATE entities which "owe" their *SUBORDINATE* birthright "shitizenship" to Section 1 of the Non-existent 14th *WAR* "amendment" (*NEFWA*), and act exactly like their government masters in favoring the almighty, albeit *UNDEFINED* (!), dollar over *the sanctity of human life and Creator endowed inalienable Rights*.

The same *inflamed* (federal criminal Grand ?) Jury will also be instructed that this *egregiously evil exercise of non-existent power* by all *DNSG* actors is a *cogent and compelling* difference between the *original intent* of those "racist" Framers of the *CuS*, what with a *federative, republican* form of government of defined and limited powers, and today's much ballyhooed democracy. /aka/ "*elective despotism*".

Imagine their disgust when they learn that the same democracy /aka/ *3 WOLVES and 2 sheep* voting on what's for dinner, also exists in *NORTH* Korea, the only difference being the *MUCH* higher "voter" turnout in Pyongyang, with a "99%" turnout in the latest "election".

*In Re Todd Aurit Settlement Demand Page 10 of 15*

Could the reason for this be that *NOT* voting in North Korea is an *act of treason* and, if so, can Fancy Nogosi, Upchuck Shumer and Bitch McConnell, envious with jealously, be far behind ???

And we haven't even discussed the class action context of such a lawsuit, with a rigorously enforced discovery no doubt turning up a multitude of like situated victims of *DNSG* actors just itching to get a meaningful and substantive redress of grievance, this in, one way or another, an *Article III Court* exercising the *judicial* power of the united States, and this with *NO* statute of limitations anywhere in sight.

A heads up here – neither 'official actors', nor any of its army of 'State' Bar *A$$*ociation attorneys /aka/ *unregistered foreign agents of at least the City of London*, will have *ANY* standing in any judicial Court, which makes perfect sense, since the record will also prove that the relationship of *at least* lawful, de jure, *jus sanguinis* state Citizens, if not inhabitants of states, or even *inhabitants of territories, like COLORADO*, is *Principal* and AGENT, *NOT* (!) GUARDIAN and *Ward* /aka/ MASTER and *Slave* ! (see e.g. *GEORGIA Probate Code, supra*).

Also duly noted is that whatever allegedly applicable authority being used for the purposes of a 30 day eviction is, as you *should* be well aware, *null and void nunc pro tunc ab initio* on any one and all of the following grounds, to wit:

Your then recent and ongoing acceptance of the discharge of rent effectively renders any and all prior 'court' proceedings null and void, what with your overt acknowledgment that the relationship, such as it is, remains in existence. Perhaps some confusion with 'court' records has occurred where the Sheriff thought that an eviction notice exists when this cannot be the case.

Any such authority is also null and void since I have the *Right of unlimited power to contract* secured by *at least Article I, Section 10* of and/or the *9th Article of Amendment* to, the *Constitution for the united States {1787-1791} (CuS)* – see e.g. *Hale v Henkel 201 US 43*.

*In Re Todd Aurit Settlement Demand Page 11 of 15*

Accordingly, I could *NOT* have been subjected to any such 30 day notice, especially *WITHOUT* cause, since this is an egregiously evil time frame which Counsel further advises would make any and *ALL allegedly* applicable authority null and void as a *contract of adhesion*, even *IF* I signed an agreement, since there was *NOT* any *FULL* disclosure of all of the terms and conditions of such agreement at the time, or at *ANY* time, a fortiori to one *PRESUMED* incompetent.

Indeed Counsel further advises that any such 'law' would also be *null and void as a Bill of Attainder* pursuant to, as the case may be, of *Article I Section 9 or 10 of the CuS*, the taking of life, liberty or property *WITHOUT* judicial process (*Cummings v Missouri 4 Wall. 277*), not to mention *trial by Jury*, with *NO voluntary, knowing and intelligent waiver of this Rights* anywhere in sight (see e.g. *Johnson v Zerbst 304 US 458*).

And we haven't even gotten to protections offered by the Federal Fair Housing Act, most particularly *42 USC 3601 et seq. the Americans with Disabilities Act*, all of which you know, or *SHOULD* have known, pursuant to which any such complaints should not even be permitted to be filed and/or summarily dismissed *WITH* prejudice to the cause.

Any one or all of these *seemingly* lawful enactments provides, and provided, grounds for removal of the case to federal *Circuit Court* and/or *EFFECTIVE* assistance of counsel, the first being attempted and the latter turning out to be unavailable, despite my best efforts, in large part due to the massive amount of "confusion" in the trial 'court' and in spite of my efforts in contacting a lot of federal actors, including the US Attorney in Denver, all to no avail.

The result here was to effectively remove these seemingly applicable laws from the books, which, without more, raises grave questions of Constitutional law arising from the violations of Rights secured by *ALL 6 Articles* of the *CuS*.

Also noted here is that the *Right to Trial by Jury according to the course of the common law* is a Right also secured, to even *inhabitants of territories*, by *Article II of the Northwest*

*In Re Todd Aurit Settlement Demand Page 12 of 15*

*Ordinance of 1787,* as reenacted by the 1st Congress, which originally applied to Illinois and which the record will establish in any ensuing action *STILL* applies today.

In a similar vein, and duly noted, is that any such 'court' proceedings which might seem to be valid, emanate *NOT* from a judicial Court exercising the *judicial* power of the *sovereign, independent State of Colorado,* but what the record will also establish is an *administrative tribunal* (see e.g. *State v Hopkins 374 Pac. 2nd 784, an astounding account of unlawful acts*), *carefully noting* that *NONE* of the issues here arise from the *NEFWA.*

Duly noted is the what the record will *PROVE* is an 'agreement', as it were, that was and is based on *UNDEFINED* dollars, a 'conveniently' omitted fact, not surprising since I have learned that such dollars, *IF* defined at all, are by the President, acting as the *Commander-in-Fief of the Armed Forces,* pursuant to some or another *allegedly* existent, albeit *unilaterally* declared, state of "emergency". *(HJR 192)*

Accordingly, such dollars circulate, for all apparent intents and purposes, in "interstate commerce" and thus are subject to the admiralty jurisdiction /aka/ to those "racist" Framers as "a jurisdiction *FOREIGN* to our Constitution and *unacknowledged* by our laws", which any and *ALL* state judicial courts are *BARRED* from exercising (*Article III, Sec. 2*).

Not even yet addressed is the fact, which *WILL* be proven to that inflamed Jury, that there is an ongoing, nay perpetual, suspension of even the *Non-statutory federal Writ of Habeas Corpus* /aka/ since *Magna Charta (1215) as the 'Great Writ of Liberty,* (was this 'constructively' repealed by the *RAT*ification of *NEFWA,* yet another *unknown* agenda to any of those who *RAT*ified it ??? --see e.g. *Senate Report 93-549 "Essays on Emergency Powers"*).

Counsel advises that the '*coop de grass',* a fortiori that Todd would not be represented by Counsel at any 'hearing' in this case and thus would be denied *effective* assistance of Counsel in *at least* a quasi-criminal setting, not to mention *ANY* notice and opportunity to be heard.

Compare the decision of the US supreme Court in *Windsor v McVeigh 93 US 274,* excerpt following, notably *after* the *RAT*ification of *NEFWA,* to what happened here, you tell me how any of this could have occurred:

*In Re Todd Aurit Settlement Demand Page 13 of 15*

***Clearly and unambiguously*** any and ALL ***allegedly*** applicable proceedings against me ~~Todd~~ in this matter were and ***ARE*** null and void nunc pro tunc ab initio and should be treated as such for all purposes. Counsel observing that this is but the "***RDCV***" version of multiple ***structural, jurisdictional Constitutional*** issues which arise in the instant case.

Add to all of this that your pernicious, pervasive, perpetual use of any and all provisions of ***NEFWA*** 'laws' to advance your agenda, when you knew, or should have known, that no such laws existed, was and is acts of ***Treason*** to the Constitution pursuant to which your corporate charter can, will, and should be, summarily, ***REVOKED***.

For at least this reason, not to mention all of the others, Counsel advices that ***assuming arguendo*** that ***MB*** somehow has a valid LLC (***NOT*** !), the same will be subject to summary termination pursuant to ***at least Cohens, supra and/or Section 3 of NEFWA***, noting that Trump is ***NOT*** subject to it, but ***MB is***.

Accordingly, your ***PROMPT*** attention to this matter will be expected, including a ***good faith*** (!) offer ***commensurate with the magnitude of the multitude UNOPPOSED*** issues presented, not to mention acts of Treason by multiple 'official' actors, none of whom are lawfully in office, Counsel suggests that $ 40,000,000.00 'dollars' /aka/ 20.000 ounces of gold coin /aka/ lawful money of the united States (see e.g. ***Article I, Section 8, Clause 5*** and/or ***Article I, Section 10***) is about right, notifying any and ***ALL*** 'official' actors to cease and desist from ***ANY*** further action against me and removing any and all documents from any and all sources about this sordid, ***serpentine, sphincteresque*** situation.

***Kathleen Aurit-Schaefer -- Next Friend for Todd Anthony Aurit
as Beneficiary of the Cestui Que Trust
known as TODD ANTHONY AURIT***

***In Re Todd Anthony Aurit Settlement Demand Page 14 of 15***

*Footnotes*

1 – in this regard, please find accompanying excerpts from *Axon* from the "concurring opinion" of Justices Thomas /aka/ the opinion of the court, of which all of the Justices are aware, and with more such mayhem to follow in the current term (at least *Jarkesy, supra*), and you tell me how the *BS NEFWA* protocols you embrace differ in *any* significant way. Can you say 'trial by jury according to the course of the common law', a right secured to even inhabitants of *territories* by *at least Article II of the Northwest Ordinance of 1787* as reenacted by the 1st Congress, if not the *7th Amendment*, which *DOES* apply in the *territory of COLORADO* ??

William Henshall
650-267-9350/Youwinincourt@gmail.com

To: Justice Neil Gorsuch

In Re: Matter of Todd Aurit – County of Douglas ,Castle Rock Co. court – *Case No. 04CR220 -- DOC No. 127586* – Colorado TerritorialCorrectional Facility

At the request of Mr. Aurit and his Mom, Katie Aurit, I am acting, in effect, as a private Attorney General (*Section 35 of the Judiciary Act of 1789, IF* needed) on his behalf, to present his case 'informally' at this point and see if the matter can be resolved.

The facts as set forth below, present at least a clear and convincing case of *egregiously evil abuse* of the Creator endowed inalienable rights of Mr. Aurit by today's "*Ju$t u$ $y$tem*" that ALL 6 Articles of the Constitution for the united States, not to mention the (*gasp* !) original intent of those "racist" Framers , who 'gave us a republic *IF* you can keep it', were effectively "Over Ruled" in every conceivable way.

Indeed, That the opinion of this court in *Windsor v McVeigh 93 US 274, clearly and unambiguously* seems to be *res judicata*, and thus totally dispositive without more.

It seems clear that the best solution here is the *IMMEDIATE* release of Mr. Aurit 'courtesy' of a pardon by the (federal (*insular*) territorial) governor. The facts of the case, in abbreviated form, are:

*EFFECTIVE* assistance of counsel ??? *NOT* if the decisions of this court in *US v Chronic* or even *Clarence Earl Gideon v Louis L. Wainwright* are any indication. Of course we will *NOT* (!) be invoking *ANY BS* elements of "due process" and/or "Equal protection"

*FAR* worse, if not far more revealing,  is the decision below in *Burdine v TEXAS*, which I am shocked was *NOT* knowingly reviewed here, but then all he had to rely on was the court of *Chief Ju$tice* WARREN E. BURGER (any relation to *Hamilton Burger* ??) , *No. 116* on my list. Do you suppose the outcome would have been different if *HUNTER BIDEN* had been the petitioner here ???

Some of the **structural, jurisdictional** issues presented include:

1. That Mr. Aurit was **NOT** heard at **ANY** time in the trial court

2. That this was due, in **LARGE** part, due to "defense" counsel permitting him to be **massively medically over-dosed**, as a '**pre-trial detainee**' (?!?) to the point that he could not meaningfully participate in the proceedings at all

3. Add to this that he already had conditions which could easily have been found by a jury to be '**diminished capacity**', which could have readily reduced the charge to vehicular manslaughter, assuming arguendo that the trial 'court' had any jurisdiction.

4. Accordingly, a conviction for 2nd degree murder would very likely have been overturned on appeal, albeit with **EFFECTIVE** assistance of counsel !

5. Also duly noted is that the "**72 year plea deal**" to which he was seriously misled by "defense" counsel to "accept" was and is **fifty percent** longer than the **MAXIMUM** sentence for such a crime, it exceeded the jurisdiction of the trial 'court'.

6. That he **never** made anything **remotely resembling** a "voluntary, knowing and intelligent" waiver of rights, **THE** standard of this court – see e.g. **Johnson v Zerbst 304 US 458**, which renders all events in trial court **NULL and VOID nunc pro tunc ab initio**.

**IF** more is needed, then the case of **Argersinger v Hamlin 407 US 25**, is dispositive, to wit: "let each judge know, at the start of a misdemeanor trial, that **NO** jail time can be imposed, though local law permits it, when the accused was **NOT** represented at trial".

Your **prompt** attention to this matter will be expected and appreciated. For more details, Ms. Aurit can be contacted at **252-375-7227**.

Constitutionally –

William Henshall

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**PRESS FIRMLY TO SEAL**

**PRESS FIRMLY TO SEAL**

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY ® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
**See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**USPS TRACKING® #**

EP14F October 2023
OD: 12 1/2 x 9 1/2

**TF**

9505 5111 5501 5056 5499 18

PS00000100014

**TRACKED ■ INSURED**

1234567                    1234567



---

U.S. POSTAGE PAID
PM
CANON CITY, CO 81212
FEB 25, 2025
**$10.10**
S2324D503263-40

80294

RDC 03          1 Lb 14.00 Oz

**Retail**

**FROM:**

**UNITED STATES POSTAL SERVICE ®**

**PRIORITY ★ MAIL**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM: Todd Ami + #2300
Po Box 1010
Canon City Colorado 81215

TO: A45 of A Ami
United States Courthouse
Room 105 A
901 19th St.
Denver @ 80294-3389

**FOR DOMESTIC AND INTERNATIONAL USE**

Label 228, July 2013

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

EXPECTED DELIVERY DAY: 02/27/25



**UNITED STATES**
**POSTAL SERVICE** ®

**PRIORITY** ®
MAIL

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP

**TRACKED ■ INSURED**

EP14F October 2023
OD: 12 1/2 x 9 1/2

PS00001000014

**VISIT US AT USPS.COM** ®
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

